AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA ex rel. KAREN GLUCK <br><br> *Plaintiff(s)* <br><br> v. <br><br> THOMAS SHEPOS <br> See attached - Addendum A <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  2:19-CV-01773-CJC-MAA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached - Addendum B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amanda Bonn
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Plaintiff KAREN GLUCK

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    November 17, 2023                                    /s/  .E. Synagogue

*Signature of Clerk or Deputy Clerk*

**Addendum A**
**(caption cont.)**

ARMAN GABAEE, MARK GABAEE, CORSAIR, LLC, THE CHARLES COMPANY, LOMA VISTA LLC, EXCEL PROPERTY MANAGEMENT SERVICES, INC., M&A GABAEE, LP, NOBLE INVESTMENTS, LLC, ENDURE INVESTMENTS, LLC, LEON NEMAN, MORAD NEMAN, YOEL NEMAN, NEMAN BROTHERS & ASSOCIATES, INC., VERTIGO REAL ESTATE HOLDINGS, LP, LEGEND REAL ESTATE MANAGEMENT, INC., DONALD G. ABBEY, NITTANY LION LANDSCAPING, INC., AP-PALMDALE LLC, AP-COMMERCE PLAZA LLC, THE ABBEY MANAGEMENT CO, LLC, AP-SIERRA LLC, DA PROPERTIES LLC, ABBEY-PROPERTIES LLC, FRANK A. VISCO, DAVID SCHAEFFER, FCG PROPERTIES, LLC, CASTAIC FCG PROPERTIES, LLC, ALEX MORADI, ISAAC MORADI, IMPERIAL HAWTHORNE LIMITED PARTNERSHIP, ICO INVESTMENT GROUP, INC., AND DOES 1-50.

**Addendum B**
**(To: (*Defendants' name and address*))**

| Name | Address |
|---|---|
| Thomas Shepos | 4319 Bethpage Drive, Palmdale, CA 93551 |
| Arman Gabaee | 1468 Donhill Dr., Beverly Hills, CA 90210-2216 |
| Mark Gabaee | 1468 Donhill Dr., Beverly Hills, CA 90210-2216 |
| Corsair, LLC | C/O Nicholas Klein<br>9034 W. Sunset Blvd., West Hollywood, CA 90069 |
| The Charles Company | C/O Carla Manto<br>9034 W. Sunset Blvd., West Hollywood, CA 90069 |
| Loma Vista LLC | C/O Sancam Inc. (Mark Gabay)<br>9034 W. Sunset Blvd., West I Hollywood, CA 90069 |
| Excel Property Management Services, Inc. | C/O Nicholas F. Klein<br>9034 W. Sunset Blvd., West Hollywood, CA 90069 |
| M&A Gabaee, LP | C/O Mark Gabay<br>9034 W. Sunset Blvd., West Hollywood, CA 90069 |
| Noble Investments, LLC | C/O Excel Property Management Services (Nicholas F. Klein)<br>9034 W. Sunset Blvd., West Hollywood, CA 90069 |
| Endure Investments, LLC | C/O Nicholas Klein<br>9034 W. Sunset Blvd., West Hollywood, CA 90069 |
| Leon Neman | 803 Foothill Rd., Beverly Hills, CA 90210-2903 |
| Morad Neman | 805 N. Linden Dr., Beverly Hills, CA 90210-3007 |
| Yoel Neman | 803 Foothill Rd., Beverly Hills, CA 90210-2903 |
| Neman Brothers & Associates, Inc. | 1525 S. Broadway St., Los Angeles, CA 90015 |
| Vertigo Real Estate Holdings, LP | C/O Leon Neman<br>1525 S. Broadway St., Los Angeles, CA 90015 |
| Legend Real Estate Management, Inc. | C/O Leon Neman<br>1525 S. Broadway St., Los Angeles, CA 90015 |
| Donald G. Abbey | 81885 Andalusia, La Quinta, CA 92253-8263 |
| Nittany Lion Landscaping, Inc. | C/O Tracey R. Bard<br>12447 Lewis Street, Suite 203, Garden Grove, CA 92840 |
| AP-Palmdale LLC | C/O Donald G. Abbey<br>12447 Lewis Street, Suite 203, Garden Grove, CA 92840 |
| AP-Commerce Plaza LLC | C/O Donald G. Abbey<br>14770 E Firestone Blvd Suite 206, La Mirada, CA 90638 |
| The Abbey Management Co, LLC | C/O Donald G. Abbey<br>12447 Lewis Street, Suite 203, Garden Grove, CA 92840 |
| AP-Sierra LLC | C/O Donald G. Abbey<br>12447 Lewis Street, Suite 203, Garden Grove, CA 92840 |
| DA Properties LLC | C/O Donald G. Abbey<br>310 Golden Shore Suite 300, Long Beach, CA 90802 |
| Abbey-Properties LLC | C/O Donald G. Abbey<br>12447 Lewis Street Suite 203, Garden Grove, CA 92840 |

| Frank A. Visco | 393 W. Stafford Rd., Thousand Oaks, CA 91361-5065 |
|---|---|
| David Schaeffer | 1600 W. Bedford St., Dimmitt, Texas 79027-2711 |
| FCG Properties, LLC | C/O David Schaeffer<br>103 NW 3rd St., Dimmitt, TX 79027 |
| Castaic FCG Properties, LLC | C/O David Schaeffer<br>103 NW 3rd St., Dimmitt, TX 79027 |
| Alex Moradi | 9301 Wilshire B1., Beverly Hills, CA 90210 |
| Isaac Moradi | 9301 Wilshire Bl., Beverly Hills, CA 90210 |
| Imperial Hawthorne Limited Partnership | C/O Alexander Moradi<br>9301 Wilshire Blvd., Suite 315, Beverly Hills, CA 90210 |
| ICO Investment Group, Inc. | C/O Alexander Moradi<br>9301 Wilshire Blvd., Suite 315, Beverly Hills, CA 90210-6132 |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-CV-01773-CJC-MAA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

 

                               _____
                                            *Server's signature*

                               _____
                                           *Printed name and title*

 

                               _____
                                           *Server's address*

Additional information regarding attempted service, etc: