Thomas J. Shepos

Defendant

4319 Bethpage Drive

Palmdale, CA 93551

Telephone: 3210-344-3348



FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## for the Central District of California


County of Los Angeles, et rel

Karen Gluck                                          Plantiff

                                                     and Petitioner


v.                                                   Civil Action No.2:19-CV-01773-CJC-MAA


Thomas Shepos an individual,  et al    Defendant

                                                     and Respondent


## ANSWER AND AFFIRMATIVE DFEFENSES


COMES now Thomas Shepos, Defendant herein,

and submits his answers and affirmative defenses to the allegations contained in the Complaint filed against him herein.

and now, answering the allegations of the Complaint filed against him, paragraph by paragraph, Defendant would show the following:


1.    Defendant denies the allegations of Paragraph 1 of the Complaint.

2.    Defendant denies the allegations of Paragraph 2 of the Complaint.

3.    Defendant has no knowledge of the allegations of Paragraph 3.

1

4.      Defendant has no knowledge of the allegations of Paragraph 4.

5.      Defendant has no knowledge of the allegations of Paragraph 5.

6.      Defendant denies the allegations of Paragraph 6.

7.      Defendant has no knowledge of the allegations of Paragraph 7.

8.      Defendant has no knowledge of the allegations of Paragraph 8

9.      Defendant denies the allegations of Paragraph 9 of the complaint. Defendant was not responsible for binding the County to real estate transactions,  the Board of Supervisors are the only entities that have the authority to approve con tracts.

10.     Defendant has no knowledge of the allegations of Paragraph 10.

11.     Defendant has no knowledge of the allegations of Paragraph 11

12.     Defendant has no knowledge of the allegations of Paragraph 12

13.     Defendant has no knowledge of the allegations of Paragraph 13

14.     Defendant has no knowledge of the allegations of Paragraph 114

15.     Defendant has no knowledge of the allegations of Paragraph 15.

16.     Defendant has no knowledge of the allegations of Paragraph 16

17.     Defendant has no knowledge of the allegations of Paragraph 17.

18.     Defendant has no knowledge of the allegations of Paragraph 18.

19.     Defendant denies the allegations of Paragraph 19 of the Complaint.

20.     Defendant has no knowledge of the allegations of Paragraph 20.

21.     Defendant has no knowledge of the allegations of Paragraph 21.

22.     Defendant has no knowledge of the allegations of Paragraph 22.

23.     Defendant has no knowledge of the allegations of Paragraph 23.

24.     Defendant has no knowledge of the allegations of Paragraph 24.

25.     Defendant has no knowledge of the allegations of Paragraph 25.

26.     Defendant has no knowledge of the allegations of Paragraph 26.

27.     Defendant has no knowledge of the allegations of Paragraph 27.

28.     Defendant has no knowledge of the allegations of Paragraph 28.

29.     Defendant has no knowledge of the allegations of Paragraph 29.

30.     Defendant has no knowledge of the allegations of Paragraph 30.

31.    Defendant has no knowledge of the allegations of Paragraph 31.

32.    Defendant has no knowledge of the allegations of Paragraph 32.

33.    Defendant has no knowledge of the allegations of Paragraph 33.

34.    Defendant has no knowledge of the allegations of Paragraph 34.

35.    Defendant has no knowledge of the allegations of Paragraph 35.

36.    Defendant has no knowledge of the allegations of Paragraph 36.

37.    Defendant has no knowledge of the allegations of Paragraph 37.

38.    Defendant has no knowledge of the allegations of Paragraph 38.

39.    Defendant has no knowledge of the allegations of Paragraph 39.

40.    Defendant has no knowledge of the allegations of Paragraph 40.

41.    Defendant has no knowledge of the allegations of Paragraph 41.

42.    Defendant has no knowledge of the allegations of Paragraph 42.

43.    Defendant has no knowledge of the allegations of Paragraph 43.

44.    Defendant has no knowledge of the allegations of Paragraph 44.

45.    Defendant has no knowledge of the allegations of Paragraph 45.

46.    Defendant has no knowledge of the allegations of Paragraph 46.

47.    Defendant has no knowledge of the allegations of Paragraph 47.

48.    Defendant has no knowledge of the allegations of Paragraph 48.

49.    Defendant has no knowledge of the allegations of Paragraph 49.

50.    Defendant has no knowledge of the allegations of Paragraph 50.

51.    Defendant has no knowledge of the allegations of Paragraph 51.

52.    Defendant has no knowledge of the allegations of Paragraph 52.

53.    Defendant has no knowledge of the allegations of Paragraph 53.

54.    Defendant has no knowledge of the allegations of Paragraph 54.

55.    Defendant has no knowledge of the allegations of Paragraph 55.

56.    Defendant has no knowledge of the allegations of Paragraph 56.

57.    Defendant has no knowledge of the allegations of Paragraph 57.

58.    Defendant has no knowledge of the allegations of Paragraph 58.

59.    Defendant has no knowledge of the allegations of Paragraph 59.

60. Defendant has no knowledge of the allegations of Paragraph 60.

61. Defendant has no knowledge of the allegations of Paragraph 61.

62. Defendant has no knowledge of the allegations of Paragraph 62.

63. Defendant has no knowledge of the allegations of Paragraph 63.

64. Defendant has no knowledge of the allegations of Paragraph 64.

65. Defendant has no knowledge of the allegations of Paragraph 65.

66. Defendant has no knowledge of the allegations of Paragraph 66.

67. Defendant has no knowledge of the allegations of Paragraph 67.

68. Defendant has no knowledge of the allegations of Paragraph 68.

69. Defendant has no knowledge of the allegations of Paragraph 69.

70. Defendant has no knowledge of the allegations of Paragraph 70.

71. Defendant has no knowledge of the allegations of Paragraph 71.

72. Defendant has no knowledge of the allegations of Paragraph 72.

73. Defendant has no knowledge of the allegations of Paragraph 73.

74. Defendant has no knowledge of the allegations of Paragraph 74.

75. Defendant has no knowledge of the allegations of Paragraph 75.

76. Defendant has no knowledge of the allegations of Paragraph 76.

77. Defendant has no knowledge of the allegations of Paragraph 77.

78. Defendant has no knowledge of the allegations of Paragraph 78.

79. Defendant has no knowledge of the allegations of Paragraph 79.

80. Defendant has no knowledge of the allegations of Paragraph 80.

81. Defendant has no knowledge of the allegations of Paragraph 81.

82. Defendant has no knowledge of the allegations of Paragraph 82.

83. Defendant has no knowledge of the allegations of Paragraph 83.

84. Defendant has no knowledge of the allegations of Paragraph 84.

85. Defendant has no knowledge of the allegations of Paragraph 85..

86. Defendant denies the allegations of Paragraph 86.

87. Defendant has no knowledge of the allegations of Paragraph 87.

88. Defendant has no knowledge of the allegations of Paragraph 88.

89.    Defendant has no knowledge of the allegations of Paragraph 89.

90.    Defendant has no knowledge of the allegations of Paragraph 90.

91.    Defendant has no knowledge of the allegations of Paragraph 91.

92.    Defendant has no knowledge of the allegations of Paragraph 92.

93.    Defendant admits the allegations of Paragraph93.

94.    Defendant has no knowledge of the allegations of Paragraph 94.

95.    Defendant denies the allegations of Paragraph 95.

96.    Defendant denies the allegations of Paragraph 96.

97.    Defendant has no knowledge of the allegations of Paragraph 97.

98.    Defendant denies the allegations of Paragraph 98.

99.    Defendant has no knowledge of the allegations of Paragraph 99.

100.    Defendant has no knowledge of the allegations of Paragraph 100.

101    Defendant denies the allegations of Paragraph 101.

102.    Defendant denies the allegations of Paragraph 102.

103.    Defendant has no knowledge of the allegations of Paragraph 103.

104.    Defendant has no knowledge of the allegations of Paragraph 104.

105.    Defendant denies the allegations of Paragraph 105.

106.    Defendant denies the allegations of Paragraph 106.

107.    Defendant has no knowledge of the allegations of Paragraph 107.

108.    Defendant denies the allegations of Paragraph 108.

109.    Defendant has no knowledge of the allegations of Paragraph 109.

110.    Defendant has no knowledge of the allegations of Paragraph 110.

111.    Defendant has no knowledge of the allegations of Paragraph 111.

112.    Defendant has no knowledge of the allegations of Paragraph 112.

113.    Defendant has no knowledge of the allegations of Paragraph 113.

114.    Defendant has no knowledge of the allegations of Paragraph 114.

115.    Defendant denies the allegations of Paragraph 115.

116.    Defendant denies the allegations of Paragraph 116.

117.    Defendant has limited knowledge of the allegations of Paragraph 117.

118. Defendant has limited knowledge of the allegations of Paragraph 118.

119. Defendant has limited knowledge of the allegations of Paragraph 119.

120. Defendant denies the allegations of Paragraph 120.

121. Defendant has limited knowledge of the allegations of Paragraph 121.

122. Defendant has limited knowledge of the allegations of Paragraph 122.

123. Defendant has limited knowledge of the allegations of Paragraph 123.

124. Defendant has limited knowledge of the allegations of Paragraph 124.

125. Defendant denies the allegations of Paragraph 125.

126. Defendant has limited knowledge of the allegations of Paragraph 126.

127. Defendant has limited knowledge of the allegations of Paragraph 127.

128. Defendant has limited knowledge of the allegations of Paragraph 128.

129. Defendant has limited knowledge of the allegations of Paragraph 129.

130. Defendant has limited knowledge of the allegations of Paragraph 130.

131. Defendant denies the allegations of Paragraph 131.

132. Defendant denies the allegations of Paragraph 132.

133. Defendant has limited knowledge of the allegations of Paragraph 133.

134 Defendant has limited knowledge of the allegations of Paragraph 134.

135. Defendant has limited knowledge of the allegations of Paragraph 135.

136. Defendant has limited knowledge of the allegations of Paragraph 136.

137. Defendant denies the allegations of Paragraph 137.

138. Defendant has limited knowledge of the allegations of Paragraph 138.

139. Defendant denies the allegations of Paragraph 139.

140. Defendant has limited knowledge of the allegations of Paragraph 140.

141. Defendant has limited knowledge of the allegations of Paragraph 141.

142. Defendant has limited knowledge of the allegations of Paragraph 142.

143. Defendant denies the allegations of Paragraph 143.

144. Defendant has limited knowledge of the allegations of Paragraph 144.

145. Defendant has limited knowledge of the allegations of Paragraph 145.

146 . Defendant denies the allegations of Paragraph 146.

147. Defendant has limited knowledge of the allegations of Paragraph 147.

148. Defendant has limited knowledge of the allegations of Paragraph 148.

149. Defendant has limited knowledge of the allegations of Paragraph 149.

150. Defendant has no knowledge of the allegations of Paragraph 150.

151. Defendant denies the allegations of Paragraph 151.

152. Defendant has limited knowledge of the allegations of Paragraph 152.

153. Defendant has limited knowledge of the allegations of Paragraph 153.

154. Defendant has limited knowledge of the allegations of Paragraph 154.

155. Defendant has limited knowledge of the allegations of Paragraph 155.

156. Defendant has limited knowledge of the allegations of Paragraph 156.

157. Defendant has no knowledge of the allegations of Paragraph 157.

158. Defendant denies the allegations of Paragraph 158.

159. Defendant has limited knowledge of the allegations of Paragraph 159.

160. Defendant denies the allegations of Paragraph 160.

161. Defendant has limited knowledge of the allegations of Paragraph 161.

162. Defendant has limited knowledge of the allegations of Paragraph 162.

163. Defendant has limited knowledge of the allegations of Paragraph 163.

164. Defendant has limited knowledge of the allegations of Paragraph 164.

165. Defendant has no knowledge of he allegations of Paragraph 165.

166. Defendant denies the allegations of Paragraph 166.

167. Defendant has limited knowledge of the allegations of Paragraph 167.

168. Defendant denies the allegations of Paragraph 168.

Defendant has limited knowledge of the allegations of Paragraph 118.

169. Defendant has limited knowledge of the allegations of Paragraph 169.

170. Defendant has limited knowledge of the allegations of Paragraph 170.

171. Defendant has limited knowledge of the allegations of Paragraph 171.

172. Defendant has limited knowledge of the allegations of Paragraph 171.

173. Defendant has limited knowledge of the allegations of Paragraph 173.

174 Defendant denies the allegations of Paragraph 174.

175. Defendant has no knowledge of the allegations of Paragraph 175.

176. Defendant has limited knowledge of the allegations of Paragraph 176.

177. Defendant has no knowledge of the allegations of Paragraph 177.

178. Defendant has limited knowledge of the allegations of Paragraph 178.

179. Defendant has limited knowledge of the allegations of Paragraph 179.

180. Defendant has limited knowledge of the allegations of Paragraph 180.

181. Defendant has no knowledge of the allegations of Paragraph 181.

182. Defendant has no knowledge of the allegations of Paragraph 182.

183. Defendant has limited knowledge of the allegations of Paragraph 183.

184. Defendant denies the allegations of Paragraph 184.

185. Defendant has no knowledge of the allegations of Paragraph 185.

186. Defendant denies the allegations of Paragraph 186.

187. Defendant denies the allegations of Paragraph 187.

188. Defendant denies the allegations of Paragraph 188.

189. Defendant denies the allegations of Paragraph 189.

190. Defendant denies the allegations of Paragraph 190.

191. Defendant denies the allegations of Paragraph 191.

192. Defendant denies the allegations of Paragraph 192.

193. Defendant denies the allegations of Paragraph 193.

194. Defendant denies the allegations of Paragraph 194.

195. Defendant has no knowledge of the allegations of Paragraph 195.

196. Defendant has no knowledge of the allegations of Paragraph 196.

197. Defendant has no knowledge of the allegations of Paragraph 197.

198. Defendant has no knowledge of the allegations of Paragraph 198.

199. Defendant has limited knowledge of the allegations of Paragraph 199.

200. Defendant has limited knowledge of the allegations of Paragraph 200.

201. Defendant denies the allegations of Paragraph 201.

202. Defendant denies the allegations of Paragraph 202.

203. Defendant has limited knowledge of the allegations of Paragraph 203.

204. Defendant has no knowledge of the allegations of Paragraph 204.

205. Defendant has no knowledge of the allegaions of Paragraph 205.

206. Defendant denies the allegations of Paragraph 206.

207. Defendant has limited knowledge of the allegations of Paragraph 207.

208. Defendant denies the allegations of Paragraph 208.

209. Defendant denies the allegations of Paragraph 209.

210. Defendant has limited knowledge of the allegations of Paragraph 210.

211. Defendant has limited knowledge of the allegations of Paragraph 211.

212. Defendant has limited knowledge of the allegations of Paragraph 212.

213. Defendant has no knowledge of the allegations of Paragraph 213.

214. Defendant denies the allegations of Paragraph 214.

215. Defendant denies the allegations of Paragraph 215.

216. Defendant denies the allegations of Paragraph 216.

217. Defendant has limited knowledge of the allegations of Paragraph 217.

218. Defendant has limited knowledge of the allegations of Paragraph 218.

219. Defendant denies the allegations of Paragraph 219.

220. Defendant denies the allegations of Paragraph 220.

221. Defendant has limited knowledge of the allegations of Paragraph 221.

222. Defendant has limited knowledge of the allegations of Paragraph 222.

223. Defendant has limited knowledge of the allegations of Paragraph 223.

224. Defendant denies the allegations of Paragraph 224.

225. Defendant has limited knowledge of the allegations of Paragraph 225.

226. Defendant denies the allegations of Paragraph 226.

227. Defendant denies the allegations of Paragraph 227.

228. Defendant denies the allegations of Paragraph 228.

229. Defendant denies the allegations of Paragraph 229.

230. Defendant has no knowledge of the allegations of Paragraph 230.

231. Defendant denies the allegations of Paragraph 231.

232. Defendant denies the allegations of Paragraph 232.

233.  Defendant has limited knowledge of the allegations of Paragraph 233.

234.  Defendant has limited knowledge of the allegations of Paragraph 234.

235.  Defendant has limited knowledge of the allegations of Paragraph 235.

236.  Defendant has no knowledge of the allegations of Paragraph 236.

237.  Defendant denies the allegations of Paragraph 237.

238.  Defendant has limited knowledge of the allegations of Paragraph 238.

239.  Defendant denies the allegations of Paragraph 239.

240.  Defendant has limited knowledge of the allegations of Paragraph 240.

241.  Defendant has limited knowledge of the allegations of Paragraph 241.

242.  Defendant denies the allegations of Paragraph 242.

243.  Defendant has limited knowledge of the allegations of Paragraph 243.

244.  Defendant has limited knowledge of the allegations of Paragraph 244.

245.  Defendant has limited knowledge of the allegations of Paragraph 245.

246.  Defendant has limited knowledge of the allegations of Paragraph 246.

247.  Defendant has no knowledge of the allegations of Paragraph 247.

248.  Defendant has limited knowledge of  the allegations of Paragraph 248.

249.  Defendant has no knowledge of the allegations of Paragraph 249.

250.  Defendant denies the allegations of Paragraph 250.

251.  Defendant has limited knowledge of the allegations of Paragraph 251.

252.  Defendant has limited knowledge of the allegations of Paragraph 252.

253.  Defendant denies the allegations of Paragraph 253.

254.  Defendant denies the allegations of Paragraph 254.

255.  Defendant denies the allegations of Paragraph 255.

256.  Defendant denies the allegations of Paragraph 256.

257.  Defendant denies the allegations of Paragraph 257.

258.  Defendant has no knowledge of the allegations of Paragraph 258.

259.  Defendant has no knowledge of the allegations of Paragraph 259.

260.  Defendant has no knowledge of the allegations of Paragraph 260.

261.  Defendant denies the allegations of Paragraph 261.

10

262. Defendant denies the allegations of Paragraph 262.

263. Defendant has no knowledge of the allegations of Paragraph 263.

264. Defendant has no knowledge of the allegations of Paragraph 264.

265. Defendant has no knowledge of the allegations of Paragraph 265.

266. Defendant has no knowledge of the allegations of Paragraph 266.

267. Defendant denies the allegations of Paragraph 267.

268. Defendant denies the allegations of Paragraph 268.

269. Defendant has no knowledge of the allegations of Paragraph 269.

270. Defendant has no knowledge of the allegations of Paragraph 270.

271. Defendant denies the allegations of Paragraph 271.

272. Defendant has no knowledge of the allegations of Paragraph 272.

273. Defendant denies the allegations of Paragraph 273.

274. Defendant has no knowledge of the allegations of Paragraph 274.

275. Defendant has no knowledge of the allegations of Paragraph 275.

276. Defendant denies the allegations of Paragraph 276.

277. Defendant has limited knowledge of the allegations of Paragraph 277.

278. Defendant denies the allegations of Paragraph 278.

279. Defendant denies the allegations of Paragraph 279.

280. Defendant has limited knowledge of the allegations of Paragraph 280.

281. Defendant has no knowledge of the allegations of Paragraph 281.

282. Defendant denies the allegations of Paragraph 282.

283. Defendant denies the allegations of Paragraph 283.

284. Defendant has no knowledge of the allegations of Paragraph 284.

285. Defendant has limited knowledge of the allegations of Paragraph 285.

286. Defendant has limited knowledge of the allegations of Paragraph 286.

287. Defendant denies the allegations of Paragraph 287.

288. Defendant denies the allegations of Paragraph 288.

289. Defendant has no knowledge of the allegations of Paragraph 289.

290. Defendant has no knowledge of the allegations of Paragraph 290.

291. Defendant denies the allegations of Paragraph 291.

292. Defendant has no knowledge of the allegations of Paragraph 292.

293. Defendant has no knowledge of the allegations of Paragraph 293.

294. Defendant denies the allegations of Paragraph 294.

295. Defendant has no knowledge of the allegations of Paragraph 295.

296. Defendant has no knowledge of the allegations of Paragraph 296.

297. Defendant denies the allegations of Paragraph 297.

298. Defendant has no knowledge of the allegations of Paragraph 298.

299. Defendant has limited knowledge of the allegations of Paragraph 299.

300. Defendant has limited knowledge of the allegations of Paragraph 300.

301. Defendant has limited knowledge of the allegations of Paragraph 301.

302. Defendant has limited knowledge of the allegations of Paragraph 302.

303. Defendant denies the allegations of Paragraph 303.

304. Defendant has limited knowledge of the allegations of Paragraph 304.

305. Defendant has limited knowledge of the allegations of Paragraph 305.

306. Defendant has limited knowledge of the allegations of Paragraph 306.

307. Defendant denies the allegations of Paragraph 307.

308. Defendant has limited knowledge of the allegations of Paragraph 308.

309. Defendant denies the allegations of Paragraph 309.

310. Defendant denies the allegations of Paragraph 310.

311. Defendant has limited knowledge of the allegations of Paragraph 311.

312. Defendant has limited knowledge of the allegations of Paragraph 312.

313. Defendant denies the allegations of Paragraph 313.

314. Defendant denies the allegations of Paragraph 314.

315. Defendant denies the allegations of Paragraph 315.

316. Defendant has limited knowledge of the allegations of Paragraph 316.

317. Defendant denies the allegations of Paragraph 317.

318. Defendant denies the allegations of Paragraph 318.

319. Defendant has no knowledge of the allegations of Paragraph 319.

320. Defendant has no knowledge of the allegations of Paragraph 320.

321. Defendant denies the allegations of Paragraph 321.

322. Defendant denies the allegations of Paragraph 322.

323. Defendant has no knowledge of the allegations of Paragraph 323.

324. Defendant has no knowledge of the allegations of Paragraph 324.

325. Defendant has no knowledge of the allegations of Paragraph 325.

326. Defendant has no knowledge of the allegations of Paragraph 326.

327. Defendant has no knowledge of the allegations of Paragraph 327.

328. Defendant denies the allegations of Paragraph 328.

329. Defendant has no knowledge of the allegations of Paragraph 329.

330. Defendant has limited knowledge of the allegations of Paragraph 330.

331. Defendant denies the allegations of Paragraph 331.

332. Defendant denies the allegations of Paragraph 332.

333. Defendant denies the allegations of Paragraph 333.

334. Defendant has no knowledge of the allegations of Paragraph 334.

335. Defendant has no knowledge of the allegations of Paragraph 335.

336. Defendant has no knowledge of the allegations of Paragraph 336.

337. Defendant has no knowledge of the allegations of Paragraph 337.

338. Defendant has no knowledge of the allegations of Paragraph 338.

339. Defendant has no knowledge of the allegations of Paragraph 339.

340. Defendant has no knowledge of the allegations of Paragraph 340.

341. Defendant denies the allegations of Paragraph 341.

342. Defendant has no knowledge of the allegations of Paragraph 342.

343. Defendant has denies the allegations of Paragraph 343.

344. Defendant has no knowledge of the allegations of Paragraph 344.

345. Defendant has no knowledge of the allegations of Paragraph 345.

346. Defendant has no knowledge of the allegations of Paragraph 346.

347. Defendant has no knowledge of the allegations of Paragraph 347.

348. Defendant has no knowledge of the allegations of Paragraph 348.

349. Defendant has no knowledge of the allegations of Paragraph 349.

350. Defendant has no knowledge of the allegations of Paragraph 350.

351. Defendant has no knowledge of the allegations of Paragraph 351.

352. Defendant denies the allegations of Paragraph 352.

353. Defendant denies the allegations of Paragraph 353.

354. Defendant denies the allegations of Paragraph 354.

355. Defendant denies the allegations of Paragraph 355.

356. Defendant has no knowledge of the allegations of Paragraph 356.

357. Defendant has no knowledge of the allegations of Paragraph 257.

358. Defendant has no knowledge of the allegations of Paragraph 358.

359. Defendant has no knowledge of the allegations of Paragraph 359.

360. Defendant has no knowledge of the allegations of Paragraph 360.

361. Defendant denies the allegations of Paragraph 361.

362. Defendant denies the allegations of Paragraph 362.

363. Defendant denies the allegations of Paragraph 363.

364. Defendant denies the allegations of Paragraph 364.

365. Defendant denies the allegations of Paragraph 365.

366. Defendant denies the allegations of Paragraph 366.

367. Defendant denies the allegations of Paragraph 367.

368. Defendant denies the allegations of Paragraph 368.

369. Defendant denies the allegations of Paragraph 369.

370. Defendant denies the allegations of Paragraph 370.

371. Defendant denies the allegations of Paragraph 371.

372. Defendant denies the allegations of Paragraph 372.

373. Defendant denies the allegations of Paragraph 373.

374. Defendant denies the allegations of Paragraph 374.

375. Defendant denies the allegations of Paragraph 375.

376. Defendant denies the allegations of Paragraph 376.

377. Defendant denies the allegations of Paragraph 377.

378.    Defendant denies the allegations of Paragraph 378.

379.    Defendant denies the allegations of Paragraph 379.

380.    Defendant denies the allegations of Paragraph 380.

381.    Defendant denies the allegations of Paragraph 381.

382.    Defendant denies the allegations of Paragraph 382.

383.    Defendant denies the allegations of Paragraph 383.

384.    Defendant denies the allegations of Paragraph 384.

385.    Defendant denies the allegations of Paragraph 385.

386.    Defendant denies the allegations of Paragraph 386.

387.    Defendant denies the allegations of Paragraph 387.

388.    Defendant denies the allegations of Paragraph 388.

389.    Defendant denies the allegations of Paragraph 389.

390.    Defendant denies the allegations of Paragraph 390.

391.    Defendant denies the allegations of Paragraph 391.

392.    Defendant denies the allegations of Paragraph 392.

393.    Defendant denies the allegations of Paragraph 393.

394.    Defendant denies the allegations of Paragraph 394.

395.    Defendant denies the allegations of Paragraph 395.

396.    Defendant denies the allegations of Paragraph 396.

397.    Defendant denies the allegations of Paragraph 397.

398.    Defendant denies the allegations of Paragraph 398.

399.    Defendant denies the allegations of Paragraph 399.

400.    Defendant denies the allegations of Paragraph 400.

401.    Defendant denies the allegations of Paragraph 401.

402.    Defendant denies the allegations of Paragraph 402.

403.    Defendant denies the allegations of Paragraph 403.

404.    Defendant denies the allegations of Paragraph 404.

405.    Defendant denies the allegations of Paragraph 405.

406.    Defendant denies the allegations of Paragraph 406.

407.   Defendant denies the allegations of Paragraph 407.

408.   Defendant denies the allegations of Paragraph 408.

409.   Defendant denies the allegations of Paragraph 409.

410.   Defendant denies the allegations of Paragraph 410.

411.   Defendant denies the allegations of Paragraph 411.

412.   Defendant denies the allegations of Paragraph 412.

413.   Defendant denies the allegations of Paragraph 413.

414.   Defendant denies the allegations of Paragraph 415.

415.   Defendant denies the allegations of Paragraph 416.

416.   Defendant denies the allegations of Paragraph 417.

417.   Defendant denies the allegations of Paragraph 418.

418.   Defendant denies the allegations of Paragraph 418.

419.   Defendant denies the allegations of Paragraph 419.

420.   Defendant denies the allegations of Paragraph 420.

421.   Defendant denies the allegations of Paragraph 421.

422.   Defendant denies the allegations of Paragraph 422.

423.   Defendant denies the allegations of Paragraph 423.

424.   Defendant denies the allegations of Paragraph 424.

425.   Defendant denies the allegations of Paragraph 425.

426.   Defendant denies the allegations of Paragraph 426.

427.   Defendant denies the allegations of Paragraph 427.

428.   Defendant denies the allegations of Paragraph 428.

429.   Defendant denies the allegations of Paragraph 429.

430.   Defendant denies the allegations of Paragraph 430.

431.   Defendant denies the allegations of Paragraph 431.

432.   Defendant denies the allegations of Paragraph 432.

433.   Defendant denies the allegations of Paragraph 433.

434.   Defendant denies the allegations of Paragraph 434.

435.   Defendant denies the allegations of Paragraph 435.

16

436.   Defendant denies the allegations of Paragraph 436.

437.   Defendant denies the allegations of Paragraph 437.

438.   Defendant denies the allegations of Paragraph 438.

439.   Defendant denies the allegations of Paragraph 439.

440.   Defendant denies the allegations of Paragraph 440.

441.   Defendant denies the allegations of Paragraph 441.

442.   Defendant denies the allegations of Paragraph 442.

443.   Defendant denies the allegations of Paragraph 443.

444.   Defendant denies the allegations of Paragraph 444.

445.   Defendant denies the allegations of Paragraph 445.

446.   Defendant denies the allegations of Paragraph 446.

447.   Defendant denies the allegations of Paragraph 447.

448.   Defendant denies the allegations of Paragraph 448.

449.   Defendant denies the allegations of Paragraph 449.

450.   Defendant denies the allegations of Paragraph 450.

451.   Defendant denies the allegations of Paragraph 451.

452.   Defendant denies the allegations of Paragraph 452.

453.   Defendant denies the allegations of Paragraph 453.

454.   Defendant denies the allegations of Paragraph 454.

455.   Defendant denies the allegations of Paragraph 455.

## FIRST DEFENSE

Defendant would show that the Complaint fails to state a claim or cause of action against him upon which any relief can be granted.

## SECOND DEFENSE

Defendant affirmatively alleges that the Plantiff's cause of action is not maintainable, because the claim on which Defendant is sought to be held liable is based on his authority to bind the County to real estate transactions when in fact his supervisors reviewed and approved all filings to the Los Angeles County Board of Supervisors who

17

had the full authority only to bind the County to real estate transactions, contracts for the sale of services and material.

## PRAYER FOR RELIEF

Respondent prays for judgement as follows:

1.  That petitioner take nothing by way of their petition and complaint;

2.  The Court enter judgement in favor of respondents on all claims and causes of action alleged in nthe petition and complaint.

3.  For costs incurred in the defense of this action;and

4.  For such other and further relief that the Court may deem proper.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this __14th__ day of Dececember, 2023, at Los Angeles, California.

Respectfully Submitted,

THOMAS SHEPOS

In Pro Per

18

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
47253 20th Street West Lancaster CA 93534


A true and correct copy of the foregoing document entitled (*specify*): _____
1.    Defendant's Answer and Aff. Defense - 60 answers .   2.   Defendant's Answer  and Aff. Defenses - 455 answers
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _01/03/2024____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
See attached list.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 01/03/2024    LORRAINE SCHAUM | | _____ |
| Date              *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

Rocco Magni    rmagni@susmangodfrey.com
Casey Blair Sypek    csypek@millerbarondess.com, docket@millerbarondess.com, briding@millerbarondess.com
Argie Lagrimas Mina    amina@susmangodfrey.com, ibelvin@susmangodfrey.com
Amanda K Bonn    kpalmer@susmangodfrey.com, ecf-562585d2697e@ecf.pacerpro.com, abonn@susmangodfrey.com
Kent William Toland    ncampos@allenmatkins.com, ktoland@allenmatkins.com
David M. Peterson    dpeterson@susmangodfrey.com, mleone@susmangodfrey.com
Shauna E. Woods    mmota@allenmatkins.com, swoods@allenmatkins.com
Alexander Wyman    caseview.ecf@usdoj.gov, alex.wyman@lw.com
Kevin D Lloyd    fzaidi@allenmatkins.com, klloyd@allenmatkins.com
Jason H. Tokoro    jtokoro@millerbarondess.com, briding@millerbarondess.com
Scott J Leipzig    fzaidi@allenmatkins.com, sleipzig@allenmatkins.com
Kimberly R. Rose-McCaslin    kim@derryberrylawyers.com
Tim C. Hsu    thsu@allenmatkins.com, mcaldwell@allenmatkins.com