| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Susman Godfrey L.L.P.<br>Argie L. Mina<br>1900 Avenue of the Stairs, Suite 1400<br>Los Angeles, CA 90067<br>EMAIL:<br>ATTORNEY FOR: Los Angeles County et al. | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court/Central<br>350 West 1st Street<br>Los Angeles, CA 90012 | | |
| PLAINTIFF:<br>Los Angeles County et al.<br>DEFENDANT:<br>Thomas Shepos et al. | | COURT CASE NO:<br>2:19-CV-01773-CJC-MAA |
| **Proof of Service of Summons** | | LEVYING OFFICER FILE NO:<br>2024000216 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents):*
   **Addendum B, Order Unsealing Case, SUMMONS AND COMPLAINT**

3. a. Party Served *(specify name of party as shown on documents served):*
   **Arman Gabaee**

4. Address where party was served:   **USP Lompoc**
   **3901**
   **Lompoc, CA 93436**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 02/09/2024 at: 1:33 PM.

7. **Person who served the papers:**

   a. Name: **Deputy T. Marino, 0584**

   b. Address: **Sheriff's Civil Bureau, 312 East Cook St., P.O. Box 5049, Santa Maria, CA 93456**

   c. Telephone number: **(805) 346-7430**

   d. **The fee** for service was: **$50.00**

9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  Friday, February 9, 2024        by:  _____

Sheriff's Authorized Agent
Bill Brown

Judicial Council Form POS-010        Original
(c) CountySuite Sheriff, Teleosoft, Inc.

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Susman Godfrey L.L.P.<br>Argie L. Mina<br>1900 Avenue of the Stairs, Suite 1400<br>Los Angeles, CA 90067<br>EMAIL:<br>ATTORNEY FOR: Los Angeles County et al. | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court/Central<br>350 West 1st Street<br>Los Angeles, CA 90012 | | |
| PLAINTIFF:<br>Los Angeles County et al.<br>DEFENDANT:<br>Thomas Shepos et al. | | COURT CASE NO:<br>2:19-CV-01773-CJC-MAA |
| **Proof of Service of Summons** | | LEVYING OFFICER FILE NO:<br>2024000216 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents):*
   **Addendum B, Order Unsealing Case, SUMMONS AND COMPLAINT**

3. a. Party Served *(specify name of party as shown on documents served):*

   **Arman Gabaee**

4. Address where party was served:   **USP Lompoc**
   **3901**
   **Lompoc, CA 93436**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 02/09/2024 at: 1:33 PM.

7. **Person who served the papers:**

   a. Name: **Deputy T. Marino, 0584**

   b. Address: **Sheriff's Civil Bureau, 312 East Cook St., P.O. Box 5049, Santa Maria, CA 93456**

   c. Telephone number: **(805) 346-7430**

   d. **The fee** for service was: **$50.00**

9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   Friday, February 9, 2024        by: *[signature]*

Sheriff's Authorized Agent
Bill Brown

Judicial Council Form POS-010        Attorney/Plaintiff
(c) CountySuite Sheriff, Teleosoft, Inc.

## SHERIFF'S OFFICE OF SANTA BARBARA COUNTY

**Bill Brown**
*Sheriff*



Los Angeles County et al.
vs.
Thomas Shepos et al.

**Case Number**
2:19-CV-01773

### DEPOSIT RECEIPT

| Printed: | 1/29/2024 9:25:08AM | | Receipt No: | 1491459 |

| Date: | 01/29/2024 |
| Type: | Summons |
| Paid By: | Susman Godfrey L.L.P. |
| File No: | 2024000216 |

| Trans. No: | Trans. Date: | Description: | Deposit Amount: |
|---|---|---|---|
| 345 | 01/04/2024 | [CHECK] Fee for Services | $50.00 |

Origin:   Local                                                                 Received by:   LVC

Santa Maria, Sheriff's Civil Bureau, 312 East Cook St., P.O. Box 5049, Santa Maria, CA 93456
(805) 346-7430, (805) 346-7437

Note: The Sheriff is entitled to a fee for service, whether or not the service is successful. Govt. Code 26738
Status checks will not be given over the phone earlier than 10 days prior to the court date. If applicable, you will receive a copy of the proof of service in the mail. PLEASE DO NOT PHONE.