| ATTORNEY (Name and Address):<br>MILLER BARONDESS, LLP<br>Jason Tokoro, Esq<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, CA 90067<br><br>EMAIL: jtokoro@millerbarondess.com<br>ATTORNEY FOR: Plaintiff, Los Angeles County | SBN: 252345 | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>**United States District Court** Central District of California, Western Division<br>, CA | | |
| PLAINTIFF:<br>Los Angeles County, et al.<br>DEFENDANT:<br>**Thomas Shepos, et al.** | COURT CASE NO:<br>**19-CV-01773** | |
| **Proof of Service of Summons** | LEVYING OFFICER FILE NO:<br>**2024000097** | |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents)*:
      **SUMMONS AND COMPLAINT**

3. a. Party Served *(specify name of party as shown on documents served)*:

      **Arman Gabaee**

4. Address where party was served:  **United States Penitentiary - CAMP**
   **3705 W Farm Rd**
   **Lompoc, CA 93436**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 01/19/2024 at: 1:28 PM.

7. **Person who served the papers:**

   a. Name: **Deputy W. Smith, 2932**

   b. Address: **Sheriff's Civil Bureau, 312 East Cook St., P.O. Box 5049, Santa Maria, CA 93456**

   c. Telephone number: **(805) 346-7430**

   d. **The fee** for service was: **$50.00**

9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  Friday, January 19, 2024       by: *[signature: Win Smith]*

Sheriff's Authorized Agent
Bill Brown