DAWYN R. HARRISON (State Bar No. 173855)
dharrison@counsel.lacounty.gov
THOMAS FAUGHNAN (State Bar No. 155238)
tfaughnan@counsel.lacounty.gov
TIFFANI L. SHIN (State Bar No. 235806)
tshin@counsel.lacounty.gov
OFFICE OF LOS ANGELES COUNTY COUNSEL
Kenneth Hahn Hall of Administration
500 West Temple Street, Suite 648
Los Angeles, California 90012
Tel.: (213) 974-1811 | Fax: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Plaintiff
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA *ex rel.* KAREN GLUCK,<br><br>  Plaintiffs,<br><br>  v.<br><br>THOMAS SHEPOS; *et al.*,<br><br>  Defendants. | **CASE NO. 2:19-cv-01773-JFW-MAAx**<br><br>**CERTIFICATE OF SERVICE**<br><br>Assigned to the Hon. John F. Walter, Crtrm. 7A and Magistrate Judge Maria A. Audero, Crtrm. 880 |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067.

On August 26, 2024, I served true copies of the following document(s) described as:

**COUNTY OF LOS ANGELES'S NOTICE OF INTENT TO VOLUNTARILY DISMISS MORADI DEFENDANTS WITHOUT PREJUDICE;**

**CERTIFICATE OF SERVICE.**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Miller Barondess, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 26, 2024, at Los Angeles, California.

_____
Brian Binns

# SERVICE LIST

***County of Los Angeles, et al. v. Thomas Shepos, et al.***
USDC Case No. 2:19-cv-01773-JFW-MAAx

| | |
|---|---|
| ***Via First-Class Mail Only*** | *Defendant, in pro per* |
| Arman Gabaee<br>**Fed . Reg. No.: 76335-112**<br>FCC LOMPOC CAMP<br>3705 West Farm Road<br>Lompoc, CA  93436 | |
| ***Via First-Class Mail Only*** | *Defendant, in pro per* |
| Thomas J. Shepos<br>4319 Bethpage Drive<br>Palmdale, CA  93551 | Tel.:   (310) 344-3348 |