AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA ex rel. KAREN GLUCK, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) Civil Action No.  2:19-cv-01773-JFW-MAAx |
| THOMAS SHEPOS; | ) ) |
| (See Attached - Addendum A) | ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**
ON FIRST AMENDED COMLAINT-IN-INTERVENTION

To: *(Defendant's name and address)*  AP-PALMDALE PLACE LLC
C/O Donald G. Abbey
12447 Lewis Street Suite 203
Garden Grove, CA 92840


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LOUIS R. MILLER (State Bar No. 54141)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   11/19/2024

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-01773-JFW-MAAx

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Addendum A**
**(Caption Cont.)**

ARMAN GABAEE; MARK GABAEE; THE CHARLES COMPANY, INC.; EXCEL PROPERTY MANAGEMENT SERVICES, INC.; OAKSHIRE, LLC; WILHURST, INC.; TOWN INVESTMENTS, LLC; SANCAM INC.; M&A GABAEE, LP; GREENOAK INVESTMENTS, LLC; MAPLE19, LP; URBAN GROVE19, LLC; OPPIDAN, LLC; FRANK A. VISCO; VISCO FINANCIAL INC.; FRABER PROPERTIES II, LLC; DONALD G. ABBEY; AP-SIERRA LLC; DGA-PROPERTIES LLC; DGA-PROPERTIES II, LLC; ABBEY-PROPERTIES LLC; ABBEY-PROPERTIES II LLC; AP-PALMDALE LLC; AP-PALMDALE PLACE LLC; CDCF III PACIFIC COMMERCE PLAZA, LLC; NITTANY LION LANDSCAPING, INC.; LEON NEMAN; YOEL NEMAN; JOHN NEMAN; NEMAN BROTHERS AND ASSOCIATES, INC.; VERTIGO REAL ESTATE HOLDINGS, LP; LEGEND REAL ESTATE MANAGEMENT, INC.; GREGORY HANES; 300 K-6, LLC; 43917 DIVISION STREET, LLC; and DOES 1-150,

704757.1

3