SUSMAN GODFREY LLP
Amanda Bonn (Bar No. 270891)
*abonn@susmangodfrey.com*
Connor Cohen (Bar No. 354686)
*ccohen@susmangodfrey.com*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: +1.310.789.3100
Facsimile: +1.310.789.3150

Rocco Magni (pro hac vice)
*rmagni@susmangodfrey.com*
David Peterson (pro hac vice)
*dpeterson@susmangodfrey.com*
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: +1.713.651.9366
Facsimile: +1.713.654.6666

*Attorneys for Qui Tam Plaintiff Karen Gluck*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA, and THE UNITED STATES OF AMERICA ex rel. KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, et al.<br><br>Defendants. | Case No. 2:19-cv-01773-JFW-MAA<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO RELATOR'S THIRD AMENDED COMPLAINT AND PERMITTING CERTAIN LOCAL RULE 7-3 CONFERENCES TO OCCUR PARTIALLY REMOTELY**<br><br>Assigned to the Hon. John F. Walter, Crtrm. 7A, and Magistrate Judge Maria A. Audero, Crtrm. 880<br><br>Discovery Cut-off: December 22, 2025<br>Pretrial Conference: March 27, 2026<br>Jury Trial: April 28, 2026 |

1  This Stipulation is between and among Qui Tam Plaintiff and Relator Karen Gluck ("Relator") and Defendants Mark Gabaee; Sancam, Inc.; The Charles Company Partnership; The Charles Company, Inc.; Excel Property Management Services, Inc.; Oakshire, LLC; Wilhurst, Inc.; Town Investments, LLC; M&A Gabaee, A California Limited Partnership; Greenoak Investments, LLC; Maple19, LP; Urban Grove19, LLC; Oppidan, LLC; Leon Neman; Yoel Neman; John Neman; Neman Brothers & Associates, Inc.; Vertigo Real Estate Holdings, LP; Legend Real Estate Management, Inc.; Donald Abbey; Nittany Lion Landscaping, Inc. (d/b/a NL Services, Inc. and NL Landscaping Services, Inc.); The Abbey Companies LLC (d/b/a The Abbey Company LLC); Abbey-Properties LLC; DGA-Properties LLC; AP-Palmdale LLC; AP Palmdale Place LLC; AP-Commerce Plaza LLC; The Abbey Management Company, LLC; AP-Sierra LLC; Abbey-Properties II LLC; DGA-Properties II, LLC; Frank Visco; Visco Financial Inc.; Fraber Properties II, LLC, LLC; Gregory Hanes; 300 K-6, LLC; and 43917 Division Street, LLC (together, "Defendants," and, with Relator, the "Stipulating Parties").

**WHEREAS**, on March 11, 2019, Relator filed the Original Complaint in this action. (Dkt. 1).

**WHEREAS**, on August 19, 2024, Relator filed the Second Amended Complaint, (Dkt. 285), which was fully unsealed one week later, (Dkt. 295).

**WHEREAS**, on November 8, 2024, this Court granted Defendants' motions to dismiss Relator's Second Amended Complaint and gave Relator leave to file a Third Amended Complaint by November 22, 2024, (Dkt. 526).

**WHEREAS**, on November 22, 2024, Relator filed a Third Amended Complaint ("TAC"), (Dkt. 535).

**WHEREAS**, under Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to respond to the TAC is December 6, 2024.

**WHEREAS**, this Court's November 4, 2024 Scheduling and Case Management Order set the following dates:

- Deadline to join parties and amend pleadings: January 3, 2025
- Deadline for opening expert reports: October 27, 2025
- Deadline for rebuttal expert reports: November 17, 2025
- Discovery cut-off date: December 22, 2025
- Last day to conduct settlement conference/mediation: January 12, 2026
- Last day to file joint report re: results of settlement conference/mediation: January 16, 2026
- Last day for hearing motions: February 9, 2026
- Deadline to submit Pre-Trial Conference Order, motions in limine, joint statement re: disputed jury instructions, etc.: March 10, 2026
- Hearing on motions in limine and disputed jury instructions: April 10, 2026
- Pre-Trial Conference date: March 27, 2026
- Jury Trial date: April 28, 2026

**WHEREAS**, certain Defendants anticipate filing motions to dismiss the TAC.

**WHEREAS**, under this Court's September 24, 2024 Order, (Dkt. 343), Paragraph 5(b) of this Court's Standing Order, (Dkt. 243, at 8–9), and Local Rule 7-3, lead counsel for any moving Defendants and Relator are required to meet and confer in person to discuss the substance, and any potential resolution, of any contemplated motions to dismiss by November 29, 2024.

**WHEREAS**, November 28 and 29, 2024 are federal and Court holidays.

**WHEREAS**, lead counsel for Relator, David Peterson, is based in Houston, Texas and is unable to travel to Los Angeles during the last week of November or the first week of December due to the holidays as well as work conflicts.

**WHEREAS**, Relator intends to designate Los Angeles-based counsel, Amanda Bonn, as her lead counsel, but cannot do so until early January because Ms. Bonn is out of the country due to personal family matters.

**WHEREAS**, lead counsel for the Visco Defendants, Paul Rigali, will be traveling

out of State during the last week of November due to the holidays.

**WHEREAS**, lead counsel for the Gabaee Defendants, Kevin Leichter, will be traveling during the first week of December and out of State for the entire month due to the holidays and other reasons.

**WHEREAS**, lead counsel for the Hanes Defendants, Steven Derryberry, is based in Palmdale, California, which is approximately 65 miles from Relator's counsel's Los Angeles-based office—making it impossible to arrange an in-person (or even partially in-person) meet and confer during the last week of November.

**WHEREAS**, the Stipulating Parties desire to comply with the Court's Standing Order and the Local Rules to the greatest extent possible and without interfering with holiday plans, including holiday travel plans, or work conflicts—circumstances which the Stipulating Parties believe constitute good cause to extend the deadline for Defendants' responses to the TAC by one week.

**WHEREAS**, the Stipulating Parties propose a one-week extension of Defendants' time to respond to the TAC, until December 13, 2024, as well as a briefing schedule and hearing date following from that extended time to respond in accordance with the Local Rules and this Court's Standing Order.

**WHEREAS**, there have been no prior requests to extend Defendants' time to respond to the TAC.

**WHEREAS**, due to the holidays, counsel's holiday travel plans, and deadlines in counsel's other cases that cannot be moved, the Stipulating Parties also respectfully request this Court's leave to conduct Local Rule 7-3 conferences for contemplated motions to dismiss the TAC partially remotely, with Los Angeles-based counsel for each side meeting and conferring in person and lead counsel for Relator participating by videoconference.

**NOW, THEREFORE**, the Stipulating Parties stipulate as follows:

1. Defendants' time to respond to the TAC shall be extended by one week, from

1  December 6, 2024 to December 13, 2024.

2      2.    To the extent any Defendant desires to file a motion to dismiss the TAC, the hearing date on the motion to dismiss shall be January 27, 2025, the next succeeding motion day following January 20, 2025, which is 35 days from December 13, 2024 and a national holiday.[1]

3. Relator's oppositions to any motions to dismiss the TAC shall be due on or before January 6, 2025.

4. Defendants' reply briefs in support of any motions to dismiss the TAC shall be due on or before January 13, 2025.

5. The Parties may conduct Local Rule 7-3 conferences for contemplated motions to dismiss the TAC partially remotely, with Los Angeles-based counsel for each side meeting and conferring in person and lead counsel for Relator participating by videoconference.

DATED: November 26, 2024    SUSMAN GODFREY LLP

By:   /s/ David Peterson
    DAVID PETERSON
    Attorneys for Relator
    KAREN GLUCK

---

[1] See L.R. 78-1 ("If Monday is a national holiday, any motion noticed for that day shall be considered noticed for the next succeeding motion calendar of the judge before whom the motion is calendared without special order or further notice.").
4
STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO RELATOR'S TAC

| | | |
|---|---|---|
| 1 | DATED: November 26, 2024 | LARSON LLP |
| 4 | | By: /s/ Paul A. Rigali |
| | | PAUL A. RIGALI |
| | | Attorneys for Defendants |
| | | FRANK VISCO; VISCO FINANCIAL INC.; and FRABER PROPERTIES II, LLC |
| 10 | DATED: November 26, 2024 | LAW OFFICES OF NICO TABIBI |
| 13 | | By: /s/ Nico Tabibi |
| | | NICO TABIBI |
| | | Attorneys for Defendants |
| | | LEON NEMAN; YOEL NEMAN; JOHN NEMAN; NEMAN BROTHERS AND ASSOCIATES, INC.; VERTIGO REAL ESTATE HOLDINGS, LP; and LEGEND REAL ESTATE MANAGEMENT, INC. |
| 20 | DATED: November 26, 2024 | DERRYBERRY & ASSOCIATES LLP |
| 23 | | By: /s/ Kimberly R. Rose-McCaslin |
| | | KIMBERLY R. ROSE-McCASLIN |
| | | Attorneys for Defendants |
| | | GREGORY HANES; 300 K-6, LLC; and 43917 DIVISION STREET, LLC |

5
STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO RELATOR'S TAC

| | | |
|---|---|---|
| DATED: November 26, 2024 | | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |

By: */s/ Shauna E. Woods*
SHAUNA E. WOODS
Attorneys for Defendants
DONALD G. ABBEY; AP-SIERRA LLC; DGA-PROPERTIES LLC; DGA-PROPERTIES II LLC; ABBEY-PROPERTIES LLC; ABBEY-PROPERTIES II LLC; AP-PALMDALE LLC; AP-PALMDALE PLAZA LLC; NITTANY LION LANDSCAPING, INC.; AP-COMMERCE PLAZA LLC; THE ABBEY MANAGEMENT CO., LLC; and THE ABBEY COMPANIES LLC

DATED: November 26, 2024          THE LEICHTER FIRM, P.C.

By: */s/ Kevin J. Leichter*
KEVIN J. LEICHTER
Attorneys for Defendants
MARK GABAY; CHARLES COMPANY PARTNERSHIP; EXCEL PROPERTY MANAGEMENT SERVICES, INC.; OAKSHIRE, LLC; WILHURST, INC.; TOWN INVESTMENTS, LLC; SANCAM INC.; M&A GABAEE, LP; GREENOAK INVESTMENTS, LLC; MAPLE19, LP; URBAN GROVE19, LLC; OPPIDAN, LLC; and THE CHARLES COMPANY, INC.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that that all other signatories listed, and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED: November 26, 2024         SUSMAN GODFREY LLP

By: */s/ David Peterson*
DAVID PETERSON
Attorneys for Relator
KAREN GLUCK