SUSMAN GODFREY LLP

Amanda Bonn (Bar No. 270891)
*abonn@susmangodfrey.com*
Connor Cohen (Bar No. 354686)
*ccohen@susmangodfrey.com*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: +1.310.789.3100
Facsimile: +1.310.789.3150

Rocco Magni (pro hac vice)
*rmagni@susmangodfrey.com*
David Peterson (pro hac vice)
*dpeterson@susmangodfrey.com*
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: +1.713.651.9366
Facsimile: +1.713.654.6666

*Attorneys for Qui Tam Plaintiff Karen Gluck*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA, and THE UNITED STATES OF AMERICA ex rel. KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, et al.,<br><br>Defendants. | Case No. 2:19-cv-01773-JFW-MAA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO RELATOR'S THIRD AMENDED COMPLAINT AND PERMITTING CERTAIN LOCAL RULE 7-3 CONFERENCES TO OCCUR PARTIALLY REMOTELY** |

# ORDER

The Court, having considered the parties' Stipulation Extending Time to Respond to Relator's Third Amended Complaint and Permitting Certain Local Rule 7-3 Conferences to Occur Partially Remotely (the "Stipulation"), and finding good cause in support of that Stipulation, hereby orders as follows:

1. The Stipulation is **GRANTED**;

2. Defendants' deadline to respond to the TAC shall be extended by one week, from December 6, 2024 to December 13, 2024;

3. To the extent any Defendant desires to file a motion to dismiss the TAC, the hearing date on the motion to dismiss shall be January 27, 2025;

4. Relator's oppositions to any motions to dismiss the TAC shall be due on or before January 6, 2025;

5. Defendants' reply briefs in support of any motions to dismiss the TAC shall be due on or before January 13, 2025;

6. The hearing date on any motions to dismiss the TAC shall be January 27, 2025; and

7. Due to the holidays, counsel's holiday travel plans, and counsel's work conflicts, the Parties may conduct any Local Rule 7-3 conferences in connection with contemplated motions to dismiss the TAC partially remotely, with Los Angeles-based counsel for each side meeting and conferring in person and lead counsel for Relator participating by videoconference.

**IT IS SO ORDERED.**

Dated: _____

Hon. John F. Walter
United States District Judge