Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Clinton A. Ford Jr. (SBN 336613)
cford@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants
FRABER PROPERTIES II, LLC, FRANK
A. VISCO and VISCO FINANCIAL INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| The COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA, and THE UNITED STATES OF AMERICA, ex rel. KAREN GLUCK, | Case No. 2:19-cv-01773-JFW (MAAx) |
| Plaintiffs, | **VISCO DEFENDANTS' ANSWER TO RELATOR'S THIRD AMENDED COMPLAINT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| THOMAS SHEPOS: et al, | Complaint filed: 03/11/2019 |
| Defendants. | Complaint-in-Intervention filed: 11/9/2023 |
| | Trial Date:        April 28. 2026 |

1    Defendants FRABER PROPERTIES II, LLC, FRANK A. VISCO and

2 VISCO FINANCIAL INC. (collectively, "Visco Defendants") hereby answer the

3 allegations in Relator Karen Gluck's ("Relator") Third Amended Complaint

4 ("TAC") as follows:

5                    **INTRODUCTION**

6    1.    The Visco Defendants deny all allegations set forth in Paragraph 1 to

7 the extent that they relate to the Visco Defendants specifically.  As to all other

8 allegations, the Visco Defendants lack sufficient knowledge to admit or deny the

9 allegations, and deny them on that basis.

10    2.    The Visco Defendants deny all allegations set forth in Paragraph 2 to

11 the extent that they relate to the Visco Defendants specifically.  As to all other

12 allegations, the Visco Defendants lack sufficient knowledge to admit or deny the

13 allegations, and deny them on that basis.

14    3.    The Visco Defendants lack sufficient knowledge to admit or deny the

15 allegations in Paragraph 3, and deny them on that basis.

16    4.    The Visco Defendants lack sufficient knowledge to admit or deny the

17 allegations in Paragraph 4, and deny them on that basis.

18    5.    The Visco Defendants lack sufficient knowledge to admit or deny the

19 allegations in Paragraph 5, and deny them on that basis.

20    6.    The Visco Defendants lack sufficient knowledge to admit or deny the

21 allegations in Paragraph 6, and deny them on that basis.

22    7.    The Visco Defendants lack sufficient knowledge to admit or deny the

23 allegations in Paragraph 7, and deny them on that basis.

24                    **PARTIES**

25    8.    The Visco Defendants lack sufficient knowledge to admit or deny the

26 allegations in Paragraph 8, and deny them on that basis.

27    9.    The Visco Defendants deny all allegations set forth in Paragraph 9 to

28 the extent that they relate to the Visco Defendants specifically.  As to all other

allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

     a)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(a), and deny them on that basis.

     b)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(b), and deny them on that basis.

     c)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(c), and deny them on that basis.

     d)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(d), and deny them on that basis.

     e)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(e), and deny them on that basis.

     f)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(f), and deny them on that basis.

     g)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(g), and deny them on that basis.

     h)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(h), and deny them on that basis.

     i)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(i), and deny them on that basis.

     j)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(j), and deny them on that basis.

     k)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(k), and deny them on that basis.

     l)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(l), and deny them on that basis.

     m)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(m), and deny them on that basis.

1    n) The Visco Defendants lack sufficient knowledge to admit or
2 deny the allegations in Paragraph 9(n), and deny them on that basis.

3    o) The Visco Defendants lack sufficient knowledge to admit or
4 deny the allegations in Paragraph 9(o), and deny them on that basis.

5    p) The Visco Defendants lack sufficient knowledge to admit or
6 deny the allegations in Paragraph 9(p), and deny them on that basis.

7    q) The Visco Defendants lack sufficient knowledge to admit or
8 deny the allegations in Paragraph 9(q), and deny them on that basis.

9    r) The Visco Defendants lack sufficient knowledge to admit or
10 deny the allegations in Paragraph 9(r), and deny them on that basis.

11    s) The Visco Defendants lack sufficient knowledge to admit or
12 deny the allegations in Paragraph 9(s), and deny them on that basis.

13    t) The Visco Defendants lack sufficient knowledge to admit or
14 deny the allegations in Paragraph 9(t), and deny them on that basis.

15    u) The Visco Defendants lack sufficient knowledge to admit or
16 deny the allegations in Paragraph 9(u), and deny them on that basis.

17    v) The Visco Defendants lack sufficient knowledge to admit or
18 deny the allegations in Paragraph 9(v), and deny them on that basis.

19    w) The Visco Defendants lack sufficient knowledge to admit or
20 deny the allegations in Paragraph 9(w), and deny them on that basis.

21    x) The Visco Defendants lack sufficient knowledge to admit or
22 deny the allegations in Paragraph 9(x), and deny them on that basis.

23    y) The Visco Defendants lack sufficient knowledge to admit or
24 deny the allegations in Paragraph 9(y), and deny them on that basis.

25    z) The Visco Defendants lack sufficient knowledge to admit or
26 deny the allegations in Paragraph 9(z), and deny them on that basis.

27    aa) The Visco Defendants lack sufficient knowledge to admit or
28 deny the allegations in Paragraph 9(aa), and deny them on that basis.

LARSON
LOS ANGELES

VISCO DEFTS' ANSWER TO RELATOR'S THIRD AMENDED COMPLAINT

1       bb)   The Visco Defendants lack sufficient knowledge to admit or

2   deny the allegations in Paragraph 9(bb), and deny them on that basis.

3       cc)   The Visco Defendants lack sufficient knowledge to admit or

4   deny the allegations in Paragraph 9(cc), and deny them on that basis.

5       dd)   The Visco Defendants lack sufficient knowledge to admit or

6   deny the allegations in Paragraph 9(dd), and deny them on that basis.

7       ee)   The Visco Defendants lack sufficient knowledge to admit or

8   deny the allegations in Paragraph 9(ee), and deny them on that basis.

9       ff)   The Visco Defendants lack sufficient knowledge to admit or

10  deny the allegations in Paragraph 9(ff), and deny them on that basis.

11      gg)   The Visco Defendants lack sufficient knowledge to admit or

12  deny the allegations in Paragraph 9(gg), and deny them on that basis.

13      hh)   The Visco Defendants lack sufficient knowledge to admit or

14  deny the allegations in Paragraph 9(hh), and deny them on that basis.

15      ii)   The Visco Defendants lack sufficient knowledge to admit or

16  deny the allegations in Paragraph 9(ii), and deny them on that basis.

17      jj)   The Visco Defendants lack sufficient knowledge to admit or

18  deny the allegations in Paragraph 9(jj), and deny them on that basis.

19      kk)   The Visco Defendants admit the allegations in Paragraph 9(kk).

20      ll)   The Visco Defendants admit Visco Financial Inc. is a California

21  corporation with its principal place of business at 44824 Cedar Avenue,

22  Lancaster, CA 93534.  The Visco Defendants further admit Frank Visco is its

23  Director and Chief Executive Officer.  Except as expressly admitted herein,

24  the Visco Defendants lack sufficient knowledge to admit or deny the

25  remaining allegations, and deny them on that basis.

26      mm)   The Visco Defendants admit Fraber Properties II, LLC is a

27  California limited liability company with its principal place of business at

28  44824 Cedar Avenue, Lancaster, CA 93534.  The Visco Defendants further

admit Frank Visco is its manager.  Except as expressly admitted herein, the Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations, and deny them on that basis.

nn)    Paragraph 9(nn) does not contain any factual allegations and therefore does not require a response.  To the extent a response is required, the Visco Defendants deny all allegations.

oo)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(o), and deny them on that basis.

pp)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(p), and deny them on that basis.

qq)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(q), and deny them on that basis.

rr)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9(r), and deny them on that basis.

## JURISDICTION AND VENUE

10.    The allegations in Paragraph 10 are legal conclusions to which no response is required.  To the extent an answer may be required, the Visco Defendants deny the allegations in Paragraph 10.

11.    The allegations in Paragraph 11 are legal conclusions to which no response is required.  To the extent an answer may be required, the Visco Defendants deny the allegations in Paragraph 11.

## FACTS

**I.    Ms. Gluck Begins to Uncover Shepos's Misconduct**

**A.    Ms. Gluck's Background**

12.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 12, and deny them on that basis..

13.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 13, and deny them on that basis.

14.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 14, and deny them on that basis.

15.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 15, and deny them on that basis.

**B.     Ms. Gluck Marries Shepos.**

16.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 16, and deny them on that basis.

17.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 17, and deny them on that basis.

18.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 18, and deny them on that basis.

19.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 19, and deny them on that basis.

**C.     Shepos Begins Working for the County.**

20.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 20, and deny them on that basis.

21.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 21, and deny them on that basis.

22.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 22, and deny them on that basis.

**D.     Ms. Gluck Steps Back from Work to Become the Primary Caregiver for Her Daughter and Her Ailing Parents at Shepos's Insistence.**

23.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 23, and deny them on that basis.

1    24.    The Visco Defendants lack sufficient knowledge to admit or deny the
2    allegations in Paragraph 24, and deny them on that basis.

3    25.    The Visco Defendants lack sufficient knowledge to admit or deny the
4    allegations in Paragraph 25, and deny them on that basis.

5    26.    The Visco Defendants lack sufficient knowledge to admit or deny the
6    allegations in Paragraph 26, and deny them on that basis.

7    27.    The Visco Defendants lack sufficient knowledge to admit or deny the
8    allegations in Paragraph 27, and deny them on that basis.

9    28.    The Visco Defendants lack sufficient knowledge to admit or deny the
10    allegations in Paragraph 28, and deny them on that basis.

11    29.    The Visco Defendants lack sufficient knowledge to admit or deny the
12    allegations in Paragraph 29, and deny them on that basis.

13    30.    The Visco Defendants lack sufficient knowledge to admit or deny the
14    allegations in Paragraph 30, and deny them on that basis.

15    31.    The Visco Defendants lack sufficient knowledge to admit or deny the
16    allegations in Paragraph 31, and deny them on that basis.

17    **E.**    **Shepos Convinces Ms. Gluck to Purchase the Bel Air Property,**
18    **Which (Unbeknownst to Ms. Gluck at the Time) Was a Vehicle for**
19    **Him to Receive Bribes.**

20    32.    The Visco Defendants lack sufficient knowledge to admit or deny the
21    allegations in Paragraph 32, and deny them on that basis.

22    33.    The Visco Defendants lack sufficient knowledge to admit or deny the
23    allegations in Paragraph 33, and deny them on that basis.

24    34.    The Visco Defendants lack sufficient knowledge to admit or deny the
25    allegations in Paragraph 34, and deny them on that basis.

26    35.    The Visco Defendants lack sufficient knowledge to admit or deny the
27    allegations in Paragraph 35, and deny them on that basis.

28

36.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 36, and deny them on that basis.

37.      The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 37, and deny them on that basis.

**F.      Ms. Gluck Begins to Notice Shepos's Suspicious Behavior.**

38.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 38, and deny them on that basis.

39.     The Visco Defendants deny all allegations set forth in Paragraph 39 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

40.     The Visco Defendants deny all allegations set forth in Paragraph 40 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

41.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 41, and deny them on that basis.

42.     The Visco Defendants admit that Visco was a developer with County contracts.  Except as expressly admitted herein, the Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations, and deny them on that basis.

**G.      Ms. Gluck Discovers Evidence of Shepos's Inappropriate
Relationships with Developers.**

43.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 43, and deny them on that basis.

44.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 44, and deny them on that basis.

45.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 45, and deny them on that basis.

1  46.  The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 46, and deny them on that basis.

3  47.  The Visco Defendants lack sufficient knowledge to admit or deny the
4  allegations in Paragraph 47, and deny them on that basis.

5  48.  The Visco Defendants lack sufficient knowledge to admit or deny the
6  allegations in Paragraph 48, and deny them on that basis.

7  49.  The Visco Defendants lack sufficient knowledge to admit or deny the
8  allegations in Paragraph 49, and deny them on that basis.

9  50.  The Visco Defendants lack sufficient knowledge to admit or deny the
10 allegations in Paragraph 50, and deny them on that basis.

11 51.  The Visco Defendants lack sufficient knowledge to admit or deny the
12 allegations in Paragraph 51, and deny them on that basis.

13 52.  The Visco Defendants lack sufficient knowledge to admit or deny the
14 allegations in Paragraph 52, and deny them on that basis.

15 53.  The Visco Defendants lack sufficient knowledge to admit or deny the
16 allegations in Paragraph 53, and deny them on that basis.

17 54.  The Visco Defendants lack sufficient knowledge to admit or deny the
18 allegations in Paragraph 54, and deny them on that basis.

19 55.  The Visco Defendants deny all allegations set forth in Paragraph 55 to
20 the extent that they relate to the Visco Defendants specifically.  The Visco
21 Defendants lack sufficient knowledge to admit or deny the remaining allegations in
22 Paragraph 55, and deny them on that basis.

23 56.  The Visco Defendants deny all allegations set forth in Paragraph 56 to
24 the extent that they relate to the Visco Defendants specifically.  The Visco
25 Defendants lack sufficient knowledge to admit or deny the remaining allegations in
26 Paragraph 56, and deny them on that basis.

27 57.  The Visco Defendants lack sufficient knowledge to admit or deny the
28 allegations in Paragraph 57, and deny them on that basis.

58.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 58, and deny them on that basis.

**H.    Shepos Is Diagnosed as a Psychopath, and Gluck Files for Divorce.**

59.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 59, and deny them on that basis.

60.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 60, and deny them on that basis.

61.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 61, and deny them on that basis.

62.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 62, and deny them on that basis.

63.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 63, and deny them on that basis.

64.   The Visco Defendants deny all allegations set forth in Paragraph 64 to the extent that they relate to the Visco Defendants specifically.  The Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations in Paragraph 64, and deny them on that basis.

65.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 65, and deny them on that basis.

66.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 66, and deny them on that basis.

67.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 67, and deny them on that basis.

68.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 68, and deny them on that basis.

69.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 69, and deny them on that basis.

70.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 70, and deny them on that basis.

71.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 71, and deny them on that basis.

72.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 72, and deny them on that basis.

73.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 73, and deny them on that basis.

74.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 74, and deny them on that basis.

75.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 75, and deny them on that basis.

76.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 76, and deny them on that basis.

77.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 77, and deny them on that basis.

78.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 78, and deny them on that basis.

79.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 79, and deny them on that basis.

80.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 80, and deny them on that basis.

81.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 81, and deny them on that basis.

82.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 82, and deny them on that basis.

83.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 83, and deny them on that basis.

1    **I.    During Divorce Proceedings, Ms. Gluck Begins Piecing Together**
2    **Some of Shepos's Fraud and Corruption.**

3    84.    The Visco Defendants lack sufficient knowledge to admit or deny the
4    allegations in Paragraph 84, and deny them on that basis.

5    85.    The Visco Defendants lack sufficient knowledge to admit or deny the
6    allegations in Paragraph 85, and deny them on that basis.

7    86.    The Visco Defendants lack sufficient knowledge to admit or deny the
8    allegations in Paragraph 86, and deny them on that basis.

9    87.    The Visco Defendants lack sufficient knowledge to admit or deny the
10    allegations in Paragraph 87, and deny them on that basis.

11    88.    The Visco Defendants lack sufficient knowledge to admit or deny the
12    allegations in Paragraph 88, and deny them on that basis.

13    89.    The Visco Defendants lack sufficient knowledge to admit or deny the
14    allegations in Paragraph 89, and deny them on that basis.

15    90.    The Visco Defendants deny all allegations set forth in Paragraph 90 to
16    the extent that they relate to the Visco Defendants specifically.  The Visco
17    Defendants lack sufficient knowledge to admit or deny the remaining allegations in
18    Paragraph 90, and deny them on that basis.

19        a)    The Visco Defendants lack sufficient knowledge to admit or
20        deny the allegations in Paragraph 90(a), and deny them on that basis.

21        b)    The Visco Defendants lack sufficient knowledge to admit or
22        deny the allegations in Paragraph 90(b), and deny them on that basis.

23        c)    The Visco Defendants lack sufficient knowledge to admit or
24        deny the allegations in Paragraph 90(c), and deny them on that basis.

25        d)    The Visco Defendants lack sufficient knowledge to admit or
26        deny the allegations in Paragraph 90(d), and deny them on that basis.

27        e)    The Visco Defendantsdeny the allegations in Paragraph 90(e).

28

91.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 91, and deny them on that basis.

   a)     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 91(a), and deny them on that basis.

   b)     The Visco Defendants deny all allegations set forth in Paragraph 91(b) to the extent that they relate to the Visco Defendants specifically.  The Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations in Paragraph 91(b), and deny them on that basis..

   c)     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 91(c), and deny them on that basis.

92.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 92, and deny them on that basis.

93.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 93, and deny them on that basis.

**J.    Shepos Fraudulently Files for Bankruptcy to Stall Divorce Proceedings, and Ms. Gluck Uncovers More of Shepos's Misconduct.**

94.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 94, and deny them on that basis.

95.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 95, and deny them on that basis.

96.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 96, and deny them on that basis.

97.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 97, and deny them on that basis.

98.     The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 98, and deny them on that basis.

99.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 99, and deny them on that basis.

100.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 100, and deny them on that basis.

**II.    Ms. Gluck Becomes the Original Source of the County, State, and Federal Government's Investigations into Shepos's Far-Reaching Corruption.**

**A.    Ms. Gluck Meets Assistant U.S. Attorney Ranee Katzenstein, Who Encourages Ms. Gluck to "Do the Right Thing."**

101.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 101, and deny them on that basis.

102.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 102, and deny them on that basis.

103.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 103, and deny them on that basis.

104.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 104, and deny them on that basis.

105.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 105, and deny them on that basis.

106.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 106, and deny them on that basis.

107.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 107, and deny them on that basis.

108.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 108, and deny them on that basis.

109.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 109, and deny them on that basis.

1     110.   The Visco Defendants lack sufficient knowledge to admit or deny the

2  allegations in Paragraph 110, and deny them on that basis.

3     111.   The Visco Defendants lack sufficient knowledge to admit or deny the

4  allegations in Paragraph 111, and deny them on that basis.

5     112.   The Visco Defendants lack sufficient knowledge to admit or deny the

6  allegations in Paragraph 112, and deny them on that basis.

7     113.   The Visco Defendants lack sufficient knowledge to admit or deny the

8  allegations in Paragraph 113, and deny them on that basis.

9     114.   The Visco Defendants lack sufficient knowledge to admit or deny the

10  allegations in Paragraph 114, and deny them on that basis.

11    **B.**    **Ms. Gluck Continues to Cooperate with the FBI and Provides a**

12         **Critical Piece of Evidence Triggering Multiple Indictments.**

13     115.   The Visco Defendants lack sufficient knowledge to admit or deny the

14  allegations in Paragraph 115, and deny them on that basis.

15     116.   The Visco Defendants lack sufficient knowledge to admit or deny the

16  allegations in Paragraph 116, and deny them on that basis.

17     117.   The Visco Defendants lack sufficient knowledge to admit or deny the

18  allegations in Paragraph 117, and deny them on that basis.

19     118.   The Visco Defendants lack sufficient knowledge to admit or deny the

20  allegations in Paragraph 118, and deny them on that basis.

21     119.   The Visco Defendants deny all allegations set forth in Paragraph 119 to

22  the extent that they relate to the Visco Defendants specifically.  The Visco

23  Defendants lack sufficient knowledge to admit or deny the remaining allegations in

24  Paragraph 119, and deny them on that basis.

25     120.   The Visco Defendants lack sufficient knowledge to admit or deny the

26  allegations in Paragraph 120, and deny them on that basis.

27     121.   The Visco Defendants lack sufficient knowledge to admit or deny the

28  allegations in Paragraph 121, and deny them on that basis.

1      122.    The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 122, and deny them on that basis.

3      123.    The Visco Defendants lack sufficient knowledge to admit or deny the
4  allegations in Paragraph 123, and deny them on that basis.

5      124.    The Visco Defendants deny all allegations set forth in Paragraph 124 to
6  the extent that they relate to the Visco Defendants specifically.  The Visco
7  Defendants lack sufficient knowledge to admit or deny the remaining allegations in
8  Paragraph 124, and deny them on that basis.

9      125.    The Visco Defendants lack sufficient knowledge to admit or deny the
10  allegations in Paragraph 125, and deny them on that basis.

11      126.    The Visco Defendants lack sufficient knowledge to admit or deny the
12  allegations in Paragraph 126, and deny them on that basis.

13      127.   The Visco Defendants admit Visco knew Gregory Hanes.  Except as
14  expressly admitted herein, the Visco Defendants lack sufficient knowledge to admit
15  or deny the remaining allegations in Paragraph 127, and deny them on that basis.

16      128.    The Visco Defendants lack sufficient knowledge to admit or deny the
17  allegations in Paragraph 128, and deny them on that basis.

18      129.    The Visco Defendants lack sufficient knowledge to admit or deny the
19  allegations in Paragraph 129, and deny them on that basis.

20      **C.    Ms. Gluck Begins Working with County and State Investigators.**

21      130.    The Visco Defendants lack sufficient knowledge to admit or deny the
22  allegations in Paragraph 130, and deny them on that basis.

23      131.    The Visco Defendants lack sufficient knowledge to admit or deny the
24  allegations in Paragraph 131, and deny them on that basis.

25      132.    The Visco Defendants lack sufficient knowledge to admit or deny the
26  allegations in Paragraph 132, and deny them on that basis.

27      133.    The Visco Defendants lack sufficient knowledge to admit or deny the
28  allegations in Paragraph 133, and deny them on that basis.

1    134.   The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 134, and deny them on that basis.

3    135.   The Visco Defendants admit that Michele Lantz was Visco's long-time
4  assistant.  Except as expressly admitted herein, the Visco Defendants lack sufficient
5  knowledge to admit or deny the remaining allegations in Paragraph 135, and deny
6  them on that basis.

7    136.   The Visco Defendants lack sufficient knowledge to admit or deny the
8  allegations in Paragraph 136, and deny them on that basis.

9    137.   The Visco Defendants lack sufficient knowledge to admit or deny the
10 allegations in Paragraph 137, and deny them on that basis.

11    138.   The Visco Defendants lack sufficient knowledge to admit or deny the
12 allegations in Paragraph 138, and deny them on that basis.

13    139.   The Visco Defendants lack sufficient knowledge to admit or deny the
14 allegations in Paragraph 139, and deny them on that basis.

15   **D.    Shepos Continues to Lie About the Scope and Timing of His**
16   **Bribery Scheme, Attempting to Avoid Responsibility and Deflect**
17   **Blame onto Ms. Gluck.**

18    140.   The Visco Defendants lack sufficient knowledge to admit or deny the
19 allegations in Paragraph 140, and deny them on that basis.

20    141.   The Visco Defendants lack sufficient knowledge to admit or deny the
21 allegations in Paragraph 141, and deny them on that basis.

22    142.   The Visco Defendants lack sufficient knowledge to admit or deny the
23 allegations in Paragraph 142, and deny them on that basis.

24    143.   The Visco Defendants lack sufficient knowledge to admit or deny the
25 allegations in Paragraph 143, and deny them on that basis.

26    144.   The Visco Defendants lack sufficient knowledge to admit or deny the
27 allegations in Paragraph 144, and deny them on that basis.

28

1    145.    The Visco Defendants lack sufficient knowledge to admit or deny the
2 allegations in Paragraph 145, and deny them on that basis.

3    146.    The Visco Defendants lack sufficient knowledge to admit or deny the
4 allegations in Paragraph 146, and deny them on that basis.

5    147.    The Visco Defendants lack sufficient knowledge to admit or deny the
6 allegations in Paragraph 147, and deny them on that basis.

7    148.    The Visco Defendants lack sufficient knowledge to admit or deny the
8 allegations in Paragraph 148, and deny them on that basis.

9    149.    The Visco Defendants lack sufficient knowledge to admit or deny the
10 allegations in Paragraph 149, and deny them on that basis.

11    150.    The Visco Defendants lack sufficient knowledge to admit or deny the
12 allegations in Paragraph 150, and deny them on that basis.

13    151.    The Visco Defendants lack sufficient knowledge to admit or deny the
14 allegations in Paragraph 151, and deny them on that basis.

15    152.    The Visco Defendants lack sufficient knowledge to admit or deny the
16 allegations in Paragraph 152, and deny them on that basis.

17    153.    The Visco Defendants lack sufficient knowledge to admit or deny the
18 allegations in Paragraph 153, and deny them on that basis.

19    154.    The Visco Defendants lack sufficient knowledge to admit or deny the
20 allegations in Paragraph 154, and deny them on that basis.

21    155.    The Visco Defendants lack sufficient knowledge to admit or deny the
22 allegations in Paragraph 155, and deny them on that basis.

23    156.    The Visco Defendants lack sufficient knowledge to admit or deny the
24 allegations in Paragraph 156, and deny them on that basis.

25    157.    The Visco Defendants lack sufficient knowledge to admit or deny the
26 allegations in Paragraph 157, and deny them on that basis.

27    158.    The Visco Defendants lack sufficient knowledge to admit or deny the
28 allegations in Paragraph 158, and deny them on that basis.

159.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 159, and deny them on that basis.

160.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 160, and deny them on that basis.

**E.  Since Shepos's Plea, More Evidence Has Come to Light Confirming that Shepos's Fraud and Corruption Was Far-Reaching and Tainted Hundreds of Millions of Dollars in County Contracts.**

161.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 161, and deny them on that basis.

162.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 162, and deny them on that basis.

163.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 163, and deny them on that basis.

**III.  Shepos's Schemes Involved Numerous, Significant Real Estate Developers and Hundreds of Millions of Dollars' Worth of Leases and Agreements.**

164.  The Visco Defendants deny all allegations set forth in Paragraph 164 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

a)  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 164(a), and deny them on that basis.

b)  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 164(b), and deny them on that basis.

c)  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 164(c), and deny them on that basis.

165.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 165, and deny them on that basis.

166.   The Visco Defendants deny all allegations set forth in Paragraph 166 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

**A.    Mark Gabaee and Arman Gabaee.**

167.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 167, and deny them on that basis.

168.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 168, and deny them on that basis.

169.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 169, and deny them on that basis.

170.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 170, and deny them on that basis.

171.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 171, and deny them on that basis.

172.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 172, and deny them on that basis.

173.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 173, and deny them on that basis.

174.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 174, and deny them on that basis.

175.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 175, and deny them on that basis.

**1.    The Gabaee Defendants' Bribes to Shepos.**

176.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 176, and deny them on that basis.

1
### i.    Expensive Trips, Meals, and Gifts.

2    177.    The Visco Defendants lack sufficient knowledge to admit or deny the

3    allegations in Paragraph 177, and deny them on that basis.

4    178.    The Visco Defendants lack sufficient knowledge to admit or deny the

5    allegations in Paragraph 178, and deny them on that basis.

6    179.    The Visco Defendants lack sufficient knowledge to admit or deny the

7    allegations in Paragraph 179, and deny them on that basis.

8    180.    The Visco Defendants lack sufficient knowledge to admit or deny the

9    allegations in Paragraph 180, and deny them on that basis.

10    181.    The Visco Defendants lack sufficient knowledge to admit or deny the

11    allegations in Paragraph 181, and deny them on that basis.

12    182.    The Visco Defendants lack sufficient knowledge to admit or deny the

13    allegations in Paragraph 182, and deny them on that basis.

14    183.    The Visco Defendants lack sufficient knowledge to admit or deny the

15    allegations in Paragraph 183, and deny them on that basis.

16
### ii.    Construction on Shepos's Bel Air Home.

17    184.    The Visco Defendants lack sufficient knowledge to admit or deny the

18    allegations in Paragraph 184, and deny them on that basis.

19    185.    The Visco Defendants lack sufficient knowledge to admit or deny the

20    allegations in Paragraph 185, and deny them on that basis.

21    186.    The Visco Defendants lack sufficient knowledge to admit or deny the

22    allegations in Paragraph 186, and deny them on that basis.

23    187.    The Visco Defendants lack sufficient knowledge to admit or deny the

24    allegations in Paragraph 187, and deny them on that basis.

25    188.    The Visco Defendants lack sufficient knowledge to admit or deny the

26    allegations in Paragraph 188, and deny them on that basis.

27

28

1

### iii. Cash Payments.

2     189. The Visco Defendants lack sufficient knowledge to admit or deny the

3 allegations in Paragraph 189, and deny them on that basis.

4     190. The Visco Defendants lack sufficient knowledge to admit or deny the

5 allegations in Paragraph 190, and deny them on that basis.

6     191. The Visco Defendants lack sufficient knowledge to admit or deny the

7 allegations in Paragraph 191, and deny them on that basis.

8

### iv. Offer to Buy a $1.1 Million House.

9     192. The Visco Defendants lack sufficient knowledge to admit or deny the

10 allegations in Paragraph 192, and deny them on that basis.

11     193. The Visco Defendants lack sufficient knowledge to admit or deny the

12 allegations in Paragraph 193, and deny them on that basis.

13

### 2. Shepos's Official Favors to the Gabaee Defendants.

14     194. The Visco Defendants lack sufficient knowledge to admit or deny the

15 allegations in Paragraph 194, and deny them on that basis.

16     a) The Visco Defendants lack sufficient knowledge to admit or

17 deny the allegations in Paragraph 194(a), and deny them on that basis.

18     b) The Visco Defendants lack sufficient knowledge to admit or

19 deny the allegations in Paragraph 194(b), and deny them on that basis.

20     c) The Visco Defendants lack sufficient knowledge to admit or

21 deny the allegations in Paragraph 194(c), and deny them on that basis.

22     d) The Visco Defendants lack sufficient knowledge to admit or

23 deny the allegations in Paragraph 194(d), and deny them on that basis.

24     e) The Visco Defendants lack sufficient knowledge to admit or

25 deny the allegations in Paragraph 194(e), and deny them on that basis.

26     f) The Visco Defendants lack sufficient knowledge to admit or

27 deny the allegations in Paragraph 194(f), and deny them on that basis.

28

LARSON
LOS ANGELES

g)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 194(g), and deny them on that basis.

195.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 195, and deny them on that basis.

196.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 196, and deny them on that basis.

a)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 196(a), and deny them on that basis.

b)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 196(b), and deny them on that basis.

c)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 196(c), and deny them on that basis.

d)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 196(d), and deny them on that basis.

e)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 196(e), and deny them on that basis.

f)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 196(f), and deny them on that basis.

197.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 197, and deny them on that basis.

### 3.    The Gabaee Defendants' Tainted County Contracts.

198.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 198, and deny them on that basis.

### i.    3220 Rosemead Boulevard, Building A, Suite No. 2A.

199.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 199, and deny them on that basis.

200.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 201, and deny them on that basis.

1    201.   The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 202, and deny them on that basis.

3    202.   The Visco Defendants lack sufficient knowledge to admit or deny the
4  allegations in Paragraph 202, and deny them on that basis.

5    203.   The Visco Defendants lack sufficient knowledge to admit or deny the
6  allegations in Paragraph 203, and deny them on that basis.

7    204.   The Visco Defendants lack sufficient knowledge to admit or deny the
8  allegations in Paragraph 204, and deny them on that basis.

9    205.   The Visco Defendants lack sufficient knowledge to admit or deny the
10  allegations in Paragraph 205, and deny them on that basis.

11    206.   The Visco Defendants lack sufficient knowledge to admit or deny the
12  allegations in Paragraph 206, and deny them on that basis.

13    207.   The Visco Defendants lack sufficient knowledge to admit or deny the
14  allegations in Paragraph 207, and deny them on that basis.

15    208.   The Visco Defendants lack sufficient knowledge to admit or deny the
16  allegations in Paragraph 208, and deny them on that basis.

17                    **ii.    3220 Rosemead Boulevard, Building G.**

18    209.   The Visco Defendants lack sufficient knowledge to admit or deny the
19  allegations in Paragraph 209, and deny them on that basis.

20    210.   The Visco Defendants lack sufficient knowledge to admit or deny the
21  allegations in Paragraph 210, and deny them on that basis.

22    211.   The Visco Defendants lack sufficient knowledge to admit or deny the
23  allegations in Paragraph 211, and deny them on that basis.

24    212.   The Visco Defendants lack sufficient knowledge to admit or deny the
25  allegations in Paragraph 212, and deny them on that basis.

26    213.   The Visco Defendants lack sufficient knowledge to admit or deny the
27  allegations in Paragraph 213, and deny them on that basis.

28

LARSON
LOS ANGELES

214.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 214, and deny them on that basis.

215.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 215, and deny them on that basis.

216.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 216, and deny them on that basis.

217.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 217, and deny them on that basis.

218.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 218, and deny them on that basis.

219.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 219, and deny them on that basis.

220.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 220, and deny them on that basis.

221.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 221, and deny them on that basis.

222.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 222, and deny them on that basis.

223.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 223, and deny them on that basis.

224.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 224, and deny them on that basis.

### iii.    3220 Rosemead Boulevard, Building A.

225.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 225, and deny them on that basis.

226.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 226, and deny them on that basis.

1    227.   The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 227, and deny them on that basis.

3    228.   The Visco Defendants lack sufficient knowledge to admit or deny the
4  allegations in Paragraph 228, and deny them on that basis.

5    229.   The Visco Defendants lack sufficient knowledge to admit or deny the
6  allegations in Paragraph 229, and deny them on that basis.

7    230.   The Visco Defendants lack sufficient knowledge to admit or deny the
8  allegations in Paragraph 230, and deny them on that basis.

9    231.   The Visco Defendants lack sufficient knowledge to admit or deny the
10  allegations in Paragraph 231, and deny them on that basis.

11    232.   The Visco Defendants lack sufficient knowledge to admit or deny the
12  allegations in Paragraph 232, and deny them on that basis.

13    233.   The Visco Defendants lack sufficient knowledge to admit or deny the
14  allegations in Paragraph 233, and deny them on that basis.

15    234.   The Visco Defendants lack sufficient knowledge to admit or deny the
16  allegations in Paragraph 234, and deny them on that basis.

17    235.   The Visco Defendants lack sufficient knowledge to admit or deny the
18  allegations in Paragraph 235, and deny them on that basis.

19    236.   The Visco Defendants lack sufficient knowledge to admit or deny the
20  allegations in Paragraph 236, and deny them on that basis.

21    237.   The Visco Defendants lack sufficient knowledge to admit or deny the
22  allegations in Paragraph 237, and deny them on that basis.

23                     **iv.    3216 Rosemead Boulevard.**

24    238.   The Visco Defendants lack sufficient knowledge to admit or deny the
25  allegations in Paragraph 238, and deny them on that basis.

26    239.   The Visco Defendants lack sufficient knowledge to admit or deny the
27  allegations in Paragraph 239, and deny them on that basis.

28

1   240.   The Visco Defendants lack sufficient knowledge to admit or deny the
2   allegations in Paragraph 240, and deny them on that basis.

3   241.   The Visco Defendants lack sufficient knowledge to admit or deny the
4   allegations in Paragraph 241, and deny them on that basis.

5   242.   The Visco Defendants lack sufficient knowledge to admit or deny the
6   allegations in Paragraph 242, and deny them on that basis.

7   243.   The Visco Defendants lack sufficient knowledge to admit or deny the
8   allegations in Paragraph 243, and deny them on that basis.

9   244.   The Visco Defendants lack sufficient knowledge to admit or deny the
10  allegations in Paragraph 244, and deny them on that basis.

11  245.   The Visco Defendants lack sufficient knowledge to admit or deny the
12  allegations in Paragraph 245, and deny them on that basis.

13  246.   The Visco Defendants lack sufficient knowledge to admit or deny the
14  allegations in Paragraph 246, and deny them on that basis.

15  247.   The Visco Defendants lack sufficient knowledge to admit or deny the
16  allegations in Paragraph 247, and deny them on that basis.

17  248.   The Visco Defendants lack sufficient knowledge to admit or deny the
18  allegations in Paragraph 248, and deny them on that basis.

19                      **v.    9107 Wilshire Boulevard.**

20  249.   The Visco Defendants lack sufficient knowledge to admit or deny the
21  allegations in Paragraph 249, and deny them on that basis.

22  250.   The Visco Defendants lack sufficient knowledge to admit or deny the
23  allegations in Paragraph 250, and deny them on that basis.

24  251.   The Visco Defendants lack sufficient knowledge to admit or deny the
25  allegations in Paragraph 251, and deny them on that basis.

26  252.   The Visco Defendants lack sufficient knowledge to admit or deny the
27  allegations in Paragraph 252, and deny them on that basis.

28

LARSON
LOS ANGELES

1      253.   The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 253, and deny them on that basis.

3      254.   The Visco Defendants lack sufficient knowledge to admit or deny the
4  allegations in Paragraph 254, and deny them on that basis.

5      255.   The Visco Defendants lack sufficient knowledge to admit or deny the
6  allegations in Paragraph 255, and deny them on that basis.

7      256.   The Visco Defendants lack sufficient knowledge to admit or deny the
8  allegations in Paragraph 256, and deny them on that basis.

9                    **vi.    12000 Hawthorne Boulevard.**

10     257.   The Visco Defendants lack sufficient knowledge to admit or deny the
11 allegations in Paragraph 257, and deny them on that basis.

12     258.   The Visco Defendants lack sufficient knowledge to admit or deny the
13 allegations in Paragraph 258, and deny them on that basis.

14     259.   The Visco Defendants lack sufficient knowledge to admit or deny the
15 allegations in Paragraph 259, and deny them on that basis.

16     260.   The Visco Defendants lack sufficient knowledge to admit or deny the
17 allegations in Paragraph 260, and deny them on that basis.

18     261.   The Visco Defendants lack sufficient knowledge to admit or deny the
19 allegations in Paragraph 261, and deny them on that basis.

20     262.   The Visco Defendants lack sufficient knowledge to admit or deny the
21 allegations in Paragraph 262, and deny them on that basis.

22     263.   The Visco Defendants lack sufficient knowledge to admit or deny the
23 allegations in Paragraph 263, and deny them on that basis.

24     264.   The Visco Defendants lack sufficient knowledge to admit or deny the
25 allegations in Paragraph 264, and deny them on that basis.

26     265.   The Visco Defendants lack sufficient knowledge to admit or deny the
27 allegations in Paragraph 265, and deny them on that basis.

28

1    266.    The Visco Defendants lack sufficient knowledge to admit or deny the
2    allegations in Paragraph 266, and deny them on that basis.

3    267.    The Visco Defendants lack sufficient knowledge to admit or deny the
4    allegations in Paragraph 267, and deny them on that basis.

5    268.    The Visco Defendants lack sufficient knowledge to admit or deny the
6    allegations in Paragraph 268, and deny them on that basis.

7                              **vii.    532 East Colorado Boulevard.**

8    269.    The Visco Defendants lack sufficient knowledge to admit or deny the
9    allegations in Paragraph 269, and deny them on that basis.

10    270.    The Visco Defendants lack sufficient knowledge to admit or deny the
11    allegations in Paragraph 270, and deny them on that basis.

12    271.    The Visco Defendants lack sufficient knowledge to admit or deny the
13    allegations in Paragraph 271, and deny them on that basis.

14    272.    The Visco Defendants lack sufficient knowledge to admit or deny the
15    allegations in Paragraph 272, and deny them on that basis.

16    273.    The Visco Defendants lack sufficient knowledge to admit or deny the
17    allegations in Paragraph 273, and deny them on that basis.

18    274.    The Visco Defendants lack sufficient knowledge to admit or deny the
19    allegations in Paragraph 274, and deny them on that basis.

20    275.    The Visco Defendants lack sufficient knowledge to admit or deny the
21    allegations in Paragraph 275, and deny them on that basis.

22    276.    The Visco Defendants lack sufficient knowledge to admit or deny the
23    allegations in Paragraph 276, and deny them on that basis.

24    277.    The Visco Defendants lack sufficient knowledge to admit or deny the
25    allegations in Paragraph 277, and deny them on that basis.

26    278.    The Visco Defendants lack sufficient knowledge to admit or deny the
27    allegations in Paragraph 278, and deny them on that basis.

28

LARSON
LOS ANGELES

1    279.    The Visco Defendants lack sufficient knowledge to admit or deny the
2    allegations in Paragraph 279, and deny them on that basis.

3    280.    The Visco Defendants lack sufficient knowledge to admit or deny the
4    allegations in Paragraph 280, and deny them on that basis.

5    281.    The Visco Defendants lack sufficient knowledge to admit or deny the
6    allegations in Paragraph 281, and deny them on that basis.

7                              **viii.    15531 Ventura Boulevard.**

8    282.    The Visco Defendants lack sufficient knowledge to admit or deny the
9    allegations in Paragraph 282, and deny them on that basis.

10    283.    The Visco Defendants lack sufficient knowledge to admit or deny the
11    allegations in Paragraph 283, and deny them on that basis.

12    284.    The Visco Defendants lack sufficient knowledge to admit or deny the
13    allegations in Paragraph 284, and deny them on that basis.

14    285.    The Visco Defendants lack sufficient knowledge to admit or deny the
15    allegations in Paragraph 285, and deny them on that basis.

16    286.    The Visco Defendants lack sufficient knowledge to admit or deny the
17    allegations in Paragraph 286, and deny them on that basis.

18    287.    The Visco Defendants lack sufficient knowledge to admit or deny the
19    allegations in Paragraph 287, and deny them on that basis.

20    288.    The Visco Defendants lack sufficient knowledge to admit or deny the
21    allegations in Paragraph 288, and deny them on that basis.

22    289.    The Visco Defendants lack sufficient knowledge to admit or deny the
23    allegations in Paragraph 289, and deny them on that basis.

24    290.    The Visco Defendants lack sufficient knowledge to admit or deny the
25    allegations in Paragraph 290, and deny them on that basis.

26    291.    The Visco Defendants lack sufficient knowledge to admit or deny the
27    allegations in Paragraph 291, and deny them on that basis.

28

1    292.   The Visco Defendants lack sufficient knowledge to admit or deny the
2 allegations in Paragraph 292, and deny them on that basis.

3               **ix.    2910 West Beverly Boulevard.**

4    293.   The Visco Defendants lack sufficient knowledge to admit or deny the
5 allegations in Paragraph 293, and deny them on that basis.

6    294.   The Visco Defendants lack sufficient knowledge to admit or deny the
7 allegations in Paragraph 294, and deny them on that basis.

8    295.   The Visco Defendants lack sufficient knowledge to admit or deny the
9 allegations in Paragraph 295, and deny them on that basis.

10    296.   The Visco Defendants lack sufficient knowledge to admit or deny the
11 allegations in Paragraph 296, and deny them on that basis.

12    297.   The Visco Defendants lack sufficient knowledge to admit or deny the
13 allegations in Paragraph 297, and deny them on that basis.

14    298.   The Visco Defendants lack sufficient knowledge to admit or deny the
15 allegations in Paragraph 298, and deny them on that basis.

16    299.   The Visco Defendants lack sufficient knowledge to admit or deny the
17 allegations in Paragraph 299, and deny them on that basis.

18    300.   The Visco Defendants lack sufficient knowledge to admit or deny the
19 allegations in Paragraph 300, and deny them on that basis.

20    301.   The Visco Defendants lack sufficient knowledge to admit or deny the
21 allegations in Paragraph 301, and deny them on that basis.

22               **x.    3303 North Broadway Street.**

23    302.   The Visco Defendants lack sufficient knowledge to admit or deny the
24 allegations in Paragraph 302, and deny them on that basis.

25    303.   The Visco Defendants lack sufficient knowledge to admit or deny the
26 allegations in Paragraph 303, and deny them on that basis.

27    304.   The Visco Defendants lack sufficient knowledge to admit or deny the
28 allegations in Paragraph 304, and deny them on that basis.

1    305.   The Visco Defendants lack sufficient knowledge to admit or deny the
2    allegations in Paragraph 305, and deny them on that basis.

3    306.   The Visco Defendants lack sufficient knowledge to admit or deny the
4    allegations in Paragraph 306, and deny them on that basis.

5    307.   The Visco Defendants lack sufficient knowledge to admit or deny the
6    allegations in Paragraph 307, and deny them on that basis.

7    308.   The Visco Defendants lack sufficient knowledge to admit or deny the
8    allegations in Paragraph 308, and deny them on that basis.

9    309.   The Visco Defendants lack sufficient knowledge to admit or deny the
10   allegations in Paragraph 309, and deny them on that basis.

11   310.   The Visco Defendants lack sufficient knowledge to admit or deny the
12   allegations in Paragraph 310, and deny them on that basis.

13   311.   The Visco Defendants lack sufficient knowledge to admit or deny the
14   allegations in Paragraph 311, and deny them on that basis.

15   312.   The Visco Defendants lack sufficient knowledge to admit or deny the
16   allegations in Paragraph 312, and deny them on that basis.

17          **4.      The Gabaees and Shepos Concealed Their Scheme.**

18   313.   The Visco Defendants lack sufficient knowledge to admit or deny the
19   allegations in Paragraph 313, and deny them on that basis.

20   314.   The Visco Defendants lack sufficient knowledge to admit or deny the
21   allegations in Paragraph 314, and deny them on that basis.

22          **5.      The Gabaee Defendants' Agency and Alter-Ego**
23                   **Relationships.**

24   315.   The Visco Defendants lack sufficient knowledge to admit or deny the
25   allegations in Paragraph 315, and deny them on that basis.

26   316.   The Visco Defendants lack sufficient knowledge to admit or deny the
27   allegations in Paragraph 316, and deny them on that basis.

28

**B.    Donald G. Abbey.**

317.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 317, and deny them on that basis.

318.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 318, and deny them on that basis.

319.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 319, and deny them on that basis.

### 1.    The Abbey Defendants' Bribes.

320.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 320, and deny them on that basis.

321.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 321, and deny them on that basis.

322.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 322, and deny them on that basis.

323.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 323, and deny them on that basis.

324.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 324, and deny them on that basis.

325.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 325, and deny them on that basis.

326.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 326, and deny them on that basis.

327.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 327, and deny them on that basis.

### 2.    The Abbey Defendants' Tainted County Contracts.

328.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 328, and deny them on that basis.

1

**i.    39959 Sierra Highway.**

2    329.    The Visco Defendants lack sufficient knowledge to admit or deny the

3    allegations in Paragraph 329, and deny them on that basis.

4    330.    The Visco Defendants lack sufficient knowledge to admit or deny the

5    allegations in Paragraph 330, and deny them on that basis.

6    331.    The Visco Defendants lack sufficient knowledge to admit or deny the

7    allegations in Paragraph 331, and deny them on that basis.

8    332.    The Visco Defendants lack sufficient knowledge to admit or deny the

9    allegations in Paragraph 332, and deny them on that basis.

10    333.    The Visco Defendants lack sufficient knowledge to admit or deny the

11    allegations in Paragraph 333, and deny them on that basis.

12    334.    The Visco Defendants lack sufficient knowledge to admit or deny the

13    allegations in Paragraph 334, and deny them on that basis.

14    335.    The Visco Defendants lack sufficient knowledge to admit or deny the

15    allegations in Paragraph 335, and deny them on that basis.

16    336.    The Visco Defendants lack sufficient knowledge to admit or deny the

17    allegations in Paragraph 336, and deny them on that basis.

18    337.    The Visco Defendants lack sufficient knowledge to admit or deny the

19    allegations in Paragraph 337, and deny them on that basis.

20    338.    The Visco Defendants lack sufficient knowledge to admit or deny the

21    allegations in Paragraph 338, and deny them on that basis.

22    339.    The Visco Defendants lack sufficient knowledge to admit or deny the

23    allegations in Paragraph 339, and deny them on that basis.

24    340.    The Visco Defendants lack sufficient knowledge to admit or deny the

25    allegations in Paragraph 340, and deny them on that basis.

26    **ii.    2323 East Palmdale Boulevard.**

27    341.    The Visco Defendants lack sufficient knowledge to admit or deny the

28    allegations in Paragraph 341, and deny them on that basis.

342.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 342, and deny them on that basis.

343.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 343, and deny them on that basis.

344.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 344, and deny them on that basis.

345.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 345, and deny them on that basis.

346.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 346, and deny them on that basis.

347.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 347, and deny them on that basis.

348.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 348, and deny them on that basis.

349.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 349, and deny them on that basis.

350.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 350, and deny them on that basis.

351.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 351, and deny them on that basis.

### iii.    5701 South Eastern Avenue.

352.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 352, and deny them on that basis.

353.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 353, and deny them on that basis.

354.  The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 354, and deny them on that basis.

1      355.   The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 355, and deny them on that basis.

3      356.   The Visco Defendants lack sufficient knowledge to admit or deny the
4  allegations in Paragraph 356, and deny them on that basis.

5      357.   The Visco Defendants lack sufficient knowledge to admit or deny the
6  allegations in Paragraph 357, and deny them on that basis.

7      358.   The Visco Defendants lack sufficient knowledge to admit or deny the
8  allegations in Paragraph 358, and deny them on that basis.

9      359.   The Visco Defendants lack sufficient knowledge to admit or deny the
10  allegations in Paragraph 359, and deny them on that basis.

11      360.   The Visco Defendants lack sufficient knowledge to admit or deny the
12  allegations in Paragraph 360, and deny them on that basis.

13      361.   The Visco Defendants lack sufficient knowledge to admit or deny the
14  allegations in Paragraph 361, and deny them on that basis.

15      362.   The Visco Defendants lack sufficient knowledge to admit or deny the
16  allegations in Paragraph 362, and deny them on that basis.

17      363.   The Visco Defendants lack sufficient knowledge to admit or deny the
18  allegations in Paragraph 363, and deny them on that basis.

19      364.   The Visco Defendants lack sufficient knowledge to admit or deny the
20  allegations in Paragraph 364, and deny them on that basis.

21      **3.     Abbey and Shepos Concealed Their Scheme.**

22      365.   The Visco Defendants lack sufficient knowledge to admit or deny the
23  allegations in Paragraph 365, and deny them on that basis.

24      366.   The Visco Defendants lack sufficient knowledge to admit or deny the
25  allegations in Paragraph 366, and deny them on that basis.

26      **4.     The Abbey Defendants' Agency and Alter-Ego Relationships.**

27      367.   The Visco Defendants lack sufficient knowledge to admit or deny the
28  allegations in Paragraph 367, and deny them on that basis.

368.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 368, and deny them on that basis.

**C.    Frank A. Visco.**

369.   The Visco Defendants deny the allegations in Paragraph 369.

370.   The Visco Defendants admit that Visco was aware Shepos was employed by the County.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 370.

**1.    Visco's Improper Relationship with Shepos.**

371.   The Visco Defendants deny the allegations in Paragraph 371.

372.   The Visco Defendants deny the allegations in Paragraph 372.

373.   The Visco Defendants deny the allegations in Paragraph 373.

374.   The Visco Defendants deny the allegations in Paragraph 374 to the extent that they relate to the Visco Defendants specifically.  As to the remaining allegations, the Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations in Paragraph 374, and deny them on that basis.

375.   The Visco Defendants deny the allegations in Paragraph 375.

376.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 376, and deny them on that basis.

377.   The Visco Defendants deny the allegations in Paragraph 377 to the extent that they relate to the Visco Defendants specifically.  As to the remaining allegations, the Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations in Paragraph 377, and deny them on that basis.

378.   The Visco Defendants admit that Shepos developed a romantic relationship with Michele Lantz, who worked with Visco.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 378.

379.   The Visco Defendants admit that Lantz has worked with Visco since the late 1990s.  Except as expressly admitted herein, the Visco Defendants lack

sufficient knowledge to admit or deny the allegations in Paragraph 379, and deny them on that basis.

380.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 380, and deny them on that basis.

381.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 381, and deny them on that basis.

382.   The Visco Defendants deny the allegations in Paragraph 382 to the extent that they relate to the Visco Defendants specifically.  The Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations in Paragraph 382, and deny them on that basis.

### 2.    The Visco Defendants' Tainted County Contracts.

383.   The Visco Defendants admit that the County entered into several lease agreements involving Visco.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 383.

### i.    335 & 349 East Avenue K-6.

384.   The Visco Defendants admit that the County leased property located at 335 and 349 East Avenue K-6 in Lancaster, California.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 384.

385.   The Visco Defendants admit the allegations in Paragraph 385.

386.   The Visco Defendants admit that on or about October 19, 2004, the parties entered into Amendment No. 2 to the lease, which shortened the lease period and authorized tenant improvements up to $1,530,000 payable by the County to Visco as additional rent.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 386.

387.   The Visco Defendants lack sufficient information to admit or deny the allegations in Paragraph 387, and deny them on that basis.

388.   The Visco Defendants admit that on or about October 19, 2004, the parties entered into Amendment No. 1 to the Donation Agreement, which moved up

the date by which Visco would transfer the property to align with the lease termination date.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 388.

389.   The Visco Defendants deny the allegations in Paragraph 389.

390.   The Visco Defendants admit that the County paid monthly rent on this lease from November 3, 1987 to December 16, 2013, when ownership transferred to the County.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 390.

391.   The Visco Defendants deny the allegations in Paragraph 391.

392.   The Visco Defendants deny the allegations in Paragraph 392.

393.   The Visco Defendants deny the allegations in Paragraph 393.

### ii.     251 East Avenue K-6.

394.   The Visco Defendants admit that on or about September 10, 1991, the County entered into a lease for 251 East Avenue K-6 in Lancaster, California. Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 394.

395.   The Visco Defendants admit that on or about April 8, 2008, the parties entered into Amendment No. 1 to the lease.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 395.

396.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 396, and deny them on that basis.

397.   The Visco Defendants deny the allegations in Paragraph 397.

398.   The Visco Defendants admit that the County paid monthly rent under this lease until the lease expired in February 2017.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 398.

399.   The Visco Defendants deny the allegations in Paragraph 399.

400.   The Visco Defendants deny the allegations in Paragraph 400.

401.   The Visco Defendants deny allegations in Paragraph 401.

### iii.    335-337 East Avenue K-10.

402.    The Visco Defendants admit that on or about May 30, 2006, the County entered into a lease for 335-337 East Avenue K-10 in Lancaster, California.  Except as expressly admitted herein, the Visco Defendants deny the allegations in Paragraph 402.

403.    The Visco Defendants admit that under this lease, the County agreed to pay monthly rent of $43,859.60.  Except as expressly admitted herein, the Visco Defendants deny all other allegations in Paragraph 403.

404.    The Visco Defendants deny the allegations in Paragraph 404.

405.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 405, and deny them on that basis.

406.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 406, and deny them on that basis.

407.    The Visco Defendants admit that on or about December 8, 2009, the parties entered into Amendment No. 1 to the lease, which expanded the space occupied by the County by 3,126 square feet and increased the County's rent payments.  Except as expressly admitted herein, the Visco Defendants deny the allegations in Paragraph 407.

408.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 408, and deny them on that basis.

409.    The Visco Defendants admit that from January 1, 2007 to May 29, 2021, the County made monthly rental payments pursuant to this lease.  Except as expressly admitted herein, the Visco Defendants deny the allegations in Paragraph 409.

410.    The Visco Defendants deny the allegations in Paragraph 410.

411.    The Visco Defendants deny the allegations in Paragraph 411.

412.    The Visco Defendants deny the allegations in Paragraph 412.

1

### iv.    The Castaic Library.

2    413.    The Visco Defendants admit that 27971 Sloan Canyon Road in Castaic,

3  California houses the Castaic Library.  The Visco Defendants lack sufficient

4  knowledge to admit or deny the remaining allegations in Paragraph 413, and deny

5  them on that basis.

6    414.    The Visco Defendants lack sufficient knowledge to admit or deny the

7  allegations in Paragraph 414, and deny them on that basis.

8    415.    The Visco Defendants lack sufficient knowledge to admit or deny the

9  allegations in Paragraph 415, and deny them on that basis.

10    416.    The Visco Defendants admit that in or around January 2013, Castaic

11  FCG transferred its right to perform tenant improvements and its concomitant right

12  to payment to Visco Financial.  Except as expressly admitted herein, the Visco

13  Defendants deny all other allegations in Paragraph 416.

14    417.    The Visco Defendants lack sufficient knowledge to admit or deny the

15  allegations in Paragraph 417, and deny them on that basis.

16    418.    The Visco Defendants admit that the County paid tenant improvement

17  Fees to Visco's P.O. box in Lancaster.  Except as expressly admitted herein, the

18  Visco defendants deny all other allegations in Paragraph 418.

19    419.    The Visco Defendants deny the allegations in Paragraph 419.

20    420.    The Visco Defendants deny the allegations in Paragraph 420.

21    421.    The Visco Defendants deny the allegations in Paragraph 421.

22

### v.    43423 Division Street.

23    422.    The Visco Defendants admit that on or about May 21, 2013, the County

24  entered into a lease agreement for 43423 Division Street in Lancaster, California

25  with Fraber II.  The Visco Defendants lack sufficient knowledge to admit or deny

26  the remaining allegations in Paragraph 422, and deny them on that basis.

27    423.    The Visco Defendants admit the allegations in Paragraph 423.

28

424.    The Visco Defendants admit that the lease was in effect from May 21, 2013 until May 20, 2021, during which the County paid monthly rent.  The Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations in Paragraph 424, and deny them on that basis.

425.    The Visco Defendants deny the allegations in Paragraph 425.

426.    The Visco Defendants deny the allegations in Paragraph 426 to the extent that they relate to the Visco Defendants specifically.  The Visco Defendants lack sufficient knowledge to admit or deny the remaining allegations in Paragraph 426, and deny them on that basis.

427.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 427, and deny them on that basis.

428.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 428, and deny them on that basis.

429.    The Visco Defendants deny the allegations in Paragraph 429.

430.    The Visco Defendants deny the allegations in Paragraph 430.

431.    The Visco Defendants deny the allegations in Paragraph 431.

**3.    Visco and Shepos Concealed Their Scheme.**

432.    The Visco Defendants deny the allegations in Paragraph 432.

433.    The Visco Defendants deny the allegations in Paragraph 433.

**4.    The Visco Defendants' Agency and Alter-Ego Relationships.**

434.    The Visco Defendants deny the allegations in Paragraph 434.

435.    The Visco Defendants deny the allegations in Paragraph 435.

**D.    The Neman Brothers.**

436.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 436, and deny them on that basis.

437.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 437, and deny them on that basis.

1    438.   The Visco Defendants lack sufficient knowledge to admit or deny the
2    allegations in Paragraph 438, and deny them on that basis.

3    439.   The Visco Defendants lack sufficient knowledge to admit or deny the
4    allegations in Paragraph 439, and deny them on that basis.

5    440.   The Visco Defendants lack sufficient knowledge to admit or deny the
6    allegations in Paragraph 440, and deny them on that basis.

7    441.   The Visco Defendants lack sufficient knowledge to admit or deny the
8    allegations in Paragraph 441, and deny them on that basis.

9    442.   The Visco Defendants lack sufficient knowledge to admit or deny the
10   allegations in Paragraph 442, and deny them on that basis.

11   443.   The Visco Defendants lack sufficient knowledge to admit or deny the
12   allegations in Paragraph 443, and deny them on that basis.

13   444.   The Visco Defendants lack sufficient knowledge to admit or deny the
14   allegations in Paragraph 444, and deny them on that basis.

15   445.   The Visco Defendants lack sufficient knowledge to admit or deny the
16   allegations in Paragraph 445, and deny them on that basis.

17   446.   The Visco Defendants lack sufficient knowledge to admit or deny the
18   allegations in Paragraph 446, and deny them on that basis.

19   447.   The Visco Defendants lack sufficient knowledge to admit or deny the
20   allegations in Paragraph 447, and deny them on that basis.

21   448.   The Visco Defendants lack sufficient knowledge to admit or deny the
22   allegations in Paragraph 448, and deny them on that basis.

23   449.   The Visco Defendants lack sufficient knowledge to admit or deny the
24   allegations in Paragraph 449, and deny them on that basis.

25   450.   The Visco Defendants lack sufficient knowledge to admit or deny the
26   allegations in Paragraph 450, and deny them on that basis.

27   451.   The Visco Defendants lack sufficient knowledge to admit or deny the
28   allegations in Paragraph 451, and deny them on that basis.

1    452.   The Visco Defendants lack sufficient knowledge to admit or deny the
2  allegations in Paragraph 452, and deny them on that basis.

3    453.   The Visco Defendants lack sufficient knowledge to admit or deny the
4  allegations in Paragraph 453, and deny them on that basis.

5    454.   The Visco Defendants lack sufficient knowledge to admit or deny the
6  allegations in Paragraph 454, and deny them on that basis.

7    455.   The Visco Defendants lack sufficient knowledge to admit or deny the
8  allegations in Paragraph 455, and deny them on that basis.

9    456.   The Visco Defendants lack sufficient knowledge to admit or deny the
10  allegations in Paragraph 456, and deny them on that basis.

11    **E.    Gregory Hanes.**

12    457.   The Visco Defendants lack sufficient knowledge to admit or deny the
13  allegations in Paragraph 457, and deny them on that basis.

14    458.   The Visco Defendants deny the allegations in Paragraph 458.

15    459.   The Visco Defendants lack sufficient knowledge to admit or deny the
16  allegations in Paragraph 459, and deny them on that basis.

17    460.   The Visco Defendants lack sufficient knowledge to admit or deny the
18  allegations in Paragraph 460, and deny them on that basis.

19    **1.    Hanes's Storage and Laundering of Bribery Proceeds.**

20    461.   The Visco Defendants lack sufficient knowledge to admit or deny the
21  allegations in Paragraph 461, and deny them on that basis.

22    462.   The Visco Defendants lack sufficient knowledge to admit or deny the
23  allegations in Paragraph 462, and deny them on that basis.

24    463.   The Visco Defendants lack sufficient knowledge to admit or deny the
25  allegations in Paragraph 463, and deny them on that basis.

26    464.   The Visco Defendants lack sufficient knowledge to admit or deny the
27  allegations in Paragraph 464, and deny them on that basis.

28

465.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 465, and deny them on that basis.

466.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 466, and deny them on that basis.

467.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 467, and deny them on that basis.

468.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 468, and deny them on that basis.

### 2.   The Hanes Defendants' Tainted County Contracts.

469.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 469, and deny them on that basis.

470.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 470, and deny them on that basis.

### i.   300 East Avenue K-6.

471.   The Visco Defendants deny all allegations set forth in Paragraph 471 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

472.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 472, and deny them on that basis.

473.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 473, and deny them on that basis.

474.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 474, and deny them on that basis.

475.   The Visco Defendants deny all allegations set forth in Paragraph 475 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

476.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 476, and deny them on that basis.

477.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 477, and deny them on that basis.

478.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 478, and deny them on that basis.

479.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 479, and deny them on that basis.

480.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 480, and deny them on that basis.

481.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 481, and deny them on that basis.

482.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 482, and deny them on that basis.

483.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 483, and deny them on that basis.

484.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 484, and deny them on that basis.

a)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 484(a), and deny them on that basis.

b)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 484(b), and deny them on that basis.

c)    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 484(c), and deny them on that basis.

485.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 485, and deny them on that basis.

486.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 486, and deny them on that basis.

487.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 487, and deny them on that basis.

488.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 488, and deny them on that basis.

489.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 489, and deny them on that basis.

490.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 490, and deny them on that basis.

491.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 491, and deny them on that basis.

492.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 492, and deny them on that basis.

493.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 493, and deny them on that basis.

494.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 494, and deny them on that basis.

495.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 495, and deny them on that basis.

### ii.    43917 North Division Street.

496.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 496, and deny them on that basis.

497.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 497, and deny them on that basis.

498.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 498, and deny them on that basis.

499.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 499, and deny them on that basis.

500.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 500, and deny them on that basis.

501.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 501, and deny them on that basis.

502.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 502, and deny them on that basis.

503.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 503, and deny them on that basis.

504.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 504, and deny them on that basis.

505.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 505, and deny them on that basis.

506.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 506, and deny them on that basis.

507.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 507, and deny them on that basis.

508.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 508, and deny them on that basis.

509.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 509, and deny them on that basis.

**3.     Hanes and Shepos Concealed Their Bribery and Money-Laundering Scheme.**

510.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 510, and deny them on that basis.

511.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 511, and deny them on that basis.

### 4.    The Hanes Defendants' Agency and Alter-Ego Relationships.

512.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 512, and deny them on that basis.

513.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 513, and deny them on that basis.

514.    The Visco Defendants deny all allegations set forth in Paragraph 514 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

## IV.    Ms. Gluck Is the Original Source of Multiple Federal Indictments and the County's Far-Reaching Investigation.

515.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 515, and deny them on that basis.

516.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 516, and deny them on that basis.

517.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 517, and deny them on that basis.

518.    The Visco Defendants deny the allegations in Paragraph 518.

519.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 519, and deny them on that basis.

520.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 520, and deny them on that basis.

521.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 521, and deny them on that basis.

522.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 522, and deny them on that basis.

523.    The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 523, and deny them on that basis.

524.   The Visco Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 524, and deny them on that basis.

## **FIRST CLAIM FOR RELIEF**

(on behalf of the United States of America against Shepos, the Gabaee Defendants, the Abbey Defendants, the Visco Defendants, the Neman Defendants, and the Hanes Defendants)

Violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A)

525.   The Visco Defendants repeat, reallege, and incorporate their responses to Paragraphs 1 through 524 as if set forth herein.

526.   The Visco Defendants repeat, reallege, and incorporate their responses to the allegations contained in the County of Los Angeles' First Amended Complaint in Intervention as if set forth herein.

527.   The Visco Defendants deny all allegations set forth in Paragraph 527 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

528.   The Visco Defendants deny all allegations set forth in Paragraph 528 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

529.   The Visco Defendants deny all allegations set forth in Paragraph 529 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

530.   Paragraph 530 does not contain any factual allegations and therefore does not require a response.  To the extent a response is required, the Visco Defendants deny all allegations.

## **SECOND CLAIM FOR RELIEF**

(on behalf of the United States of America against Shepos, the Gabaee Defendants, the Abbey Defendants, the Visco Defendants, the Neman Defendants, and the Hanes Defendants)

Violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B)

531.   The Visco Defendants repeat, reallege, and incorporate their responses to Paragraphs 1 through 524 as if set forth herein.

532.   The Visco Defendants repeat, reallege, and incorporate their responses to the allegations contained in the County of Los Angeles' First Amended Complaint in Intervention as if set forth herein.

533.   The Visco Defendants deny all allegations set forth in Paragraph 533 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

534.   The Visco Defendants deny all allegations set forth in Paragraph 534 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

535.   The Visco Defendants deny all allegations set forth in Paragraph 535 to the extent that they relate to the Visco Defendants specifically.  As to all other allegations, the Visco Defendants lack sufficient knowledge to admit or deny the allegations, and deny them on that basis.

536.   Paragraph 536 does not contain any factual allegations and therefore does not require a response.  To the extent a response is required, the Visco Defendants deny all allegations.

1

## **THIRD CLAIM FOR RELIEF**

2   (on behalf of the United States of America against Shepos, the Gabaee Defendants,

3   the Abbey Defendants, the Visco Defendants, the Neman Defendants, and the Hanes

4   Defendants) Violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(C)

5   537.   The Visco Defendants repeat, reallege, and incorporate their responses

6   to Paragraphs 1 through 524 as if set forth herein.

7   538.   The Visco Defendants repeat, reallege, and incorporate their responses

8   to the allegations contained in the County of Los Angeles' First Amended

9   Complaint in Intervention as if set forth herein.

10   539.   The Visco Defendants deny all allegations set forth in Paragraph 539

11   to the extent that they relate to the Visco Defendants specifically.  As to all other

12   allegations, the Visco Defendants lack sufficient knowledge to admit or deny the

13   allegations, and deny them on that basis.

14   540.   The Visco Defendants deny all allegations set forth in Paragraph 540 to

15   the extent that they relate to the Visco Defendants specifically.  As to all other

16   allegations, the Visco Defendants lack sufficient knowledge to admit or deny the

17   allegations, and deny them on that basis.

18   541.   The Visco Defendants deny all allegations set forth in Paragraph 541 to

19   the extent that they relate to the Visco Defendants specifically.  As to all other

20   allegations, the Visco Defendants lack sufficient knowledge to admit or deny the

21   allegations, and deny them on that basis.

22   542.   Paragraph 542 does not contain any factual allegations and therefore

23   does not require a response.  To the extent a response is required, the Visco

24   Defendants deny all allegations.

25   ## **AFFIRMATIVE DEFENSES**

26   Visco Defendants hereby assert the following separate and distinct affirmative

27   defenses to each and all of the purported causes of action alleged against Visco

28   Defendant in the TAC. By setting forth the defenses herein, Visco Defendants do

not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Relator. Visco Defendants allege that they may have additional defenses or claims available to them, of which it is not now aware. Accordingly, Visco Defendants reserve the right to assert additional defenses or cross-claims, counterclaims, or third-party claims that may be revealed to be appropriate through discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

543.    The Visco Defendants allege the TAC fails to state facts sufficient to constitute a claim upon which relief can be granted and lacks the particularity required under Rule 9(b) of the Federal Rules of Civil Procedure.

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Intent)

544.    The TAC, and each and every cause of action alleged therein, in whole or in part, is barred because the Visco Defendants did not act with any intent or knowledge to cause harm or loss to the County.

## THIRD AFFIRMATIVE DEFENSE
### (Equitable Estoppel)

545.    The TAC, and each and every cause of action alleged therein, in whole or in part, is barred pursuant to the doctrine of equitable estoppel.

## FOURTH AFFIRMATIVE DEFENSE
### (Waiver)

546.    The TAC, and each and every cause of action alleged therein, in whole or in part, is barred pursuant to the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

547.    The County has failed to exercise reasonable care and diligence to avoid loss and minimize damages. The County may not recover losses that could

have been prevented by reasonable efforts by the County, and therefore, the County's recovery, if any, should be reduced by its failure to mitigate damages.

## SIXTH AFFIRMATIVE DEFENSE

### (Consent/Ratification)

548.   The TAC, and each and every cause of action alleged therein, in whole or in part, is barred because the County authorized, consented to, and/or ratified the matters alleged in the TAC, and thus the County is precluded from asserting any such claims against the Visco Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

### (Laches)

549.   The TAC, and each and every cause of action alleged therein, in whole or in part, is barred by the doctrine of laches due to the County's unreasonable delay in bringing this action, which prejudiced the Visco Defendants' in their ability to fairly defend against the claims.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

550.   The TAC, and each and every cause of action alleged therein, in whole or in part, is barred by the applicable statute of limitations as set forth in 31 U.S.C. § 3731(b).

## NINTH AFFIRMATIVE DEFENSE

### (Excuse)

551.   The TAC, and each and every cause of action alleged therein, in whole or in part, is barred because the County, by virtue of its conduct, deeds, acts, words, and/or omissions, has excused the Visco Defendants of liability, if any, for any of the causes of action alleged in the TAC.

## TENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

552.   The TAC, and each and every cause of action alleged therein, in whole or in part, is barred because the County is seeking to recover more than they are entitled to recover in this case such that an award of judgment would unjustly enrich the County.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Fault of Others)

553.   The damages alleged in the TAC were directly or proximately caused by the negligence, carelessness, fault, recklessness, lack of due care, and/or conduct of third parties for which the Visco Defendants are not responsible. Accordingly, if the County is found to have sustained or be entitled to any damages whatsoever, the Visco Defendants are not liable for those damages or are entitled to indemnification or contribution from the County or third parties thereof.

## TWELFTH AFFIRMATIVE DEFENSE

### (Good Faith)

554.   At all relevant times, the Visco Defendants acted with due care and good faith in the fulfillment of their responsibilities in accordance with applicable contractual obligations, statutes, rules, regulations, and established procedures and practices, with the good faith belief that their actions comported with those requirements.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

555.   The TAC, and each and every cause of action alleged therein, in whole or in part, is barred pursuant to the doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

556.    The Visco Defendant alleges that the TAC is barred on the basis of other facts and allegations which are either not yet known or whose materiality or relevance is not yet fully appreciated, and therefore, the Visco Defendant reserve the right to amend this answer to assert additional defenses in the event that investigation and discovery indicate that such defenses would be appropriate.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Unlawful Government Taking)

557.    The TAC, and each and every cause of action alleged therein, in whole or in part, is barred because it constitutes an unlawful taking of the Visco Defendant's property in violation of the Fifth and Fourteenth Amendments to the United States Constitution.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Government Knowledge)

558.    The TAC, and each and every cause of action alleged therein, in whole or in part, is barred by the County's continued payment of the allegedly false claims involving the Visco Contracts, despite its knowledge of the facts underlying those allegedly false claims.

## PRAYER FOR RELIEF

WHEREFORE, Visco Defendant pray that:

1.    Judgment be rendered in favor of Visco Defendant against Relator Karen Gluck;

2.    Relator Karen Gluck takes nothing by this action;

3.    Visco Defendants be awarded costs of suit incurred herein; and

4.    Visco Defendants be awarded such other and further relief as the Court may deem necessary and proper.

1    Dated:  February 11, 2025            LARSON LLP

2

3                                         By:  */s/ Paul A. Rigali*
                                             _____
4                                             Paul A. Rigali
                                             Hilary Potashner
5                                             Clinton A. Ford Jr.
6                                         Attorneys for Defendants
                                         |FRANK A. VISCO, VISCO FINANCIAL,
7                                         INC., and FRABER PROPERTIES II, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON
LOS ANGELES

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 38-1, Visco Defendants hereby demand a trial by jury as to all issues raised in Relator Karen Gluck's Third Amended Complaint that are triable to a jury.

Dated:  February 11, 2025          LARSON LLP


By:   */s/ Paul A. Rigali*
        Paul A. Rigali
        Hilary Potashner
        Clinton A. Ford Jr.
Attorneys for Defendants
|FRANK A. VISCO, VISCO FINANCIAL, INC., and FRABER PROPERTIES II, LLC

1

## PROOF OF SERVICE

2

**STATE OF , COUNTY OF LOS ANGELES**

3      At the time of service, I was over 18 years of age and not a party to this
action.  I am employed in the County of Los Angeles, State of .  My business
4  address is 555 South Flower Street, 30th Floor, Los Angeles, CA 90071.

5      On February 11, 2025, I served true copies of the following document(s)
described as **VISCO DEFENDANTS' ANSWER TO RELATOR'S THIRD
6  AMENDED COMPLAINT** on the interested parties in this action as follows:

7      **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed
the document(s) with the Clerk of the Court by using the CM/ECF system.
8  Participants in the case who are registered CM/ECF users will be served by the
CM/ECF system.  Participants in the case who are not registered CM/ECF users will
9  be served by mail or by other means permitted by the court rules.

10      **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package
addressed to the persons at the addresses listed in the Service List and placed the
11  envelope for collection and mailing, following our ordinary business practices.  I am
readily familiar with the practice of Larson LLP for collecting and processing
12  correspondence for mailing.  On the same day that correspondence is placed for
collection and mailing, it is deposited in the ordinary course of business with the
13  United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a
resident or employed in the county where the mailing occurred.  The envelope was
14  placed in the mail at Los Angeles, California.

15      Defendant                                Defendant

16      Arman Gabaee                        Thomas Shepos
Reg. No. 76335-112                  4319 Bethpage Drive
17      FCC Lompoc Camp                  Palmdale, CA 93551
3705 West Farm Road
18      Lompoc, CA 93436

19

20      I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct and that I am employed in the office
21  of a member of the bar of this Court at whose direction the service was made.

22      Executed on February 11, 2025, at Los Angeles, California.

23

24                                          _____
Haewon Park

25

26

27

28