FILED

Arman Gabaee
Fed. Reg. No. 76335-112
FCC Lompoc Camp
3705 West Farm Road
Lompoc, CA 93436

2025 FEB 18  AM 11: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MRV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| The COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA, and THE UNITED STATES OF AMERICA, ex rel. KAREN GLUCK, <br> Plaintiff, <br><br> vs. <br><br> THOMAS SHEPOS ET AL., <br> Defendants. | Case No. 2:19-cv-01773-JFW-MAA <br><br> (Hon. John F. Walter) <br><br> **NOTICE OF CHANGE OF ADDRESS DEFENDANT ARMAN GABAEE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Defendant Arman Gabaee, a federal prisoner currently in a federal halfway house, has changed his address as noticed herein and requests that all future correspondence, filings, and service of documents be directed to my new address as follows:

**Arman Gabaee**
**9034 Sunset Blvd.**
**West Hollywood, CA 90069**

Respectfully submitted,

Dated: February 10, 2025

Arman Gabaee,
Defendant

1

**CERTIFICATE OF SERVICE**

I, _Elenor   Gabay_, am over the age of 18 years, and I am not a party to this action. I hereby certify that on this 10th day of February 10, 2025, that I sent the foregoing via first-class postage, prepaid or other delivery charges prepaid, by depositing said documents herein listed with the United States Postal Service for mailing copies of the foregoing:

**NOTICE OF CHANGE OF ADDRESS DEFENDANT ARMAN GABAEE**

SUSMAN GODFREY LLP
Amanda Bonn (Bar No. 270891)
abonn@susmangodfrey.com
Argie Mina (Bar No. 331617)
amina@susmangodfrey.com
Connor Cohen (Bar No. 354686)
ccohen@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: +1.310.789.3100
Facsimile: +1.310.789.3150

Rocco Magni (pro hac vice)
rmagni@susmangodfrey.com
David Peterson (pro hac vice)
dpeterson@susmangocffrey.com
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: +1.713.651.9366
Facsimile: +1.713.654.6666

Attorneys for Qui Tam Plaintiff Karen Gluck

Defendant:
See Attached Service List

I certify under the penalty of perjury that the foregoing is true and correct.


Signature

2

(To: (Defendant' name and address))

| | |
|---|---|
| Thomas Shepos | 4319 Bethpage Dr Palmdale CA 93551 |
| Mark Gabaee | 1474 Donhill Dr. Beverly Hills CA 90210 |
| The Charles Company, Inc. | C/O Carla Manto<br>9034 W Sunset Blvd<br>West Hollywood, Ca 90069 |
| Excel Property Management Services, Inc. | C/O Nicholas F Klein<br>12301 Wilshire Blvd., Suite 620<br>Los Angeles CA 90025 |
| Oakshire, LLC | C/O Nicholas F Klein<br>12301 Wilshire Blvd., Suite 620<br>Los Angeles, CA 90025 |
| Wilhurst, Inc. | C/O Nicholas F Klein<br>12301 Wilshire Blvd., Suite 620<br>Los Angeles CA 90025 |
| Town Investments, LLC | C/O Sancam Inc.<br>Mark Gabay<br>9034 W Sunset Blvd<br>West Hollywood CA 90069 |
| Sancam Inc. | C/O Mark Gabay<br>9034 W Sunset Blvd<br>West Hollywood CA 90069 |
| M&A Gabaee, LP | C/O Mark Gabay<br>9034 W Sunset Blvd<br>West Hollywood CA 90069 |
| Greenoak Investments, LLC | C/O Nicholas F Klein<br>12301 Wilshire Blvd., Suite 620<br>Los Angeles CA 90025 |
| Maple19, LP | C/O Nicholas F Klein<br>12301 Wilshire Blvd., Suite 620<br>Los Angeles CA 90025 |
| Urban Grove19, LLC | C/O Nicholas F Klein<br>12301 Wilshire Blvd., Suite 620<br>Los Angeles CA 90025 |
| Oppidan, LLC | C/O Nicholas F Klein<br>12301 Wilshire Blvd., Suite 620<br>Los Angeles CA 90025 |
| Frank Visco | 301 Mission Ave Unit 606, Oceanside CA |
| David Schaeffer | 103 NW 3rd St Dimmitt TX 79027 |

3

| | |
|---|---|
| Visco Financial Inc. | C/O Frank Anthony Visco<br>44824 Cedar Ave<br>Lancaster CA 93534 |
| Castaic ECG Properties LLC | C/O David Schaeffer |
| | 103 NW 3rd St Dimmitt TX 79027 |
| Fraber Properties II, LLC | C/O Frank Anthony Visco<br>44824 Cedar Ave<br>Lancaster CA 93534 |
| Donald Abbey | 172 Bliss Canyon Rd, Unit 300, Bradbury, CA 91008 |
| AP-Siera LLC | C/O Donald G Abbey<br>12447 Lewis Street Suite 203<br>Garden Grove CA 92840 |
| AP-Palmdale LLC | C/O Donald G Abbey<br>12447 Lewis Street Suite 203<br>Garden Grove, CA 92840 |
| DGA-Properties LLC | C/O Donald G Abbey<br>12447 Lewis Street Suite 203<br>Garden Grove CA 92840 |
| DGA-Properties 11, LLC | C/O Donald G Abbey 14770 E. Firestone Blvd, Suite 206<br>La Mirada CA90638 |
| Abbey-Properties 11 LLC | C/O Donald G Abbey<br>12447 Lewis Street Suite 203<br>Garden Grove, CA 92840 |
| CDCF 111 Pacific Commerce Plaza, LLC | 515 S. Flower Street, 44th Floor<br>Los Angeles CA 90071 |
| Nittany Lion Landscaping, Inc. | C/O Tracey R. Bard<br>12447 Lewis Street Suite 203<br>Garden Grove, CA 92840 |
| Alexander Moradi | 1734 Dr Los Angeles CA 90069 |
| Isaac Moradi | 1859 N Hillcrest Dr, Beverly Hills, CA 90210 |
| Imperial Hawthorne LP | C/O Isaac Moradi<br>9301 Wilshire Boulevard, Suite 315<br>Beverly Hills CA 90210 |
| ICO Investment Group, Inc. | C/O Alexander Moradi<br>10780 Santa Monica Blvd, Suite 140<br>Los Angeles CA 90025 |
| Gage Plaza Associates | C/O Alexander Moradi<br>888 W 6th Street Suite #1200<br>Los Angeles CA 90017 |
| Leon Neman | 803 Foothill Rd Beverly Hills CA 90210 |
| Yoel Neman | 802 N. Alpine Dr Beverly Hills CA 90210 |

| John Neman | 971 N. Alpine Dr Beverly Hills CA 90210 |
| Neman Brothers and Associates, Inc. | 1525 South Broadway Street, Los Angeles, CA 90015 |
| Vertigo Real Estate Holdings, LP | C/O Leon Neman<br>1525 S. Broadway<br>Los Angeles CA90015 |
| Legend Real Estate Management Inc. | C/O Leon Neman |

| | 1525 S. Broadway<br>Los Angeles CA 90015 |
| Gregory Hanes | 43903 Division Street, Lancaster CA 93535 |
| 3001<-6, LLC | C/O Gregory F Hanes<br>43903 Division Street<br>Lancaster CA 93535 |
| 43917 Division Street, LLC | C/O Gregory F Hanes<br>43903 Division Street<br>Lancaster CA 93535 |
| Homer Harvey | 10490 Wilshire Blvd Ph 1, Los Angeles, Ca 90024 |
| William Tatum | 2102 Century Park Ln, Apt 402, Los Angeles, CA 90067 |
| Harvey Capital Corp. | C/O Ruth Zommick<br>2333 Cotner Avenue<br>Los Angeles, CA 90064 |
| Ball & East, Ltd. | C/O William Tatum<br>11835 W. Olympic Blvd., Suite 300<br>Los Angeles CA 90064 |