Thomas J. Shepos

Defendant

4319 Bethpage Drive

Palmdale, CA 93551

Telephone: 3210-344-3348



FILED

2025 JUN 10 AM 11: 13

ORIGI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Case No. 2:19-cv-01773-JFW-MAAx

LOS ANGELES COUNTY, etal.,

    Plantiffs

v.

THOMAS SHEPOS, et al.,

    Defendants

**DEFENDANT THOMAS SHEPOS FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLANTIFF COUNTY OF LOS ANGELES AND REALTOR, KAREN GLUCK.**

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant, Thomas Shepos hereby requests that Plantiff County of Los Angeles (County) and Realtor Karen Gluck(Realtor) respond to these requests in writing and produce the documents requested herein within thirty (30) days after being served with these requests.

1

Responding Party's response must comply with Federal Rule of Civil Procedure 34, including the requirement that Responding Party's response state whether it will produce all responsive documents or whether no documents exist. To the extent that Responding Party propounds any objection or objections to a Request, Responding Party's response must also state whether any responsive materials are being withheld on the basis of each objection interposed to a Request. Responding Party's documents must be produced as they are kept in the usual course of business, or Responding Party must organize and label them to correspond to the categories in the request. The Defendant, as the propounding party, reserves the right to move for an order for compliance with respect to any objection to or failure to respond toany Request or any part thereof.

## REQUEST FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO.1

County of Los Angeles (County) to provide a copy of all SRE (Space Request Evaluations ) filed by each County Department to the Real Estate Section for each Board of Supervisors (Board) approved lease since 2010.

### REQUEST FOR PRODUCTION NO.2

County to provide a copy of all Leases (Board approved) that were in effect since 2010 and when they commenced.

### REQUEST FOR PRODUCTION NO.3

County to provide, for all Board approved Leases (as requested in Production No. 2), the following:

A lease and rent role list showing the following:

Address of Property,Landlord,Real Estte Agent asigned the Lease, County Department requiring the Lease,term of the Lease,

2

Commencement Rentand current Rent, Lease Optionswith rental terms, parking (and how many) included within the lease (cost if any), Tenant Improbements (TI) or Dollars allocated to TI , FurnitureAllowances and repayment, Telecommunication allowances and repayment, was lease approved by the Real Estate Commission and when, Cancellation of lease and terms of Cancellation and Real Estate Agent assigned to negotiate the lease, manage the Tenant Improvements and the agent who manages the lease through the term of the lease.

## REQUEST FOR PRODUCTION NO.4

County to provide a list of all County individuals who reviewed and signed off on the lease process and the responsibility of their review and sign off until Board approval.

## REQUEST FOR PRODUCTION NO.5

County to provide the amount of subvention funding of each lease, the Department receiving that subvention and the resulting effect on the actual cost to the County after that subvention was applied.

## REQUEST FOR PRODUCTION NO.6

County to provide a list of all County Real Estate agents and their job title and job description, working on leases since 2010, noting if they are currently employed and those that retired and effective what date.

## REQUEST FOR PRODUCTION NO.7

Case 2:19-cv-01773-JFW-MAA   Document 686   Filed 06/10/25   Page 4 of 5   Page ID #:12179

County to provide a list of all County employees by Department including the Chief Executive Office and Board of Supervisors Office involved in each lease since 2010, and their role in that lease.

## REQUEST FOR PRODUCTION NO.8

County to provide a copy of all documents/and files in County possession or their attorney's possession that were used or created by Thomas Shepos(Defendant).

## REQUEST FOR PRODUCTION NO.9

Current status of County Board approved Leases since 2010 and if terminated what was the reason for the termination.

## REQUEST FOR PRODUCTION NO.10

County to provide a copy of Defendants (Thomas Shepos) personal file indicating all evaluations from time of hiring through his retirement.

## REQUEST FOR PRODUCTION NO.11

County to provide a copy of all text's, emails, telephone conversations, and mail regarding Defendant (Thomas Shepos), County of Los Angeles and or any Landlords named in this lawsuit. These documents include any in possession of County's attorney.

## REQUEST FOR PRODUCTION NO.12

County and Realtor (Karen Gluck) to provide a copy of all text's, emails, telephone conversations, and mail regarding Defendant (Thomas Shepos), County of Los Angeles and or any Landlords

4

named in this lawsuit. These documents include any in possession of County or Realtors attorney's.

### REQUEST FOR PRODUCTION NO.13.

County and Realtor to provide a copy of any files, books, notes created by Deendant (Thomas Shepos) regarding any leases assigned to him since 2010 through retirement.

### REQUEST FOR PRODUCTION NO.14

Realtor (Karen Gluck) or her attorney's to provide a list of all individuals Realtor met with or spoke with concerning any County Landlord, or individual identified in this case since 2010, including date, times of each meeting, items discussed or shared in these meetings, including telephone conversations. This should include any documents or discussions past or present to this date.

### REQUEST FOR PRODUCTION NO.15

Realtor(Karen Gluck) or her attorney's to provide a copy of all documents in her or her attorney's possession including invoices/checks, trips, hotel,dinning, payments (checks or credit card) et al that pertain to Defendant (Thomas Shepos) and all other Defendants concerning CT Management,1330 Roscomare Road and the County of Los Angeles regarding this Lawsuit.

Dated:   June 5, 2025

Respectfully Submitted,

*Thomas Shepos* (signature)

THOMAS SHEPOS

In Pro Per