Thomas J. Shepos

Defendant

4319 Bethpage Drive

Palmdale, CA 93551

Telephone: 3210-344-3348



FILED
2025 JUN 10 AM 11:13
CLERK US DISTRICT COURT
CENTRAL DIST. OF
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Case No. 2:19-cv-01773-JFW-MAAx

LOS ANGELES COUNTY, etal.,

    Plantiffs

v.

THOMAS SHEPOS, et al.,

    Defendants

County of Los Angeles and Realltor's First Set of Production of Documents Defendant Thomas Shepos

**DEFENDANTS ANSWER AND AFFIRMATIVE DFEFENSES**

    COMES now Thomas Shepos, Defendant herein, and submits his answers and affirmative defenses to the allegations contained in the PRODUCTION OF DOCUMENTS filed against him herein.

1

and now, answering the REQUEST FOR PRODUCTION OF DOCUMENTS filed against him, paragraph by paragraph, Defendant would show the following:

1. Defendant's reply to PRODUCTION OF DOCUMENTS No.1
I have no documents relating to (a), (b), (c), (d) or (e).

2. PRODUCTION OF DOCUMENTS No.2
I have no documents relating to (a), (b), (c), (d) or (e).

3. PRODUCTION OF DOCUMENTS No. 3
I have no documents relating to (a), (b), (c), (d) or (e).

4. PRODUCTION OF DOCUMENTS No. 4
I have no documents relating to (a), (b), (c), (d) or (e).

5. PRODUCTION OF DOCUMENTS No. 5
I have no documents relating to (a), (b), (c), (d) or (e).

6. PRODUCTION OF DOCUMENTS No. 6
I have no documents relating to (a), (b), (c), (d) or (e).

7. PRODUCTION OF DOCUMENTS No. 7
I have no documents relating to (a), (b), (c), (d) or (e).

8. PRODUCTION OF DOCUMENTS No. 8

To the best of my knowledge I have no communication between myself and any GABAEE PARTY.

9. PRODUCTION OF DOCUMENTS No. 9

To the best of my knowledge I have no communication between myself and any VISCO PARTY.

10. PRODUCTION OF DOCUMENTS No. 10

To the best of my knowledge I have no communication between myself and any HANES PARTY.

11. PRODUCTION OF DOCUMENTS No. 11

To the best of my knowledge I have no communication between myself and any ABBEY PARTY.

12. PRODUCTION OF DOCUMENTS No. 12

To the best of my knowledge I have no communication between myself and any NEMAN PARTY.

13. PRODUCTION OF DOCUMENTS No. 13

To the best of my knowledge I have allowed the County access to any texts, emails or paperwork that exist in communication with Michele Lantz .

14. PRODUCTION OF DOCUMENTS No. 14

To the best of my knowledge I have allowed the County access to any texts, emails or paperwork that exist in communication with Jeff Kurtz .

15. PRODUCTION OF DOCUMENTS No. 15

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the GABAEE PARTY.

16. PRODUCTION OF DOCUMENTS No. 16

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the GABAEE PARTY.

17. PRODUCTION OF DOCUMENTS No. 17

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the VISCO PARTY.

18. PRODUCTION OF DOCUMENTS No. 18

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the VISCO PARTY.

19. PRODUCTION OF DOCUMENTS No. 19

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the HANES PARTY.

20.   PRODUCTION OF DOCUMENTS No. 20

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the HANES PARTY.

21.   PRODUCTION OF DOCUMENTS No. 21

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the ABBEY PARTY.

22.   PRODUCTION OF DOCUMENTS No. 22

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the ABBEY PARTY.

23.   PRODUCTION OF DOCUMENTS No. 23

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the NEWMAN PARTY.

24.   PRODUCTION OF DOCUMENTS No. 24

To the best of my knowledge I have no DOCUMENTS in reguards to this request concerning the NEWMAN PARTY.

25.   PRODUCTION OF DOCUMENTS No. 25

To the best of my knowledge I have no COMMUNICATIONS or DOCUMENTS in reguards to this request concerning any Defendants named in the FACII ot the TAC.

5

26. PRODUCTION OF DOCUMENTS No. 26

To the best of my knowledge I have no COMMUNICATIONS or DOCUMENTS in reguards to this request concerning any work performed on 1330 Roscomare Rd,. Los Angeles, CA .

27. PRODUCTION OF DOCUMENTS No. 27

To the best of my knowledge I have no COMMUNICATIONS or DOCUMENTS in reguards to this request.

28. PRODUCTION OF DOCUMENTS No. 28

To the best of my knowledge I have no COMMUNICATIONS or DOCUMENTS in reguards to this request.

29. PRODUCTION OF DOCUMENTS No. 29 through No. 39.

To the best of my knowledge I have no COMMUNICATIONS or DOCUMENTS other than those previously provided in INTER-ROGATORIES or in PRODUCTION OF DOCUMENTS requested in No. 1 through No. 28. previously stated.

Dated:   May 13, 2025

Respectfully Submitted,

Thomas Shepos

THOMAS SHEPOS

In Pro Per