UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:19-cv-01773-PA-MAA | Date:  December 17, 2025 |
| Title  **Los Angeles County et al. v. Thomas Shepos et al.** | |

Present:  The Honorable Maria A. Audero, United States Magistrate Judge

| Marina Moreno-Carrillo | C/S 12/17/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Lauren Brody | Kevin J. Leichter |
| Bryan Redfern | Andrew Hewitt |
| Eliza Finley | |

**Proceedings:**  **INFORMAL DISCOVERY CONFERENCE**
**Via Zoom videoconference**

Case called.  Counsel makes their appearance.

Before the Court on December 17, 2025 is the parties' fourth informal discovery conference, which the Court names "IDC 4."  IDC 4 is a continuation of IDCs 2 and 3, through which Plaintiff County of Los Angeles seeks an order compelling Defendants Mark Gabaee and The Charles Company (collectively, "Gabaee Defendants") to supplement their responses to Plaintiffs' Interrogatories Set One and Request for Production of Documents Set One (collectively, "Gabaee Discovery").

The Court confers with the parties.  The parties agree that further meeting and conferring is warranted and agree to continue this effort.  After lengthy discussions with the parties, the Court concludes that, should the parties be unable to resolve their disputes regarding the Gabaee Discovery through these continued efforts, each party may bring their respective discovery motions—Plaintiff a motion to compel, Gabaee Defendants a motion for protective order—both pursuant to Federal Rule of Civil Procedure ("Rule") 37 and both in compliance with Central District of California Local Civil Rule ("Local Rule") 37.  For this purpose, the Court finds that the parties have satisfied their pre-motion meet-and-confer requirements under Rule 37, Local Rule 37, and Judge Audero's procedures and requirements.   *See* Fed. R. Civ. P. 37; C.D. Cal. L.R. 37; (https://www.cacd.uscourts.gov/honorable-maria-audero).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:19-cv-01773-PA-MAA                                           Date:  December 17, 2025

Title      **Los Angeles County et al. v. Thomas Shepos et al.**

      As discussed at IDC 4, the Court offers to continue working with the parties to resolve this dispute short of motion practice and has offered a day-long further IDC for this purpose as well as to address Gabaee Defendants' concerns regarding other pending discovery.  To be clear, this further IDC will go forward only if the parties assure the Court in advance thereof that a member of their respective Information Technologies support teams and the architects of, or a person knowledgeable about the architecture of, Gabaee Defendants' computer systems are available to participate and will appear prepared to discuss, in a cooperative, non-adversarial manner, how to obtain information from Gabaee Defendants' computer systems in the most efficient and cost-effective manner.  If the parties wish to jointly avail themselves of this offer, they may do so by jointly contacting Judge Audero's Chambers to schedule such.

      It is so ordered.

Time in Court:  1:27