| | |
|---|---|
| 1 | AGUSTIN D. OROZCO (BAR NO. 271852) |
| | STEPHEN M. BYERS (*Pro Hac Vice*) |
| 2 | RAIJA J. HORSTMAN (BAR NO. 277301) |
| | CROWELL & MORING LLP |
| 3 | 515 South Flower Street, 40th Floor |
| | Los Angeles, CA 90071 |
| 4 | Telephone: 213.622.4750 |
| | Facsimile:  213.622.2690 |
| 5 | E-Mail: aorozco@crowell.com |
| | sbyers@crowell.com |
| 6 | rhorstman@crowell.com |
| 7 | SCOTT J. LEIPZIG (BAR NO. 192005) |
| | E-Mail: sleipzig@allenmatkins.com |
| 8 | TIM C. HSU (BAR NO. 279208) |
| | E-Mail: thsu@allenmatkins.com |
| 9 | SHAUNA E. WOODS (BAR NO. 300339) |
| | E-Mail: swoods@allenmatkins.com |
| 10 | ALLEN MATKINS LECK GAMBLE |
| |    MALLORY & NATSIS LLP |
| 11 | 865 South Figueroa Street, Suite 2800 |
| | Los Angeles, California 90017-2543 |
| 12 | Phone:  (213) 622-5555 |
| | Fax:  (213) 620-8816 |
| 13 | |
| 14 | Attorneys for Defendants |
| | Donald G. Abbey; Abbey-Properties LLC; Abbey |
| | Properties II LLC; AP-Sierra LLC; AP Palmdale |
| 15 | LLC; DGA Properties LLC; DGA Properties II |
| | LLC; and Nittany Lion Landscaping, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | | |
|---|---|---|
| LOS ANGELES COUNTY, *et al.*, | | Case No. 2:19-cv-01773-JFW-MAAx |
| Plaintiffs, | | **CERTIFICATE OF SERVICE** |
| v. | | Assigned to the Hon. Percy Anderson, Ctrm 9A, and Magistrate Judge Maria A. Audero, Ctrm. 880 |
| THOMAS SHEPOS, *et al.*, | | |
| Defendants. | | Trial Date:  April 28, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  2:19-cv-01773-PA-MAA
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

*Los Angeles County, et al. v. Thomas Shepos, et al.*
**Case No. 2:19-cv-01773-JFW-MAAx**

I am employed in the county of San Francisco, state of California. I am over the age of eighteen (18) and am not a party to this action. My business address is One America Plaza, 600 West Broadway, 27th Floor, San Francisco, California 92101-0903.

On December 22, 2025, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Shauna Woods to file the following document(s):

- **STIPULATION TO CONTINUE TRIAL DATE AND HEARING ON MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

- **[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**

on the interested parties in this action as stated below:

| **Via Email or Electronic Transmission** | |
|---|---|
| Dawyn R. Harrison<br>Thomas J. Faughnan<br>Tiffani L. Shin<br>Office of Los Angeles County Counsel<br>Kenneth Hahn Hall of Administration<br>500 West Temple Street, Suite 648<br>Los Angeles, CA 90012 | Attorneys for Plaintiff County of Los Angeles<br>Tel.: 213-974-1811; Fax: 213-626-7446<br>Emails: dharrison@counsel.lacounty.gov<br>tfaughnan@counsel.lacounty.gov<br>tshin@counsel.lacounty.gov |
| Jason H. Tokoro<br>Casey B. Sypek<br>Lauren M. Brody<br>Miller Barondess, LLP<br>2121 Avenue of the Stars<br>Suite 2600<br>Los Angeles, CA 90067 | Attorneys for Plaintiff County of Los Angeles<br>Tel.: 310-552-4400; Fax: 310-552-8400<br>Emails: jtokoro@millerbarondess.com<br>csypek@millerbarondess.com<br>lbrody@millerbarondess.com |
| Karen Paik<br>Assistant United States Attorney<br>United States Attorney's Office<br>Room 7516, Federal Building<br>300 N. Los Angeles Street<br>Los Angeles, CA 90012 | Attorneys for Plaintiff United States of America<br>Tel.: 213-894-8561<br>Fax: 213-894-7819<br>Email: karen.paik@usdoj.gov |
| Amanda K. Bonn<br>Connor Cohen<br>Eliza R. Finley<br>Simon DeGeorges<br>Susman Godfrey LLP<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067 | Attorneys for Qui Tam Plaintiff Karen Gluck<br>Tel.: 310-789-3131; Fax: 310-789-3150<br>Emails: abonn@susmangodfrey.com<br>ccohen@susmangodfrey.com<br>efinley@susmangodfrey.com<br>sdegeorges@susmangodfrey.com |

| | |
|---|---|
| Rocco Magni (*Pro Hac Vice*)<br>David Peterson (*Pro Hac Vice*)<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002 | Co-Counsel for Qui Tam Plaintiff Karen Gluck<br>Tel.: 713-651-9366; Fax: 713-654-6666<br>Emails:  rmagni@susmangodfrey.com<br>　　　　　dpeterson@susmangodfrey.com |
| Michael S. Devereux<br>Wexford Law<br>9440 Santa Monica Blvd., Suite 301<br>Beverly Hills, CA  90210 | Attorneys for Defendant Arman Gabaee<br>Tel.: 424-444-0883<br>Email:　mike@wex.law |
| Kevin J. Cole<br>KJC Law Group, A.P.C.<br>9701 Wilshire Boulevard<br>Suite 1000<br>Beverly Hills, CA  90212 | Attorneys for Defendants Frank Visco; Visco Financial Inc.; and Fraber Properties II, LLC<br>Tel.: 310-861-7797<br>Email:　kevin@kjclawgroup.com |
| Nico Tabibi<br>Law Offices of Nico Tabibi, APC<br>9454 Wilshire Boulevard, PH<br>Beverly Hills, CA  90212 | Attorneys for Defendants Leon Neman; Yoel Neman; John Neman; Neman Brothers and Associates, Inc.; Vertigo Real Estate Holdings, LP; and Legend Real Estate Management, Inc.<br>Tel.: 310-276-1555<br>Email:　nico@tabibilaw.com |
| R. Steven Derryberry<br>Kimberly Rose-McCaslin<br>Derryberry & Associates LLP<br>41240 11th Street West, Suite A<br>Palmdale, CA  93551 | Attorneys for Defendants Gregory Hanes; 300 K-6, LLC; and 43917 Division Street, LLC<br>Tel.: 661-645-6115; Fax: 661-948-4772<br>Emails:  steven@derryberrylawyers.com<br>　　　　　kim@derryberrylawyers.com<br>　　　　　civil@derryberrylawyers.com |
| Agustin D. Orozco<br>Danielle P. Richards<br>Sigourney R. Haylock<br>Stephen M. Byers (*Pro Hac Vice*)<br>Raija J. Horstman<br>Crowell & Moring LLP<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA  90071 | Attorneys for Defendants Donald G. Abbey; Abbey-Properties LLC; Abbey Properties II LLC; AP-Sierra LLC; AP Palmdale LLC; DGA Properties LLC; DGA Properties II LLC; and Nittany Lion Landscaping, Inc.<br>Tel.: 213-622-4750; Fax:  213-622-2690<br>Emails:  aorozco@crowell.com<br>　　　　　drichards@crowell.com<br>　　　　　shaylock@crowell.com<br>　　　　　sbyers@crowell.com<br>　　　　　rhorstman@crowell.com |

| Kevin J. Leichter<br>Andrew E. Hewitt<br>Emma Walker (Staff)<br>The Leichter Firm<br>A Professional Corporation<br>10203 Santa Monica Boulevard<br>4th Floor<br>Los Angeles, CA 90067 | Attorneys for Defendants Mark Gabaee; The Charles Company, Inc.; Excel Property Management Services, Inc.; Wilhurst, Inc.; Sancam Inc.; Greenoak Investments, LLC; Urban Grove19, LLC; The Charles Company Partnership; Loma Vista, LLC; Noble Investments, LP; and Endure LLC and Defendants and Counterclaimants M&A Gabaee, LP; Town Investment, LLC; Oppidan, LLC; Oakshire, LLC; and Maple19, LP<br>Tel.: 310-229-0000; Fax: 310-229-1299<br>Emails: kleichter@theleichterfirm.com<br>            ahewitt@theleichterfirm.com<br>            assistant@theleichterfirm.com |
|---|---|

**Via Mail/U.S. Postal Service**

| Thomas J. Shepos<br>4319 Bethpage Drive<br>Palmdale, CA 93551 | *Defendant, in pro per*<br>Tel.: 310-344-3348<br>Email: tjosephanthony7777@gmail.com |
|---|---|

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** As California Code of Civil Procedure section 1010.6 and all other applicable law including California Rules of Court permits, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is mbonilla@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

OR

☒ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Francisco, California, for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct. Executed on December 22, 2025, at San Francisco, California.

| Monik Bonilla | |
|---|---|
| (Type or print name) | (Signature of Declarant) |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

-4-
Case No. 2:19-cv-01773-PA-MAA
CERTIFICATE OF SERVICE