LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| THE COUNTY OF LOS ANGELES; THE STATE OF CALIFORNIA; THE UNITED STATES OF AMERICA, ex rel. KAREN GLUCK,<br><br>  Plaintiff,<br><br>  against<br><br>THOMAS SHEPOS et al.,<br><br>  Defendants. | Case No. 2:19-cv-01773-PA-MAA<br><br>District Judge: Hon. Percy Anderson<br>**ORDER RE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT** |
|---|---|

[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT

4897-2698-4322.1

# [PROPOSED] ORDER

Before the Court is the Stipulation to Continue Briefing Schedule and Motion Cut-Off for Summary Judgment and/or Summary Adjudication, jointly filed by Intervenor and Real Party in Interest the County of Los Angeles (the "County"), Plaintiff and Relator Karen Gluck and Defendants Thomas Shepos, Arman Gabaee, Frank Visco, Visco Financial Inc., and Fraber Properties II, LLC; Gregory Hanes, 300 K-6, LLC, and 43917 Division Street, LLC; Donald Abbey, AP-Sierra LLC, AP-Palmdale LLC, DGA-Properties LLC, DGA-Properties II, LLC, Abbey Properties LLC, Abbey-Properties II LLC, Nittany Lion Landscaping, Inc.; AP Commerce Plaza LLC, and the Abbey Management Co., LLC; and Mark Gabay, Charles Company Partnership, Excel Property Management Services, Inc., Oakshire, LLC, Wilhurst, Inc., Town Investments, LLC, Sancam Inc., M&A Gabaee, LP, Greenoak Investments, LLC, Maple19, LP, Urban Grove19, LLC, Oppidan, LLC, The Charles Company, Inc., Loma Vista, LLC, Noble Investments, LP, and Endure Investments LLC (all together, the "Stipulating Parties").

The Parties have stipulated and agreed to an extension of time for Defendants to file motions for summary judgment and/or summary adjudication and the hearing dates for those motions. The Court finds good cause to grant the stipulation and extend the motion cut-off deadlines.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Parties' Stipulation is **GRANTED**;

1. The parties' deadline to file any motion for summary judgment and/or summary adjudication will be February 2, 2026;

2. The parties' page limit for any motion for summary judgment and/or summary adjudication will be 35 pages.

3. The deadline to file an opposition to any motion for summary judgment and/or summary adjudication will be due February 23, 2026;

4. The parties' page limit for any opposition to any motion for summary judgment and/or summary adjudication will be 35 pages.

5. The deadline to file replies in support of any motion for summary judgment and/or summary adjudication will be due March 2, 2026;

6. The hearing date for any motion for summary judgment and/or summary adjudication will be continued from February 23, 2025 to March 16, 2026; and

7. The trial date will be April 28, 2026, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:  January 06, 2026

_____
Percy Anderson
United States District Judge