**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles County et al <br><br> v. <br><br> Thomas Shepos et al <br> Plaintiff(s) / Defendant(s) | **CASE NUMBER:** <br> 2:19-cv-01773-PA-MAA <br><br> **MOTION RE: INFORMAL DISCOVERY CONFERENCE** |

A discovery conference with Magistrate Judge Maria A. Audero has been requested. Parties that have not submitted their portion of the Informal Discovery Conference Request form must email their completed portion of such form to Magistrate Judge Audero's Chambers (MAA_Chambers@cacd.uscourts.gov) within 24 hours after issuance of this Motion. The requesting party must submit via email to Magistrate Judge Audero's Chambers the discovery requests and responses at issue within 24 hours after issuance of this Motion.

The Court hereby sets the Informal Discovery Conference on     1/15/2026     at   10:00am  .

The hearing will be held:
- [ ] in person in Courtroom _____ of the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California
- [ ] via Zoom (a Zoom link will be circulated separately)
- [x] telephonically (dial-in information will be circulated separately)

To ensure quality recordings, please adhere to the following:

    **Professional Setting**: Join from a professional setting. Avoid vehicles, public spaces, and locations with background noise.

    **Equipment**: Avoid speakerphone use during calls, headsets are preferred when possible.

    **Noise Reduction**: Minimize environmental noise and background conversations.

    **Clear Communication**: Avoid speaking over one another to prevent audio distortion.

Dated:    1/9/2026                 By:    Marina M. C.   
                                                                        Deputy Clerk