Michael S. Devereux (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California 90210
Telephone: (424) 600-8584
Email: mike@wex.law

Attorneys for DEFENDANT, ARMAN GABAEE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA and THE UNITED STATE OF AMERICA *ex rel.* KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, et al.,<br><br>Defendants. | Case No. 2:19-cv-01773-PA-MAA<br><br>**DECLARATION OF MICHAEL DEVEREUX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(Hon. Percy Anderson)**<br><br>Hearing: March 16, 2026<br>Time:    1:30 p.m.<br>Ctrm:    9A<br><br>Complaint Filed: March 11, 2019<br>Trial Date: April 28, 2026 |

1

DECLARATION OF MICHAEL DEVEREUX

I, Michael Devereux, declare:

1. I am counsel for Defendant Arman Gabaee in this action. I am licensed to practice law in California and before this Court.

2. I submit this Declaration in support of Arman Gabaee's Motion for Summary Judgment—and specifically, to authenticate those exhibits described below and attached to the concurrently-filed Volume of Evidence.[1] This Declaration is based upon my review of documents and my personal knowledge, unless otherwise stated. If called and sworn as a witness, I could and would testify competently about the following facts.

3. Attached as **Exhibit A** to the concurrently-filed Volume of Evidence are relevant excerpts from the transcript of the Deposition of Thomas Shepos, taken in this case on December 19, 2025, December 22, 2025 and January 30, 2026. I have included relevant excerpts of Mr. Shepos' testimony, rather than the entire transcript itself, given the Court's order that "the entire transcript of a deposition, entire sets of interrogatory responses, and documents that do not specifically support or controvert material in the

---

[1] Because the evidence in support of the Arman Gabaee's Motion for Summary Judgment exceeds twenty pages, the evidence is attached to a separate bound volume (with a Table of Contents), per the Court's Order.

separate statements, should not be submitted in support or opposition to a motion for summary judgment." Doc. 702 at Page ID # 12309.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2026 at Beverly Hills, California.

*Michael Devereux*
Michael Devereux