Michael S. Devereux  (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California  90210
Telephone: (424) 600-8584
Email: mike@wex.law

Attorneys for DEFENDANT, ARMAN GABAEE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA and THE UNITED STATE OF AMERICA *ex rel.* KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, et al.,<br><br>Defendants. | Case No. 2:19-cv-01773-PA-MAA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARMAN GABAEE'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Hon. Percy Anderson)** |

The Motion of Defendant Arman Gabaee for Summary Judgment, or in the alternative Partial Summary Judgment, came on for hearing on March 16, 2026, at 1:30 p.m., before the Honorable Percy Anderson, Courtroom 9A. Having considered the Motion, the Separate Statement of Uncontroverted Facts and Conclusions of Law, the Declarations and exhibits, the opposition and reply papers, and the arguments of counsel, and good cause appearing, the Court finds that there is no genuine dispute as to any material fact and that Defendant is entitled to judgment as a matter of law on all claims asserted against him.

**IT IS HEREBY ORDERED** that Defendant Arman Gabaee's Motion for Summary Judgment is **GRANTED** in its entirety. Judgment shall be entered in favor

of Defendant Arman Gabaee on all claims asserted against him in the operative complaint.

**IT IS SO ORDERED.**

Dated:

                                                      _____
                                                       Hon. Percy Anderson
                                                United States District Judge

MICHAEL DEVEREUX, ESQ.