AGUSTIN D. OROZCO (BAR NO. 271852)
STEPHEN M. BYERS (*Pro Hac Vice*)
RAIJA J. HORSTMAN (BAR NO. 277301)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Phone: 213.622.4750; Fax: 213.622.2690
E-Mail: aorozco@crowell.com
sbyers@crowell.com
rhorstman@crowell.com

SCOTT J. LEIPZIG (BAR NO. 192005)
E-Mail: sleipzig@allenmatkins.com
TIM C. HSU (BAR NO. 279208)
E-Mail: thsu@allenmatkins.com
SHAUNA E. WOODS (BAR NO. 300339)
E-Mail: swoods@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555; Fax: (213) 620-8816

Attorneys for Defendants
Donald G. Abbey; Abbey-Properties LLC; Abbey Properties II LLC; AP-Sierra LLC; AP Palmdale LLC; DGA Properties LLC; DGA Properties II LLC; and Nittany Lion Landscaping, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| LOS ANGELES COUNTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS SHEPOS, *et al.*, <br><br> Defendants. | Case No. 2:19-cv-01773-PA-MAA <br><br> **DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF EX PARTE APPLICATION TO EXTEND DISCOVERY CUT-OFF DATE** <br><br> Assigned to the Hon. Percy Anderson, Ctrm 9A, and Magistrate Judge Maria A. Audero, Ctrm. 880 <br><br> Trial Date: April 28, 2026 |

# DECLARATION OF SHAUNA E. WOODS

I, Shauna E. Woods, declare as follows:

1. I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Defendants Donald G. Abbey; Abbey-Properties LLC; Abbey Properties II LLC; AP-Sierra LLC; AP Palmdale LLC; DGA Properties LLC; DGA Properties II LLC; and Nittany Lion Landscaping, Inc. ("Abbey Defendants"), in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On January 28, 2026, Defendants Mark Gabay, Charles Company Partnership, Excel Property Management Services, Inc., Oakshire, LLC, Wilhurst, Inc., Town Investments, LLC, Sancam Inc., M&A Gabaee, LP, Greenoak Investments, LLC, Maple19, LP, Urban Grove19, LLC, Oppidan, LLC, The Charles Company, Inc., Loma Vista, LLC, Noble Investments, LP, and Endure Investments LLC (the "Gabay Defendants"), Defendants Frank Visco, Visco Financial Inc., and Fraber Properties II, LLC (the "Visco Defendants"), and the Abbey Defendants' Motion to Compel Discovery ("Motion 1"). Motion 1 was set for a hearing for February 19, 2026.

3. On January 30, 2026, the Gabay Defendants, Visco Defendants, and Abbey Defendants' Motion to Compel Further Responses ("Motion 2"). Motion 2 was set for a hearing for February 26, 2026.

4. On February 3, 2026, the Court denied both Motion 1 and Motion 2 on the grounds that both Motion 1 and Motion 2 were set to be heard after the discovery cut-off pursuant to Judge Anderson's Scheduling Order, February 16, 2026. The Court specifically noted that the denial of both Motion 1 and Motion 2 was without prejudice.

5. On February 13, 2026, Suzanne Khalil, an associate at my firm, sent an email to the County's counsel notifying them that the Abbey Defendants will be filing an *Ex Parte* Application to Extend Discovery Cut-Off Date. A true and correct copy of the February 13, 2026 email is attached hereto as **Exhibit 1**.

6. Defendants Mark Gabay, Charles Company Partnership, Excel Property Management Services, Inc., Oakshire, LLC, Wilhurst, Inc., Town Investments, LLC, Sancam Inc., M&A Gabaee, LP, Greenoak Investments, LLC, Maple19, LP, Urban Grove19, LLC, Oppidan, LLC, The Charles Company, Inc., Loma Vista, LLC, Noble Investments, LP, and Endure Investments LLC (collectively, "Gabay Defendants"), Defendants Frank Visco, Visco Financial Inc., and Fraber Properties II, LLC (collectively, "Visco Defendants"), and Defendants Gregory Hanes, 300 K-6, LLC, and 43917 Division Street, LLC (the "Hanes Defendants") informed the Abbey Defendants that they would join in this *Ex Parte* Application.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2026, at Los Angeles, California.

_____
Shauna E. Woods

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I presented the foregoing DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF EX PARTE APPLICATION TO EXTEND DISCOVERY CUT-OFF DATE with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send an e-mail message to all parties in the case which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List. Copies have also been sent via U.S. Mail to:

Thomas Shepos
4319 Bethpage Drive
Palmdale, CA  93551

    /s/ Shauna E. Woods
SHAUNA E. WOODS
Attorneys for Defendants
Donald G. Abbey; Abbey-Properties LLC; Abbey Properties II LLC; AP-Sierra LLC; AP Palmdale LLC; DGA Properties LLC; DGA Properties II LLC; and Nittany Lion Landscaping, Inc.

# EXHIBIT 1

| | |
|---|---|
| **From:** | Khalil, Suzanne |
| **Sent:** | Friday, February 13, 2026 4:43 PM |
| **To:** | dharrison@counsel.lacounty.gov; tfaughnan@counsel.lacounty.gov; tshin@counsel.lacounty.gov; jtokoro@millerbarondess.com; csypek@millerbarondess.com; lbrody@millerbarondess.com; karen.paik@usdoj.gov; abonn@susmangodfrey.com; ccohen@susmangodfrey.com; efinley@susmangodfrey.com; sdegeorges@susmangodfrey.com; rmagni@susmangodfrey.com; dpeterson@susmangodfrey.com; mike@wex.law; kevin@kjclawgroup.com; kleichter@theleichterfirm.com; ahewitt@theleichterfirm.com; assistant@theleichterfirm.com; steven@derryberrylawyers.com; kim@derryberrylawyers.com; civil@derryberrylawyers.com; aorozco@crowell.com; drichards@crowell.com; shaylock@crowell.com; sbyers@crowell.com; rhorstman@crowell.com; nico@tabibilaw.com; tjosephanthony7777@gmail.com |
| **Cc:** | Chaichi, Arman; Leipzig, Scott; Woods, Shauna; Hsu, Tim; Pineda, Anabel; Sandoval, Cindy |
| **Subject:** | LOS ANGELES COUNTY v. SHEPOS, Case No. 2:19-cv-01773-PA-MAA - Notice of Ex Parte |

Counsel,

Please take notice that Defendants Donald G. Abbey; Abbey-Properties LLC; Abbey Properties II LLC; AP-Sierra LLC; AP Palmdale LLC; DGA Properties LLC; DGA Properties II LLC; and Nittany Lion Landscaping, Inc. ("Abbey Defendants") will apply ex parte in the matter captioned LOS ANGELES COUNTY v. SHEPOS, Case No. 2:19-cv-01773-PA-MAA.  We will request an order extending the discovery and motion cutoff date for the limited purposes of having the following two motions heard by the Magistrate Judge and the relief sought therein granted:

- **Motion 1:** Motion to Compel the County to produce documents filed on January 28, 2026 by Defendants Mark Gabay, Charles Company Partnership, Excel Property Management Services, Inc., Oakshire, LLC, Wilhurst, Inc., Town Investments, LLC, Sancam Inc., M&A Gabaee, LP, Greenoak Investments, LLC, Maple19, LP, Urban Grove19, LLC, Oppidan, LLC, The Charles Company, Inc., Loma Vista, LLC, Noble Investments, LP, and Endure Investments LLC (collectively, "Gabay Defendants"), Defendants Frank Visco, Visco Financial Inc., and Fraber Properties II, LLC (collectively, "Visco Defendants"), and Donald Abbey, AP-Sierra LLC, AP-Palmdale LLC, DGA-Properties LLC, DGA-Properties II, LLC, Abbey Properties LLC, Abbey-Properties II LLC, Nittany Lion Landscaping, Inc.; AP Commerce Plaza LLC, and the Abbey Management Co., LLC (collectively, "Abbey Defendants") (Gabay Defendants, Visco Defendants, and Abbey Defendants are collectively referred to herein as "Defendants"). ("Motion 1," ECF No. 745.)
- **Motion 2:**  Motion for an order compelling the County to supplement its document productions to Defendant Donald Abbey's, AP-Palmdale Place LLC's, AP Commerce Plaza LLC's, and AP-Sierra LLC's first set of requests for production or, in the alternative, provide a supplemental privilege log with sufficient privilege assertions.  ("Motion 2," ECF No. 747.)

Please let us know if you intend to oppose the ex parte application.  We understand that the Gabay Defendants, Visco Defendants, and the Hanes Defendants will join in the ex parte application and will not object.

According to Judge Anderson's standing order, any opposition must be filed not later than 24 hours after service and those intended not to oppose should inform the clerk by telephone.  The Court considers ex parte applications on the papers and usually does not set these matters for hearing.  If a hearing is necessary, the clerk will notify the parties.

Thank you,

1

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903
Direct (619) 235-1503 | **Mobile** (571) 499-1676 | **Fax** (619) 233-1158
skenney@allenmatkins.com

Allen Matkins