UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| LOS ANGELES COUNTY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS SHEPOS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01773-PA-MAA<br><br>**[PROPOSED] ORDER GRANTING ABBEY DEFENDANTS' EX PARTE APPLICATION TO EXTEND DISCOVERY CUT-OFF DATE**<br><br>Assigned to the Hon. Percy Anderson, Ctrm 9A, and Magistrate Judge Maria A. Audero, Ctrm. 880<br><br>Trial Date:  April 28, 2026 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

[PROPOSED] ORDER GRANTING EX PARTE
TO EXTEND DISCOVERY CUT-OFF DATE

4928-6773-4415.1

# [PROPOSED] ORDER

Defendants Donald G. Abbey; Abbey-Properties LLC; Abbey Properties II LLC; AP-Sierra LLC; AP Palmdale LLC; DGA Properties LLC; DGA Properties II LLC; and Nittany Lion Landscaping, Inc.'s ("Abbey Defendants"), Ex Parte Application to Extend Discovery Cut-Off Date came before this Court.

The Court, having read and considered the Application, and good cause appearing therefor, hereby ORDERS that:

1. The discovery cut-off is extended to allow for the hearing of the Motion to Compel the County to produce documents filed on January 28, 2026 by Defendants Mark Gabay, Charles Company Partnership, Excel Property Management Services, Inc., Oakshire, LLC, Wilhurst, Inc., Town Investments, LLC, Sancam Inc., M&A Gabaee, LP, Greenoak Investments, LLC, Maple19, LP, Urban Grove19, LLC, Oppidan, LLC, The Charles Company, Inc., Loma Vista, LLC, Noble Investments, LP, and Endure Investments LLC (collectively, "Gabay Defendants"), Defendants Frank Visco, Visco Financial Inc., and Fraber Properties II, LLC (collectively, "Visco Defendants"), and the Abbey Defendants.

2. The discovery cut-off is extended to allow for the hearing of the Motion for an order compelling Plaintiff The Los Angeles County to supplement its document productions to the Abbey Defendants' first set of requests for production or, in the alternative, provide a supplemental privilege log with sufficient privilege assertions.

Dated: _____          _____
                                        Hon. Percy Anderson
                                        Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4928-6773-4415.1                -2-

Case No. 2:19-cv-01773-PA-MAA
[PROPOSED] ORDER GRANTING EX PARTE
TO EXTEND DISCOVERY CUT-OFF DATE

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I presented the foregoing [PROPOSED] ORDER GRANTING ABBEY DEFENDANTS' EX PARTE APPLICATION TO EXTEND DISCOVERY CUT-OFF DATE with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send an e-mail message to all parties in the case which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List. Copies have also been sent via U.S. Mail to:

Thomas Shepos
4319 Bethpage Drive
Palmdale, CA  93551

/s/ Shauna E. Woods
SHAUNA E. WOODS
Attorneys for Defendants
Donald G. Abbey; Abbey-Properties LLC; Abbey Properties II LLC; AP-Sierra LLC; AP Palmdale LLC; DGA Properties LLC; DGA Properties II LLC; and Nittany Lion Landscaping, Inc.