Michael S. Devereux  (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California  90210
Telephone: (424) 600-8584
Email: mike@wex.law

Attorneys for DEFENDANT, ARMAN GABAEE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA and THE UNITED STATE OF AMERICA *ex rel.* KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, et al.,<br><br>Defendants. | **Case No. 2:19-cv-01773-PA-MAA**<br><br>DEFENDANT ARMAN GABAEE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY FOR SUMMARY JUDGMENT<br>**(Hon. Percy Anderson)**<br><br>Hearing: March 16, 2026<br>Time:    1:30 p.m.<br>Ctrm:    9A |

Defendant Arman Gabaee respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following records from *United States v. Arman Gabaee*, Case No. 2:18-CR-331-WU, United States District Court for the Central District of California:

1. Exhibit A: Excerpts of the Sentencing Hearing Transcript dated December 15, 2022, including page 29, lines 12–19.

2. Exhibit B: The Amended Criminal Judgment entered on December 15, 2022

1

MICHAEL DEVEREUX, ESQ.

## I. LEGAL STANDARD

Federal Rule of Evidence 201(b) permits a court to take judicial notice of a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Courts routinely take judicial notice of court records and filings in other proceedings. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980). Judicial notice is appropriate for the existence and contents of such records.

## II. BASIS FOR REQUEST

The sentencing transcript and criminal judgment are official court records whose authenticity is not subject to reasonable dispute.

Defendant does not request that this Court adopt factual findings from the sentencing proceeding as binding in this civil matter. Rather, Defendant requests judicial notice solely of:

- The statements made by the sentencing court during the hearing, including the Court's statement that it did not see evidence of actual monetary injury; and

- The fact that restitution was not awarded to the County of Los Angeles in the criminal judgment.

**MICHAEL DEVEREUX, ESQ.**

These are matters of public record that are accurately and readily determined from court documents.

Judicial notice is appropriate for these limited purposes.

**III. CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that the Court take judicial notice of Exhibits A and B.

Respectfully submitted,

Dated: March 2, 2026

By: *Michael S. Devereux*

Michael S. Devereux
Attorney for Defendant
ARMAN GABAEE