Michael S. Devereux  (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California  90210
Telephone: (424) 600-8584
Email: mike@wex.law

Attorneys for DEFENDANT, ARMAN GABAEE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA and THE UNITED STATE OF AMERICA *ex rel.* KAREN GLUCK, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS SHEPOS, et al., <br><br> Defendants. | **Case No. 2:19-cv-01773-PA-MAA** <br><br> DECLARATION OF MICHAEL S. DEVEREUX IN SUPPORT OF DEFENDANT ARMAN GABAEE'S REQUEST FOR JUDICIAL NOTICE **(Hon. Percy Anderson)** <br><br> Hearing: March 16, 2026 <br> Time:     1:30 p.m. <br> Ctrm:    9A |

I, Michael S. Devereux, declare as follows:

1. I am counsel of record for Defendant Arman Gabaee in this action. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration in support of Defendant Arman Gabaee's Request for Judicial Notice pursuant to Federal Rule of Evidence 201.

MICHAEL DEVEREUX, ESQ.

1

MICHAEL DEVEREUX, ESQ.

3. Attached hereto as Exhibit A are true and correct excerpts of the official Sentencing Hearing Transcript in *United States v. Arman Gabaee*, Case No. 2:18-CR-331-WU, United States District Court for the Central District of California, dated December 15, 2022. The excerpts include page 29, lines 12–19.

4. The transcript attached as Exhibit A was obtained from the official court reporter record and reflects the proceedings before the sentencing court.

5. Attached hereto as Exhibit B is a true and correct copy of the Amended Criminal Judgment entered in *United States v. Arman Gabaee*, Case No. 2:18-CR-331-WU, United States District Court for the Central District of California, dated December 15, 2022.

6. The documents attached as Exhibits A and B are court records from the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 2, 2026, at Beverly Hills, California.

*Michael S. Devereux*

Michael S. Devereux

2