Exhibit A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.                     Case No. CR 18-331

ARMAN GABAEE,

               Defendants.
                          /

REPORTER'S TRANSCRIPT OF
SENTENCING HEARING
Thursday, December 15, 2022
1:00 P.M.
LOS ANGELES, CALIFORNIA

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

position on specific deterrence for this defendant; however, I would point as he notes in his sentencing position, he does have all of these other projects and developments that -- he needs government approvals for those.  He needs them to secure the loans that he needs.  If a significantly below guidelines sentence sends the wrong message to him, it also sends the wrong message to others who do business with the county.  Others who are contracting with the county and other local governments, for a defendant in a million dollar, seven-year bribery scheme to get a significantly below guidelines sentence sends the wrong message to everyone.

THE COURT:  One of the reasons why he is facing the legal of time he's facing, is because of the amount of the bribe, not the amount of damages to the county.

And so I do understand, obviously, one normally does not put out an amount of money in bribes, unless you expect to get high multiples of that in return.  I understand that.

But again, there is no -- I didn't see the evidence of the actual monetary injury.  But, it is a monetary level that sets the guidelines range.

MS. DOTSON:  In a lot of ways the loss of public trust in institutions is worse in some ways to a monetary loss that you see in straight 1343 or fraud cases.

Corruption is a huge crime that has massive impacts on the citizens, whether there is actual loss of money or not.

UNITED STATES DISTRICT COURT