Michael Devereux (SBN 225240)
9440 S<small>ANTA</small> M<small>ONICA</small> B<small>LVD</small>, S<small>UITE</small> 301
B<small>EVERLY</small> H<small>ILLS</small>, C<small>ALIFORNIA</small>  90210
T<small>ELEPHONE</small>: (424) 444-0883

Attorneys for DEFENDANT, ARMAN GABAEE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE COUNTY OF LOS ANGELES, THE STATE OF CALIFORNIA and THE UNITED STATE OF AMERICA *ex rel.* KAREN GLUCK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS SHEPOS et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01773-PA-MAA<br><br>(Hon. Percy Anderson)<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** |
| AND RELATED COMPLAINT IN INTERVENTION. | |
| AND RELATED COUNTERCLAIM | |

The Court, having considered Defendant Arman Gabaee's Unopposed Motion for Enlargement of Time to File Answer to the Third Amended Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), and good cause appearing,

///

1

**IT IS HEREBY ORDERED** that the motion is GRANTED. Defendant's Answer to the Third Amended Complaint is deemed timely filed.

IT IS SO ORDERED.

DATED: March 2, 2026

                                                          PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE

MICHAEL DEVEREUX, ESQ.