# EXHIBIT A

**JAMS ARBITRATION**
**Reference No.** ▮▮▮▮▮▮



**Claimants,**

v.

**Respondent.**

_____

**FINAL STATUS CONFERENCE AGENDA**

The plenary hearing ("Hearing") in this arbitration will be conducted on March 16-19, 2026. What follows is the agenda for the February 13, 2026 Final Status Conference.

1. Confirmation of pre-Hearing filing deadlines
   - Exchange of expert reports (if any), exhibits, non-rebuttal percipient and expert witnesses
   - Filing Joint Witness List with short description of anticipated testimony and time estimates
   - Filing Joint Exhibit List with objections noted
   - Arbitration briefs
   - Joint Exhibit thumb drive[1]
2. Any pre-Hearing motions?

---

[1] Form of electronically submitted Exhibits:   The Arbitrator requests that the joint exhibits be provided to the Arbitrator electronically by thumbdrive compatible with a Mac computer in the following .pdf format:

   - Adobe Acrobat XI Standard
   - Searchable multi-page .pdf files
   - No password restrictions to access the document(s)
   - Document restriction for 'Printing' is set to 'Allowed'
   - Document restriction for 'Changing the Document' is set to 'Allowed'
   - Document restriction for 'Document Assembly' is set to 'Allowed'
   - Document restriction for 'Content Copying or Extraction' is set to 'Allowed'
   - Document restriction for 'Content Extraction for Accessibility' is set to 'Allowed'
   - Document restriction for 'Commenting' is set to 'Allowed'

The exhibits should be contained in a folder containing a separate .pdf file for each exhibit.   Each exhibit should be identified in the folder by a short title for identification purposes.   Importantly, each exhibit should be WRITABLE so that the Arbitrator will be able to highlight portions on his MacBook.   Additional sets of exhibits shall be available for the witnesses in addition to copies for counsel.

3. Stipulations of facts?
4. Court reporter.   If the parties engage a qualified Court Reporter to transcribe the Hearing, the Reporter's transcript will be the official record of the Hearing.
5. Opening statements?
6. Subpoenas for appearance and duces tecum
7. Evidentiary objections (objections to leading questions, hearsay, relevance discouraged)
8. Exhibits: admit all (if unobjected to or admitted over objection) or only those referred to?
9. Venue – confirm JAMS Century City Resolution Center
10. Manner of Closing
11. Daily Hearing schedule
12. Calling other sides' witnesses and whether hear all testimony at once.
13. Use of time by each party
14. Post-Hearing issues – attorneys' fees, costs, pre-J interest

Dated:     February 11, 2026          _____/s/ Terry Friedman_____
                                       Judge Terry Friedman (Ret.)
                                       Arbitrator

2