DAWYN R. HARRISON (State Bar No. 173855)
dharrison@counsel.lacounty.gov
THOMAS J. FAUGHNAN (State Bar No. 155238)
tfaughnan@counsel.lacounty.gov
TIFFANI L. SHIN (State Bar No. 235806)
tshin@counsel.lacounty.gov
OFFICE OF LOS ANGELES COUNTY COUNSEL
Kenneth Hahn Hall of Administration
500 West Temple Street, Suite 648
Los Angeles, California 90012
Tel.: (213) 974-1811 | Fax: (213) 626-7446

JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
LAUREN M. BRODY (State Bar No. 337858)
lbrody@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Plaintiff
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA *ex rel*. KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-01773-PA-MAAx<br><br>**ORDER DENYING PLAINTIFF COUNTY OF LOS ANGELES' REQUEST TO EXCUSE LEAD TRIAL COUNSEL, CASEY B. SYPEK, FROM APPEARING AT THE HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND HAVE PARTNER JASON H. TOKORO APPEAR INSTEAD**<br><br>Assigned to the Hon. Percy Anderson, Crtrm. 9A and Magistrate Judge Maria A. Audero, Crtrm. 880<br><br>Trial Date:   April 28, 2026 |

788194.1

ORDER GRANTING COUNTY'S REQUEST TO EXCUSE LEAD TRIAL COUNSEL FROM APPEARING AT THE HRG. ON DEFS' MOTIONS FOR SUMMARY JUDGMENT AND HAVE TOKORO APPEAR INSTEAD

**[PROPOSED] ORDER**

The Court, has duly considered the Request to Excuse Lead Trial Counsel, Casey B. Sypek, from Appearing at the Hearing on Defendants' Motions for Summary Judgment and Have Partner Jason H. Tokoro Appear Instead filed by Plaintiff County of Los Angeles (the "County").

**IT IS HEREBY ORDERED** that:

1. The County's Lead Trial Counsel is excused from appearing at the hearing on Defendants' Motions for Summary Judgment, set for March 16, 2026, and partner and co-counsel Jason Tokoro may appear on behalf of the County.

**IT IS SO ORDERED**.

DATED: _____, 2026

**DENIED**
BY ORDER OF
*[signature]* ***
UNITED STATES DISTRICT JUDGE
03/11/26

Hon. Percy Anderson, Crtrm. 9A
Judge of the United States District Court

***Denied as moot inasmuch as the hearing has been taken off calendar. In addition, requests for relief must be either in the form of a noticed motion or an ex parte application. Requests are not contemplated by the Federal Rules of Civil Procedure or the Local Rules of this Court.

788194.1

2

ORDER GRANTING COUNTY'S REQUEST TO EXCUSE LEAD TRIAL COUNSEL FROM APPEARING AT THE HRG. ON DEFS' MOTIONS FOR SUMMARY JUDGMENT AND HAVE TOKORO APPEAR INSTEAD