AMANDA BONN (State Bar No. 270891)
abonn@susmangodfrey.com
ELIZA FINLEY (State Bar No. 301318)
efinley@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Qui Tam Plaintiff
KAREN GLUCK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA *ex rel.* KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-01773-PA-MAAx<br><br>**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST THE ABBEY DEFENDANTS AND STIPULATION TO VACATE PRETRIAL DEADLINES WITH RESPECT TO THE ABBEY DEFENDANTS**<br><br>[*Filed Concurrently with [Proposed] Order*]<br><br>Assigned to the Hon. Percy Anderson, Crtrm. 9A and Magistrate Judge Maria A. Audero, Crtrm. 880<br><br>Trial Date: April 28, 2026 |

787928.2

NOTICE OF SETTLEMENT

LAACTIVE-608570536.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** pursuant to C.D. Cal. Local Rule 40-2 that Plaintiff the County of Los Angeles and Relator Karen Gluck (together, "Plaintiffs") and Donald G. Abbey; AP-Sierra LLC; AP-Palmdale LLC; DGA-Properties LLC; DGA-Properties II LLC; Abbey-Properties LLC; Abbey-Properties II LLC; The Abbey Companies LLC; AP-Commerce Plaza LLC; The Abbey Management Company LLC; and Nittany Lion Landscaping, Inc. d.b.a. NL Services (collectively, the "Abbey Defendants") have executed a binding term sheet to settle all claims against the Abbey Defendants in this matter, subject to final approval by the United States Department of Justice and the Board of Supervisors of the County of Los Angeles ("Government Approval").

To be clear, the Plaintiffs' claims against the remaining Defendants remain pending.

The Plaintiffs and Abbey Defendants stipulate and agree, subject to the approval of the Court, that all pretrial dates and deadlines as to the Abbey Defendants shall be vacated pending Government Approval. Should the Parties fail to obtain Government Approval, the Parties will seek appropriate relief regarding a revised schedule for pretrial exchanges and proceedings upon a showing of good cause.

DATED: March 12, 2026                    MILLER BARONDESS, LLP

By:  */s/ Casey Sypek*
CASEY B. SYPEK
Attorneys for Plaintiff
COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| 1 | DATED: March 12, 2026 | SUSMAN GODFREY, LLP |
| 4 | | By:    */s/ Eliza Finley* |
| 5 | |       ELIZA FINLEY<br>      Attorneys for Relator Karen Gluck |
| 6 | DATED: March 12, 2026 | ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP |
| 10 | | By:    */s/ Shauna Woods* |
| 11 | |       SHAUNA E. WOODS<br>      Attorneys for Abbey Defendants |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 12, 2026        By: /s/ Eliza Finley
                             Eliza Finley
                             Attorney for Qui Tam Plaintiff
                             Karen Gluck

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067-6029.

On March 12, 2026, I served the foregoing document(s) described as follows:

**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST THE ABBEY DEFENDANTS AND STIPULATION TO VACATE PRETRIAL DEADLINES WITH RESPECT TO THE ABBEY DEFENDANTS**

**[PROPOSED] ORDER VACATING PRETRIAL DEADLINES WITH RESPECT TO THE ABBEY DEFENDANTS**

on the interested parties in this action through the Court's electronic system as as follows:

__XX__   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____   BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the service list.

Executed on March 12, 2026, Los Angeles, California.

__XX__   (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____   (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.


  __Morgan Foster__              __/s/ Morgan Foster_____
  (Type or Print Name)           (Signature)

1

PROOF OF SERVICE

# SERVICE LIST

*Via First Class Mail Only*
Thomas Shepos
4319 Bethpage Drive
Palmdale, CA 93551
PRO SE