AMANDA BONN (State Bar No. 270891)
abonn@susmangodfrey.com
ELIZA FINLEY (State Bar No. 301318)
efinley@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100 | Fax: (310) 789-3150

Attorneys for Qui Tam Plaintiff
KAREN GLUCK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA *ex rel.* KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-01773-PA-MAAx<br><br>**[PROPOSED] ORDER VACATING PRETRIAL DEADLINES WITH RESPECT TO THE ABBEY DEFENDANTS**<br><br>[*Filed Concurrently with Notice of Settlement of Claims Against Abbey Defendants and Request to Vacate Pretrial Deadlines*]<br><br>Assigned to the Hon. Percy Anderson, Crtrm. 9A and Magistrate Judge Maria A. Audero, Crtrm. 880<br><br>Trial Date:   April 28, 2026 |

788061.1

# ORDER

Relator Karen Gluck filed the Notice of Settlement of Claims Against Defendants Donald G. Abbey; AP-Sierra LLC; AP- Palmdale Place LLC; DGA-Properties LLC; DGA-Properties II LLC; Abbey-Properties LLC; Abbey-Properties II LLC; The Abbey Companies LLC; AP-Commerce Plaza LLC; The Abbey Management Company LLC; and Nittany Lion Landscaping, Inc. (together, "Abbey Defendants") ("Notice of Settlement") and Stipulation to Vacate Pretrial Deadlines with Respect to the Abbey Defendants in the above-entitled court, the Honorable Percy Anderson, presiding.

Having considered the papers jointly submitted by the Plaintiff County of Los Angeles, Relator Karen Gluck, and the Abbey Defendants, and for good cause shown, all pretrial dates and deadlines as to the Abbey Defendants are **VACATED**. If the Parties fail to obtain approval of the settlement by the United States Department of Justice or the Board of Supervisors of the County of Los Angeles, the Parties may seek appropriate relief regarding a revised schedule for pretrial exchanges upon a showing of good cause.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Percy Anderson, Crtrm. 9A
Judge of the United States District Court