AMANDA BONN (State Bar No. 270891)
abonn@susmangodfrey.com
ELIZA FINLEY (State Bar No. 301318)
efinley@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100 | Fax: (310) 789-3150

Rocco Magni (pro hac vice)
  *rmagni@susmangodfrey.com*
David Peterson (pro hac vice)
  *dpeterson@susmangodfrey.com*
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: +1.713.651.9366
Facsimile: +1.713.654.6666

Attorneys for Qui Tam Plaintiff
KAREN GLUCK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA *ex rel*. KAREN GLUCK,<br><br>            Plaintiffs,<br><br>      v.<br><br>THOMAS SHEPOS, *et al.*,<br><br>            Defendants. | **CASE NO. 2:19-cv-01773-PA-MAAx**<br><br>**DECLARATION OF ROCCO MAGNI ISO OPPOSITIONS TO MOTIONS IN LIMINE**<br><br>Assigned to the Hon. Percy Anderson, Crtrm. 9A and Magistrate Judge Maria A. Audero, Crtrm 880<br><br>Trial Date:    April 28, 2026 |

DECLARATION OF ROCCO MAGNI ISO OPPOSITIONS TO MOTIONS IN LIMINE

**<u>DECLARATION OF ROCCO MAGNI</u>**

I, Rocco Magni, declare as follows:

1.     I am licensed to practice law in the State of Texas and have been admitted pro hac vice to appear before this Court. I am a partner in the law firm of Susman Godfrey LLP and counsel of record for Relator Karen Gluck. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiffs' Oppositions to the following motions: (1) the Visco Defendants' JOINT MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OF OTHER PARTIES' CRIMINAL PLEAS; (2) DEFENDANT ARMAN GABAEE'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE DEFENDANT'S CRIMINAL PLEA AGREEMENT AND FACTUAL NARRATIVE; (3) GABAY DEFENDANTS' MIL NO. 1: MOTION IN LIMINE TO EXCLUDE FROM EVIDENCE THE PLEA AGREEMENTS, AND UNDERLYING CRIMINAL CASE FILINGS, OF ARMAN GABEE AND THOMAS SHEPOS AND ANY MENTION OR ARGUMENT RELATING THERETO FROM TRIAL; (4) GREGORY HANES' (AND ASSOCIATED ENTITIES) MOTION IN LIMINE NO. 2 FOR AN ORDER EXCLUDING FROM EVIDENCE, AND PROHIBITING ANY REFERENCE TO, THE PLEA AGREEMENTS ENTERED BY ENRIQUE CONTRERAS, ARMAN GABAEE, AND MOHAMMAD R. TIRMAZI.

**I.     Visco Defendants' JOINT MOTION *IN LIMINE* NO. 1**

2.     Attached as Exhibit 1 to Plaintiffs' Opposition to the Visco Defendants' Joint Motion in Limine 1 is a true and correct copy of deposition excerpts from the deposition of Thomas Shepos, which occurred on January 13, 2026.

3.     Attached as Exhibit 2 to Plaintiffs' Opposition to the Visco Defendants' Joint Motion in Limine 1 is a true and correct copy of GLUCKQT_00822, a collection of home construction receipts.

4.     Attached as Exhibit 3 to Plaintiffs' Opposition to the Visco Defendants'

DECLARATION OF ROCCO MAGNI ISO OPPOSITIONS TO MOTIONS IN LIMINE

Joint Motion in Limine 1 is a true and correct copy of GLUCKQT_20588, a collection of home construction receipts.

5. Attached as Exhibit 4 to Plaintiffs' Opposition to the Visco Defendants' Joint Motion in Limine 1 is a true and correct copy of GLUCKQT_20496, a home construction receipt.

6. Attached as Exhibit 5 to Plaintiffs' Opposition to the Visco Defendants' Joint Motion in Limine 1 is a true and correct copy of Enrique Contreras' plea agreement, dated April 17, 2019.

7. Attached as Exhibit 6 to Plaintiffs' Opposition to the Visco Defendants' Joint Motion in Limine 1 is a true and correct copy of Arman Gabaee's plea agreement, dated April 26, 2022.

## II. DEFENDANT ARMAN GABAEE'S MOTION IN LIMINE NO. 1

8. Attached as Exhibit 1 to Plaintiffs' Opposition to Arman Gabaee's Motion in Limine 1 is a true and correct copy of Arman Gabaee's plea agreement dated April 26, 2022.

## III. GABAY DEFENDANTS' MIL NO. 1

9. Attached as Exhibit 1 to Plaintiffs' Opposition to Arman Gabaee's Motion in Limine 1 is a true and correct copy of Thomas Shepos' plea agreement dated July 29, 2018.

10. Attached as Exhibit 2 to Plaintiffs' Opposition to Arman Gabaee's Motion in Limine 1 is a true and correct copy of deposition excerpts from the deposition of Mark Gabay's deposition, dated February 3, 2026.

11. Attached as Exhibit 3 to Plaintiffs' Opposition to Arman Gabaee's Motion in Limine 1 is a true and correct copy of Arman Gabaee's plea agreement dated April 26, 2022.

## IV. GREGORY HANES' MOTION IN LIMINE NO. 2

12. Attached as Exhibit 1 to Plaintiffs' Opposition to the Hanes' Motion in Limine 2 is a true and correct copy of Enrique Contreras' plea agreement, dated April

3

DECLARATION OF ROCCO MAGNI ISO OPPOSITIONS TO MOTIONS IN LIMINE

17, 2019.

13.    Attached as Exhibit 2 to Plaintiffs' Opposition to the Hanes' Motion in Limine 2 is a true and correct copy of deposition excerpts from the deposition of Thomas Shepos, which occurred on December 22, 2025.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 3rd day of April 2026, in Houston, Texas.


_____

Rocco Magni

---

4

DECLARATION OF ROCCO MAGNI ISO OPPOSITIONS TO MOTIONS IN LIMINE