cc: Fiscal

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 19-1773 PA (MAAx) |
| Title: | Los Angeles County, et al. v. Thomas Shepos, et al. |

Date: April 28, 2026

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David Peterson, Rocco Magni, Amanda Bonn, Eliza Finley, Lea Haddad, Karen Gluck | Michael S. Devereux, Andrew Hewitt, Robert Gilchrest, Kevin Leichter, Mark Gabay, Arman Gabaee |

_____ Day Court Trial      1      Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    _____ Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is    _____ granted.    _____ denied.    _____ submitted.

✓ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

✓ Other: See Attachment.

:      25

Initials of Deputy Clerk      kss

cc:

Cause called; appearances made.  Counsel for the Relator, Karen Gluck ("Plaintiff), Arman Gabaee, and Mark Gabay, Oakshire, LLC, Excel Property Management Services, Inc., Willhurst, Inc., Town Investments, LLC, Sancam, Inc., M&A Gabaee LP, Greenoak Investments, LLC, Maple19 LP, Urban Grove19, LLC, Oppidan LLC, and The Charles Company Partnership (collectively the "Gabay Defendants") advise that the parties have reached a settlement in this case.  The parties, Karen Gluck, Arman Gabaee and Mark Gabay, on behalf of himself and the other Gabay defendants, state their understanding of the terms of the settlement as set forth in the term sheet provided to the Court, and agree to be bound by those terms.  The Court dismisses this action without prejudice as to Arman Gabaee and the Gabay Defendants subject to either party reopening the action on or before May 21, 2026.  The Court retains jurisdiction for purposes of enforcing the settlement until May 21, 2026.  The Court sets a further hearing regarding settlement for May 21, 2026 at 1:30 p.m..  No appearance will be necessary should the parties file notices of dismissal prior to the hearing.  All other dates in this action, including the trial date are vacated.

While the Court commends the parties for reaching a pretrial resolution, because the parties did not advise the Court of the settlement until late last night (the last business day prior to trial), the parties are responsible for the "reasonable charges reflecting the costs of compensating jurors for their unnecessary appearance."  Local Rule 40-3.  The cost of the jury panel was $5,682.55, and that cost, to be split equally among the parties unless otherwise agreed, shall be paid to the Clerk of the U.S. District Court by no later than May 5, 2026.

Lastly, the Court grants the parties' request to keep the terms of the settlement confidential, and orders that the settlement term sheet be filed under seal, and subject to a further order of the Court that the transcript of these proceedings be filed under seal.

IT IS SO ORDERED.