UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1773 PA (MAAx) | | Date | May 15, 2026 |
|---|---|---|---|---|
| Title | Los Angeles County, et al. ex rel. Karen Gluck v. Thomas Shepo, et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **Order to Show Cause Re: Dismissal**

On June 11, 2024, defendant Thomas Shepos ("Shepos") entered into a Cooperation Settlement Agreement ("Agreement") with plaintiffs Los Angeles County and Relator Karen Gluck ("Relator") (jointly "Plaintiffs") in connection with the claims asserted against him in this case. The Agreement provides that Plaintiffs shall file a dismissal with prejudice of all claims against Shepos following completion of his obligations under the Agreement. The Relator Karen Gluck has now settled all of her claims against the other defendants named in this action.

Accordingly, the Court orders the Relator to show cause in writing on or before **June 5, 2026** why the Relator's claims against Shepos in this action should not be dismissed pursuant to the Agreement. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of all the Relator's remaining claims against Shepos.

IT IS SO ORDERED.