AMANDA BONN (State Bar No. 270891)
abonn@susmangodfrey.com
ELIZA FINLEY (State Bar No. 301318)
efinley@susmangodfrey.com
LEA HADDAD (State Bar No. 362871)
lhaddad@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100 | Fax: (310) 789-3150

ROCCO MAGNI (*Pro Hac Vice*)
rmagni@susmangodfrey.com
DAVID PETERSON (*Pro Hac Vice*)
dpeterson@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
Tel.: (713) 651-9366 | Fax: (713) 654-6666

Attorneys for Qui Tam Plaintiff
KAREN GLUCK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY, THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA *ex rel*. KAREN GLUCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS SHEPOS, *et al.*,<br><br>Defendants. | **CASE NO. 2:19-cv-01773-PA-MAAx**<br><br>**ORDER ON QUI TAM PLAINTIFF KAREN GLUCK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Assigned to the Hon. Percy Anderson, Crtrm. 9A and Magistrate Judge Maria A. Audero, Crtrm. 880 |

1

# **ORDER**

On June 1, 2026, pursuant to Local Rule 79-5, Qui Tam Plaintiff Karen Gluck ("Relator"), by and through her counsel, applied to this Court for an order granting leave to file documents under seal in connection with Relator's Motion to Enforce Binding Settlement Term Sheet.

Relator seeks to file the below-mentioned documents under seal as each document contains, references, or incorporates the terms of the Confidential Settlement Term Sheet (the "Binding Term Sheet"), which contained a confidentiality provision at the insistence Defendants Arman Gabaee, Mark Gabay, Charles Company, Excel Property Management Services, Inc., Oakshire, LLC, Wilhurst, Inc., Town Investments, LLC, Sancam Inc., M&A Gabaee, LP, Greenoak Investments, LLC, Maple 19, LP, Urban Grove 19, LLC, and Oppidan, LLC (collectively, the "Gabay Defendants") and filed provisionally under seal by the Court on April 28, 2026.

The Court having considered Relator's Application, and compelling reasons and good cause appearing therefor, IT IS HEREBY ORDERED that the Court provisionally GRANTS the Application to File Under Seal AS FOLLOWS:

1. Qui Tam Plaintiff Karen Gluck's Motion to Enforce Binding Settlement Term Sheet

[PROPOSED] ORDER ON QUI TAM PLAINTIFF KAREN GLUCK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

2.  Declaration of Rocco Magni in Support of Qui Tam Plaintiff Karen Gluck's Motion to Enforce Binding Settlement Term Sheet, including Exhibit 1 (the executed Binding Term Sheet)

3.  [Proposed] Order on Qui Tam Plaintiff Karen Gluck's Motion to Enforce Binding Settlement Term Sheet

4.  [Proposed] Judgment

Relator is granted leave to file under seal the documents as specified above for the purpose of allowing the Gabay Defendants—as the Designating Party—an opportunity to demonstrate that the materials should remain under seal in their entirety or agree to remove a confidentiality designation. The Gabay Defendants shall have 4 days to submit support for further sealing or advise the Court that certain materials can be unsealed.

**IT IS SO ORDERED.**

DATED:  June 11, 2026

Percy Anderson
United States District Judge

---

3

[PROPOSED] ORDER ON QUI TAM PLAINTIFF KAREN GLUCK'S APPLICATION FOR LEAVE TO FILE
UNDER SEAL