JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES COUNTY, et al., | CV 19-1773 PA (MAAx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| THOMAS SHEPOS, et al., | |
| Defendants. | |

Pursuant to the Court's June 12, 2026 Order of dismissal regarding the federal False Claims Act claims asserted against defendants Arman Gabaee, Mark Gabay, Oakshire, LLC, Excel Property Management Services, Inc., Willhurst, Inc., Town Investments, LLC, Sancam, Inc., M&A Gabaee LP, Greenoak Investments, LLC, Maple19 LP, Urban Grove19, LLC, Oppidan LLC, The Charles Company Partnership, Gregory Hanes, 300 K-G, LLC, 49317 Division Street, LLC, Frank A. Visco, Visco Financial, Inc., Fraber Properties II, LLC, Leon Neman, Yoel Neman, John Neman, Neman Brothers and Associates, Inc., Vertigo Real Estate Holdings, LP, Legend Real Estate Management, Inc., AP-Commerce Plaza LLC, AP-Palmdale LLC, AP-Palmdale Place, LLC, AP-Sierra LLC, Donald G. Abbey, Abbey-Properties II LLC, Abbey-Properties LLC, DGA-Properties II, LLC, Nittany Lion Landscaping, Inc., The Abbey Companies, LLC, The Abbey Management Co, LLC,

and Thomas Shepos (collectively "Defendants"), and declining to exercise supplemental jurisdiction over Plaintiff Los Angeles County's state law claims;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     The federal False Claims Act claims asserted against Defendants are dismissed with prejudice;

2.     The Court declines to exercise supplemental jurisdiction over Plaintiff Los Angeles County's state law claims, and those claims are dismissed without prejudice.  See 28 U.S.C. § 1367(c)(1), (c)(2), (c)(3), and (c)(4); and

3.     All parties to bear their own costs of suit.

IT IS SO ORDERED.

DATED: June 12, 2026                          _____
                                              Percy Anderson
                                              UNITED STATES DISTRICT JUDGE

-2-