## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1773 PA (MAAx) | | Date | June 15, 2026 |
|---|---|---|---|---|
| Title | Los Angeles County, et al. ex rel. Karen Gluck v. Thomas Shepo, et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **Order to Show Cause Re: Dismissal**

On June 1, 2026 Relator Karen Gluck ("Relator") filed a Motion to Enforce Binding Settlement Term Sheet under seal. (Docket No. 973, Exh. 1.) In light of the Court's Order of Dismissal of the federal False Claims Acts claims asserted in this matter, and the Judgment of Dismissal entered in connection with that Order (Docket Nos. 986. 987), the Court denies the Relator's Motion to Enforce Binding Settlement Term Sheet as moot.

IT IS SO ORDERED.