JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES COUNTY, et al.,<br>Plaintiffs,<br>v.<br>THOMAS SHEPOS, et al.,<br>Defendants. | CV 19-1773 PA (MAAx)<br><br>REDACTED SECOND AMENDED JUDGMENT OF DISMISSAL |

Pursuant to the Court's June 12, 2026 Order of dismissal regarding the federal False Claims Act claims asserted against defendants Arman Gabaee, Mark Gabay, Oakshire, LLC, Excel Property Management Services, Inc., Willhurst, Inc., Town Investments, LLC, Sancam, Inc., M&A Gabaee LP, Greenoak Investments, LLC, Maple19 LP, Urban Grove19, LLC, Oppidan LLC, and The Charles Company Partnership, Gregory Hanes, 300 K-G, LLC, 49317 Division Street, LLC, Frank A. Visco, Visco Financial, Inc., Fraber Properties II, LLC, Leon Neman, Yoel Neman, John Neman, Neman Brothers and Associates, Inc., Vertigo Real Estate Holdings, LP, Legend Real Estate Management, Inc., AP-Commerce Plaza LLC, AP-Palmdale LLC, AP-Palmdale Place, LLC, AP-Sierra LLC, Donald G. Abbey, Abbey-Properties II LLC, Abbey-Properties LLC, DGA-Properties II, LLC, Nittany Lion Landscaping, Inc., The Abbey Companies, LLC, The Abbey Management Co, LLC, and Thomas Shepos (collectively "Defendants"), and declining to exercise supplemental

jurisdiction over Plaintiff Los Angeles County's state law claims, and the Court's August 14, 2026 Minute Order granting the Motion to Amend the Judgment filed by the Relator Karen Gluck ("Relator") and the Motion to Amend the Judgment filed by the State of California ("State");

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court approves the terms of the Relator's agreements to settle the federal False Claims Act claims asserted against Defendants as fair, adequate and reasonable under the False Claims Act;

2. The federal False Claims Act claims asserted against Defendants are dismissed with prejudice with the exception of the United States' federal False Claims Act claims asserted against Arman Gabaee, Mark Gabay, Oakshire, LLC, Excel Property Management Services, Inc., Willhurst, Inc., Town Investments, LLC, Sancam, Inc., M&A Gabaee LP, Greenoak Investments, LLC, Maple19 LP, Urban Grove19, LLC, Oppidan LLC, and The Charles Company Partnership (collectively the "Gabay Defendants"), which are dismissed without prejudice;

2. The Court declines to exercise supplemental jurisdiction over plaintiff Los Angeles County's state law claims and the State of California's state law claims, and those claims are dismissed without prejudice. See 28 U.S.C. § 1367(c)(1), (c)(2), (c)(3), and (c)(4);

3. Relator and the United States shall have judgment entered in their favor against the Gabay Defendants [redacted]; and

4. All parties to bear their own costs of suit.

IT IS SO ORDERED.

DATED: August 14, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE